**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Billy White*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIGNESHKUMAR B. PATEL, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS,<br><br>Defendants. | Case No. 4:20-cv-02395-JST<br><br>**NOTICE OF MOTION AND MOTION OF BILLY WHITE FOR:**<br>**(1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**<br><br>Date:        July 22, 2020<br>Time:       2:00 p.m.<br>Courtroom: 6-2nd Floor<br>Judge:      Hon. Jon S. Tigar |
| PATRICE BERTRAND, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS,<br><br>Defendants. | Case No. 4:20-cv-02967-JST |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 22, 2020, at 2:00 p.m. or as soon as counsel may be heard, the undersigned will move before the Honorable Jon S. Tigar, at the United States District Court for the Northern District of California, Oakland Courthouse, Courtroom 6 on the 2nd Floor, 1301 Clay Street, Oakland, CA 94612, pursuant to the Private Securities Litigation Reform Act of 1995, for an Order:

    1.    Consolidating the above-captioned related actions (the "Actions");

    2.    Appointing Billy White ("Movant") as Lead Plaintiff;

    3.    Approving Movant's choice of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel; and

    4.    Granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Adam C. McCall, the [Proposed] Order Consolidating the Actions, Appointing the Movant as Lead Plaintiff, and Approving the Movant's Selection of Levi & Korsinsky as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

Dated: June 8, 2020

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Adam C. McCall*
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Billy White and
Proposed Lead Counsel for the Class*