**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com

*Attorneys for Movant Billy White*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESHKUMAR B. PATEL, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS, <br><br> Defendants. | Case No. 4:20-cv-02395-JST <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF BILLY WHITE FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** <br><br> Date:      July 22, 2020 <br> Time:      2:00 p.m. <br> Courtroom:  6-2nd Floor <br> Judge:      Hon. Jon S. Tigar |
| PATRICE BERTRAND, on behalf of himself and a class of similarly situated investors, <br><br> Plaintiff, <br><br> v. <br><br> eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS, <br><br> Defendants. | Case No. 4:20-cv-02967-JST |

DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF BILLY WHITE FOR:
(1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF;
AND (3) APPROVAL OF LEAD COUNSEL

I, Adam C. McCall, hereby declare as follows:

1.      I am an associate of the law firm of Levi & Korsinsky, LLP, counsel for Billy White ("Movant"), and a member in good standing for the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel in the above captioned actions.  This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto collectively as **Exhibit A** is a true and correct copy of the sworn certification of Movant.

3.      Attached hereto as collectively as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of investments in eHealth, Inc..

4.      Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on April 8, 2020 on *Globe Newwire* announcing the pendency of the first-filed securities lawsuit.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 8th day of June, 2020.

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Adam C. McCall*_____
Adam C. McCall (SBN 302130)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com

*Attorneys for Movant Billy White and*
*Proposed Lead Counsel for the Class*

1
DECLARATION OF ADAM C. MCCALL IN SUPPORT OF MOTION OF BILLY WHITE FOR:
(1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF;
AND (3) APPROVAL OF LEAD COUNSEL