# EXHIBIT B

| Client Name | Billy White |
|---|---|
| Company Name | eHealth, Inc. |
| Ticker Symbol | EHTH |
| Security Type | |
| Class Period Start | 03-19-2018 |
| Class Period End | 04-07-2020 |
| 90-DAY Lookback Period Start | 04-08-2020 |
| 90-DAY Lookback Period End | 06-07-2020 |
| 90-DAY Lookback Average | $ 119.27 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $44,106.20 |
| DURA  LIFO* Total | $44,106.20 |
| Gross Shares Purchased | 1,000.00 |
| Net Shares Retained | 1,000.00 |
| Net Funds Expended | $ 147,306.20 |

### Billy White

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-05-2020 | 1000 | $147.3062 | $ 147,306.20 | 04-08-2020 | | 1000 | $ 103.20 | | $ 103,200.00 | 1000 | - | $ 119.27 | | $ 44,106.20 | $ 44,106.20 |
| Total: | 1,000.00 | | $ 147,306.20 | | | 1000 | | | $ 103200 | 1,000.00 | | | | $ 44,106.20 | $ 44,106.20 |

Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.