# EXHIBIT C

Print - UPDATE: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against eHealth, Inc. for Securities Laws Violations; Shareholders Who Lost Money ...

Case 4:20-cv-02395-JST    Document 21-3    Filed 06/08/20    Page 2 of 3

**BLOCK & LEVITON LLP**

*Source:* *Block & Leviton LLP*

*April 08, 2020 21:35 ET*

# UPDATE: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against eHealth, Inc. for Securities Laws Violations; Shareholders Who Lost Money Should Contact the Firm

BOSTON, April 08, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against eHealth, Inc. (NYSE: EHTH) and certain of its officers for securities fraud. *The lead plaintiff deadline is June 8, 2020*. Investors who purchased eHealth shares between March 19, 2018 and April 7, 2020 are encouraged to contact the firm for a free case evaluation.

The complaint, filed in the U.S. District Court for the Northern District of California, alleges that eHealth Defendants misrepresented and/or failed to disclose to investors its highly aggressive accounting and modeling assumptions, skyrocketing rate of member churn, resulting from eHealth's pursuit of low quality, lossmaking growth, and its reliance on direct response television advertising, which attracts an unprofitable, high churn enrollee. The case is captioned *Patel v. eHealth, Inc.*, No. 2:20-cv-02395 (N.D. Cal).

Earlier this morning, analyst Muddy Waters Research issued a report providing that eHealth's management may have misled investors regarding, among other things, member churn and on how eHealth books its revenue. Muddy Waters wrote that EHTH's "member churn . . . skyrocketed," and concluded "that EHTH is pursuing low quality, lossmaking growth while its LTVs are based on lower churn, pre-growth cohorts." The stock fell *approximately 12%* on this news.

If you purchased or acquired shares of EHTH and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockesq.com, or at https://shareholder.law/ehth.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockesq.com
SOURCE: Block & Leviton LLP
www.blockesq.com

Print - UPDATE: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against eHealth, Inc. for Securities Laws Violations; Shareholders Who Lost Money ...

Case 4:20-cv-02395-JST     Document 21-3     Filed 06/08/20     Page 3 of 3