**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Billy White*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESHKUMAR B. PATEL, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS,<br><br>Defendants. | Case No. 4:20-cv-02395-JST<br><br>**NOTICE OF ERRATA RE: MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR LEAD PLAINTIFF**<br><br>Date:      July 22, 2020<br>Time:      2:00 p.m.<br>Courtroom:  6-2nd Floor<br>Judge:      Hon. Jon S. Tigar |
| PATRICE BERTRAND, on behalf of himself and a class of similarly situated investors,<br><br>Plaintiff,<br><br>v.<br><br>eHEALTH, INC., SCOTT N. FLANDERS, DEREK N. YUNG, and DAVID K. FRANCIS,<br><br>Defendants. | Case No. 4:20-cv-02967-JST |

NOTICE OF ERRATA
NO. 4:20-CV-02395-JST; NO. 4:20-CV-02967-JST

Movant Billy White hereby submits this Notice of Errata concerning his Memorandum of Points and Authorities in Opposition to Competing Motions for Lead Plaintiff filed with this Court on June 22, 2020. The opposition included in the cover page the incorrect hearing date. Attached hereto as Exhibit A is the corrected version of Mr. White's Memorandum of Points and Authorities in Opposition to Competing Motions for Lead Plaintiff with the correct hearing date.

Dated: June 22, 2020

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Adam C. McCall*
Adam C. McCall (SBN 302130)
Adam M. Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

*Attorneys for Movant Billy White and
Proposed Lead Counsel for the Class*

NOTICE OF ERRATA
NO. 4:20-CV-02395-JST; NO. 4:20-CV-02967-JST