Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Yacob Chernet*

[Additional Counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, | Case No.: 4:20-cv-02395-JST |
|  | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
|  | Date Filed: April 8, 2020<br>Judge: Jon S. Tigar |

[Caption continued on next page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-02395-JST

YACOB CHERNET, derivatively on behalf of EHEALTH, INC.,

    Plaintiff,

    v.

SCOTT N. FLANDERS, DEREK N. YUNG, DAVID K. FRANCIS, ANDREA C. BRIMMER, BETH A. BROOKE, MICHAEL D. GOLDBERG, RANDALL S. LIVINGSTON, JACK L. OLIVER, III, and DALE B. WOLF,

    Defendants,

    and

EHEALTH, INC.,

    Nominal Defendant.

Case No.: 3:20-cv-04477-JD

Date Filed: July 7, 2020
Judge: James Donato

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-02395-JST

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Yacob Chernet respectfully requests this Court deem the matter *Chernet v. Flanders, et al.*, Case No. 3:20-cv-04477-JD (N.D.Cal.) (the "Derivative Action") related to *In re eHealth, Inc. Securities Litigation,* Case No. 4:20-cv-02395-JST (N.D. Cal.) ("Securities Class Action"). As discussed below, the criteria for relation are met here. These actions concern substantially the same parties, substantially similar facts, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *In re eHealth, Inc. Securities Litigation,* | 4:20-cv-02395-JST | 04/08/2020 |
| *Chernet v. Flanders, et al.* | 3:20-cv-04477-JD | 07/07/2020 |

## LEGAL STANDARD

Pursuant to Civ. Loc. R. 3-12(a), actions are defined as related when: (1) they "concern substantially the same parties, property, transaction or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. Loc. R. 3-12(a).

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Action address many of the same transactions and contain similar and overlapping sets of facts as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Action arise, at least in part, from the same false and misleading statements made by executives of eHealth, Inc. ("eHealth" or the "Company"). In particular, the Securities Class Action and Derivative Action allege materially misleading statements by eHealth executives which did not accurately reflect the Company's growth and failed to disclose eHealth's utilization of aggressive accounting measures which overstated membership modeling assumptions, eHealth's rate of member churn as a result of the Company pursuing low quality, lossmaking growth, and eHealth's dependence on direct response television advertising which attracted high churn enrollees.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the

potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

For the above stated reasons, Plaintiff Chernet requests that pursuant to Civ. Loc. R. 3-12, the Court relate the Derivative Action to the Securities Class Action.

Dated: July 16, 2020                           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Yacob Chernet*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-02395-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

/s/Laurence M. Rosen
Laurence M. Rosen

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
4:20-cv-02395-JST