Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Yacob Chernet*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, | Case No.: 4:20-cv-02395-JST |
| | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | Date Filed: April 8, 2020 Judge: Jon S. Tigar |

[Caption continued on next page]

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 4:20-cv-02395-JST

YACOB CHERNET, derivatively on behalf of EHEALTH, INC.,

    Plaintiff,

    v.

SCOTT N. FLANDERS, DEREK N. YUNG, DAVID K. FRANCIS, ANDREA C. BRIMMER, BETH A. BROOKE, MICHAEL D. GOLDBERG, RANDALL S. LIVINGSTON, JACK L. OLIVER, III, and DALE B. WOLF,

    Defendants,

    and

EHEALTH, INC.,

    Nominal Defendant.

Case No.: 3:20-cv-04477-JD

Date Filed: July 7, 2020
Judge: James Donato

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 4:20-cv-02395-JST

I, Laurence M. Rosen, hereby declares as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am the Managing Partner at The Rosen Law Firm, P.A., counsel for Plaintiff Yacob Chernet in the above-captioned action *Chernet v. Flanders, et al.*, Case No. 3:20-cv-04477-SK (N.D.Cal.) (the "Derivative Action").

2. I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. My firm has conferred with counsel for defendants regarding this Administration Motion. Defendants do not oppose the relief sought in the Administrative Motion and agree that the Derivative Action should be deemed related to *In re eHealth, Inc. Securities Litigation.,* Case No. 4:20-cv-02395-JST (N.D. Cal.). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge

Executed on July 16, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)

*Counsel for Plaintiff Yacob Chernet*

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 4:20-cv-02395-JST

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

<u>/s/Laurence M. Rosen</u>
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; Case No.: 4:20-cv-02395-JST