**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, | Case No.: 4:20-cv-02395-JST **[PROPOSED] ORDER** Date Filed: April 8, 2020 Judge: Jon S. Tigar |
| YACOB CHERNET, derivatively on behalf of EHEALTH, INC., Plaintiff, v. SCOTT N. FLANDERS, DEREK N. YUNG, DAVID K. FRANCIS, ANDREA C. BRIMMER, BETH A. BROOKE, MICHAEL D. GOLDBERG, RANDALL S. LIVINGSTON, JACK L. OLIVER, III, and DALE B. WOLF, Defendants, and EHEALTH, INC., Nominal Defendant. | Case No.: 3:20-cv-04477-JD Date Filed: July 7, 2020 Judge: James Donato |

[PROPOSED] ORDER

Upon consideration of Yacob Chernet's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Chernet v. Flanders, et al.*, Case No. 3:20-cv-04477-JD (N.D.Cal.) ("Derivative Action") shall be deemed related to *In re eHealth, Inc. Securities Litigation.*, Case No. 4:20-cv-02395-JST (N.D. Cal.) ("Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1. The Derivative Action is deemed related to the Securities Class Action.

2. The Derivative Action is hereby reassigned to Judge Jon S. Tigar.

3. Pursuant to Civil Loc. R. 3-12(g), the Initial Case Management Conference currently scheduled in the Derivative Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER