JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
        cmoreno@wsgr.com
        browe@wsgr.com

Attorneys for Defendants
eHealth, Inc., Scott N. Flanders, Derek N. Yung,
and David K. Francis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, | CASE NO.: 4:20-cv-02395-JST |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |

WHEREAS, on October 23, 2020, Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis (collectively, "Defendants") moved to dismiss Lead Plaintiff Billy White's Amended Complaint (ECF No. 47);

WHEREAS, the hearing on Defendants' motion to dismiss is set for February 17, 2021 at 2:00 p.m.;

WHEREAS, pursuant to the Stipulation and Order Regarding Briefing Schedule for Filing Amended Complaint and Briefing Schedule for Anticipated Motion(s) to Dismiss (ECF No. 42), Defendants' reply brief in support of their motion to dismiss is currently due on January 22, 2021;

WHEREAS, due to a number of scheduling conflicts, Defendants seek a one-week extension of their time to file a reply brief in support of their motion to dismiss;

WHEREAS, Lead Plaintiff consents to Defendants' request;

NOW, THEREFORE, the parties, by and through their respective attorneys of record, hereby stipulate as follows, and respectfully jointly ask the Court for an order approving same:

1. Defendants shall file their reply brief in support of their motion to dismiss on or before January 29, 2021.

IT IS SO STIPULATED.

Dated: January 7, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _/s/ Catherine E. Moreno_
Catherine E. Moreno

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
cmoreno@wsgr.com

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis*

Dated:  January 7, 2021                    LEVI & KORSINSKY, LLP


By:    /s/ Adam M. Apton
              Adam M. Apton

388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
aapton@zlk.com

*Attorneys for Lead Plaintiff Billy White*


## CIVIL L.R. 5-1(i)(3) ATTESTATION

I, Catherine E. Moreno, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Adam Apton has concurred in this filing.


Dated:  January 7, 2021                    By:    /s/ Catherine E. Moreno.
                                                         Catherine E. Moreno


## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.


Dated: _____            _____
                                          The Hon. Jon S. Tigar
                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING            -3-
BRIEFING SCHEDULE
CASE NO.:  4:20-CV-02395-JST