JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
        cmoreno@wsgr.com
        browe@wsgr.com

Attorneys for Defendants
eHealth, Inc., Scott N. Flanders, Derek N. Yung,
and David K. Francis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, | CASE NO.: 4:20-cv-02395-JST |
| | **DECLARATION OF CATHERINE E. MORENO IN SUPPORT OF STIPULATION REGARDING BRIEFING SCHEDULE** |

I, Catherine E. Moreno, declare:

1. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel for defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis (collectively, "Defendants"), and am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2. On October 23, 2020, Defendants moved to dismiss Lead Plaintiff Billy White's Amended Complaint (ECF No. 47).

3. The hearing on Defendants' motion to dismiss is currently set for February 17, 2021 at 2:00 p.m.

4. Pursuant to the Stipulation and Order Regarding Briefing Schedule for Filing Amended Complaint and Briefing Schedule for Anticipated Motion(s) to Dismiss entered by this Court on July 2, 2020 (ECF No. 42), Defendants' reply in support of their motion to dismiss is currently due on January 22, 2021.

5. Due to a number of scheduling conflicts, Defendants seek a one-week extension of time to file the reply brief in support of their motion to dismiss.

6. Counsel for Lead Plaintiff has consented to Defendants' request for an additional week.

7. The relief requested in the Stipulation and [Proposed] Order Regarding Briefing Schedule filed concurrently with this declaration would have the effect of extending Defendants' current deadline for filing a reply in support of their motion to dismiss to January 29, 2021.

8. There have been no previous modifications to the briefing schedule set by the Stipulation and Order Regarding Briefing Schedule for Filing Amended Complaint and Briefing Schedule for Anticipated Motion(s) to Dismiss entered by this Court on July 2, 2020.  On May 12, 2020, the Court so ordered a stipulation to vacate the otherwise-applicable deadlines for the filing of a joint case management statement, Rule 26(f) report, Rule 26(a) disclosures, and ADR selection procedures.  ECF No. 15.

9.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January 2021, in Los Altos, California.


By:     /s/ Catherine E. Moreno
                Catherine E. Moreno