United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 20-cv-02395-JST |
| | **ORDER MODIFYING BRIEFING SCHEDULE AND CONTINUING HEARING** |
| | Re: ECF No. 52 |

Pursuant to the stipulation of the parties, ECF No. 52, Defendants shall file their reply brief in support of the motion to dismiss on or before January 29, 2021.  The hearing on the motion scheduled for February 17, 2021 is continued to March 3, 2021.

**IT IS SO ORDERED.**

Dated: January 8, 2021



_____
JON S. TIGAR
United States District Judge