JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  jbirn@wsgr.com
        cmoreno@wsgr.com
        browe@wsgr.com

Attorneys for Defendants
eHealth, Inc., Scott N. Flanders, Derek N. Yung,
and David K. Francis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  4:20-cv-02395-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS** |

WHEREAS, on October 23, 2020, Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis (collectively, "Defendants") moved to dismiss Lead Plaintiff Billy White's Amended Complaint (ECF No. 47);

WHEREAS, on January 8, 2021, the Court issued an Order Modifying the Briefing Schedule and Continuing the Hearing on Defendants' Motion to Dismiss, which extended Defendants' deadline to file their reply brief in support of the motion to dismiss to January 29, 2021, and rescheduled the hearing set for February 17, 2021 to March 3, 2021 (ECF No. 53);

WHEREAS, due to a number of scheduling conflicts with the March 3, 2021 hearing date, Defendants request that the hearing on the motion to dismiss be moved by one week, from March 3, 2021 to March 10, 2021, which appears to be available on the Court's calendar;

WHEREAS, Lead Plaintiff consents to Defendants' request;

NOW, THEREFORE, the parties, by and through their respective attorneys of record, hereby stipulate as follows, and respectfully jointly ask the Court for an order approving same:

1.      The hearing on Defendants' motion to dismiss shall be rescheduled to March 10, 2021.

IT IS SO STIPULATED.

Dated:  February 10, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Catherine E. Moreno*
       Catherine E. Moreno

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
cmoreno@wsgr.com

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis*

Dated:  February 10, 2021

LEVI & KORSINSKY, LLP


By:    _/s/ Adam M. Apton_____
          Adam M. Apton

388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
aapton@zlk.com

*Attorneys for Lead Plaintiff Billy White*


## CIVIL L.R. 5-1(i)(3) ATTESTATION

I, Catherine E. Moreno, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION TO DISMISS.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Adam Apton has concurred in this filing.


Dated:  February 10, 2021

By:    _/s/ Catherine E. Moreno._____
          Catherine E. Moreno


## [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.


Dated: _____

_____
The Hon. Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING          -3-
HEARING ON MOTION TO DISMISS
CASE NO.:  4:20-cv-02395-JST