JEROME F. BIRN, JR., State Bar No. 128561
CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
       cmoreno@wsgr.com
       browe@wsgr.com

Attorneys for Defendants
eHealth, Inc., Scott N. Flanders, Derek N. Yung,
and David K. Francis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 4:20-cv-02395-JST **DECLARATION OF CATHERINE E. MORENO IN SUPPORT OF STIPULATION REGARDING HEARING ON MOTION TO DISMISS** |

I, Catherine E. Moreno, declare:

1.      I am a member of the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel for defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis (collectively, "Defendants"), and am licensed to practice law in the State of California and admitted to practice before this Court.  I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2.      On October 23, 2020, Defendants moved to dismiss Lead Plaintiff Billy White's Amended Complaint (ECF No. 47).

3.      On January 8, 2021, the Court issued an Order Modifying the Briefing Schedule and Continuing the Hearing on Defendants' motion to dismiss, which extended Defendants' deadline to file their reply brief in support of the motion to dismiss to January 29, 2021, and rescheduled the hearing set for February 17, 2021 to March 3, 2021 (ECF No. 53).

4.      Due to a number of scheduling conflicts, Defendants request that the hearing be moved by one week, from March 3, 2021 to March 10, 2021.

5.      According to the Court's website, the March 10, 2021 date appears to be available.

6.      The parties conferred on February 4, 2021, and counsel for Lead Plaintiff has consented to Defendants' request.

7.      The relief requested in the Stipulation and [Proposed] Order Regarding Hearing on Motion to Dismiss filed concurrently with this declaration would have the effect of moving the hearing currently scheduled for March 3, 2021 to March 10, 2021.

8.      In addition to the modification referenced at Paragraph 3, this Court previously so ordered a stipulation on May 12, 2020 to vacate the otherwise-applicable deadlines for the filing of a joint case management statement, Rule 26(f) report, Rule 26(a) disclosures, and ADR selection procedures (ECF No. 15).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MORENO DECL. ISO STIPULATION REGARDING
HEARING ON MOTION TO DISMISS
CASE NO.:  4:20-cv-02395-JST

-2-

Executed this 10th day of February 2021, in Los Altos, California.


By:    */s/ Catherine E. Moreno*
                    Catherine E. Moreno