UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 20-cv-02395-JST |
|---|---|
| | **ORDER VACATING HEARING** |
| | Re: ECF No. 47 |

Before the Court is Defendants' motion to dismiss.  ECF No. 47.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for April 1, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 22, 2021



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California