**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
Email: amccall@zlk.com
75 Broadway, Suite 202
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Attorneys for Lead Plaintiff*
*and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 4:20-cv-02395-JST **NOTICE OF DEATH OF PARTY PURSUANT TO FED. R. CIV. P. 25** |

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 25(a), counsel for Lead Plaintiff Billy White suggests on the record the death of Mr. White. Mr. White is survived by his wife, Penny White. Pursuant to Federal Rule of Civil Procedure 25(c), Ms. White, as Mr. White's executor, will serve as Mr. White's representative in this action.

Dated: November 11, 2021              **LEVI & KORSINSKY, LLP**

By:  /s/ Adam M. Apton
     Adam M. Apton (SBN 316506)
     Adam C. McCall (SBN 302130)
     75 Broadway, Suite 202
     San Francisco, CA 94111
     Tel: 415-373-1671

Fax: 415-484-1294
Email: aapton@zlk.com
Email: amccall@zlk.com

-and-

Nicholas I. Porritt (*admitted pro hac vice*)
**LEVI & KORSINSKY, LLP**
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel:     (202) 524-4290
Fax:     (212) 363-7171
Email: nporritt@zlk.com
Email: akrot@zlk.com

*Attorneys for Lead Plaintiff
and Lead Counsel for the Class*

2