**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
           amccall@zlk.com
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: 415-373-1671

*Attorneys for Lead Plaintiff
and the Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 4:20-cv-02395-JST<br><br>Hon. Jon S. Tigar<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF AND LEAD PLAINTIFF** |

1     WHEREAS, on April 8, 2020, named plaintiff Jigneshkumar B. Patel filed a federal securities class action lawsuit against defendants eHealth, Inc.; Scott N. Flanders; Derek N. Yung; and David K. Francis (collectively, "Defendants") (ECF No. 1);

4     WHEREAS, on June 8, 2020, movant Billy White filed a Motion for: 1) Consolidation of Related Actions; 2) Appointment as Lead Plaintiff; and 3) Approval of Lead Counsel to Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel (ECF No. 19);

7     WHEREAS, on June 24, 2020 this Court consolidated the related actions, appointed Billy White as Lead Plaintiff, and appointed Levi & Korsinsky, LLP as Lead Counsel (ECF No. 39);

9     WHEREAS, on November 11, 2021, Plaintiff's Counsel filed a suggestion of death as to Mr. White (ECF No. 78);

11     WHEREAS, Mr. White is survived by his wife, Penny White;

12     WHEREAS, pursuant to Rule 25(a), Ms. White shall be substituted in as nominal plaintiff;

13     WHEREAS, Plaintiff's Counsel intends to publish notice regarding the appointment of a new lead plaintiff in the form attached hereto as Exhibit A;

15     WHEREAS, any class member wishing to serve as lead plaintiff shall have 60 days from the publication of the notice to move the court to be appointed as lead plaintiff;

17     NOW, THEREFORE, having met and conferred, Plaintiff and Defendants have agreed to, and respectively submit for approval by the Court, a schedule for publication of the notice and briefing the motion(s) to appoint lead plaintiff as follows:

1. Pursuant to Rule 25(a), Penny White is hereby substituted for Billy White as nominal plaintiff;

2. Plaintiff's Counsel shall publish the notice attached as Exhibit A in a widely circulated national business-oriented publication or wire service no later than December 10, 2021; and

3. Motions for appointment of lead plaintiff shall be submitted no later than February 8, 2022.

//

//

**IT IS SO STIPULATED**.

DATED: December 3, 2021                    **LEVI & KORSINSKY, LLP**


By: */s/ Adam M. Apton*
    Adam M. Apton (SBN 316506)
    Adam C. McCall (SBN 302130)
    Email: aapton@zlk.com
    Email: amccall@zlk.com
    75 Broadway, Suite 202
    San Francisco, CA 94111
    Tel: 415-373-1671

    Nicholas I. Porritt (admitted *pro hac vice*)
    **LEVI & KORSINSKY, LLP**
    1101 30th Street NW, Suite 115
    Washington, DC 20007
    Telephone: (202) 524-4290
    Email: nporritt@zlk.com

*Attorneys for Lead Plaintiff Billy White and Proposed Nominal Plaintiff Penny White and Lead Counsel for the Class*


**WILSON SONSINI GOODRICH & ROSATI**


By: */s/ Jerome F. Birn, Jr.*
    Jerome F. Birn, Jr. (SBN 128561)
    Catherine Eugenia Moreno (SBN 246517)
    Elizabeth Rose Gavin (SBN 305017)
    Dylan Grace Savage (SBN 310452)
    Email: jbirn@wsgr.com
    Email: cmoreno@wsgr.com
    Email: bgavin@wsgr.com
    Email: dsavage@wsgr.com
    650 Page Mill Road
    Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
    Fax: (650) 565-5100

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung*

**MORRISON & FOERSTER LLP**

By:   /s/ Anna Erickson White
      Anna Erickson White

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
awhite@mofo.com

*Attorneys for Defendant David K. Francis*

### SIGNATURE ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

DATED: December 3, 2021

                              *s/Adam M. Apton*
                              Adam M. Apton

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated:   January 3, 2022

_____
The Hon. Jon S. Tigar
United States District Judge