**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
       amccall@zlk.com
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: 415-373-1671

*Attorneys for Lead Plaintiff
and the Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 4:20-cv-02395-JST<br><br>Hon. Jon S. Tigar<br><br><u>CLASS ACTION</u><br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF AND LEAD PLAINTIFF** |

WHEREAS, on April 8, 2020, named plaintiff Jigneshkumar B. Patel filed a federal securities class action lawsuit against defendants eHealth, Inc.; Scott N. Flanders; Derek N. Yung; and David K. Francis (collectively, "Defendants") (ECF No. 1);

WHEREAS, on June 8, 2020, movant Billy White filed a Motion for: 1) Consolidation of Related Actions; 2) Appointment as Lead Plaintiff; and 3) Approval of Lead Counsel to Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel (ECF No. 19);

WHEREAS, on June 24, 2020 this Court consolidated the related actions, appointed Billy White as Lead Plaintiff, and appointed Levi & Korsinsky, LLP as Lead Counsel (ECF No. 39);

WHEREAS, on November 11, 2021, Plaintiff's Counsel filed a suggestion of death as to Mr. White (ECF No. 78);

WHEREAS, on December 3, 2021, the Parties submitted a Stipulation with Proposed Order (1) substituting Mr. White's wife, Penny White, as nominal Plaintiff; (2) setting December 10, 2021 as the deadline for Plaintiff to publish notice regarding the appointment of a new lead plaintiff; and (3) setting the deadline for motions for appointment as lead plaintiff for February 8, 2022 (60 days after the publication of the notice pursuant to 15 U.S. Code § 78u–4) (ECF No. 82);

WHEREAS, the Court GRANTED the Parties' stipulation on January 3, 2022, after the deadline in the Parties' original stipulation (ECF No. 83);

NOW, THEREFORE, in order to avoid any confusion, the Parties hereby submit the below schedule for publication of the notice and briefing the motion(s) to appoint lead plaintiff:

1. Plaintiff's Counsel shall publish the notice attached as Exhibit A in a widely circulated national business-oriented publication or wire service no later than seven days after the entry of this Order; and

2. Motions for appointment of lead plaintiff shall be submitted no later than 60 days after the publication of the notice.

//
//
//

**IT IS SO STIPULATED**.

DATED: January 7, 2022      **LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
   Adam M. Apton (SBN 316506)
   Adam C. McCall (SBN 302130)
   Email: aapton@zlk.com
   Email: amccall@zlk.com
   75 Broadway, Suite 202
   San Francisco, CA 94111
   Tel: 415-373-1671

   Nicholas I. Porritt (admitted *pro hac vice*)
   **LEVI & KORSINSKY, LLP**
   1101 30th Street NW, Suite 115
   Washington, DC 20007
   Telephone: (202) 524-4290
   Email: nporritt@zlk.com

   *Attorneys for Lead Plaintiff Billy White and Proposed Nominal Plaintiff Penny White and Lead Counsel for the Class*

   **WILSON SONSINI GOODRICH & ROSATI**

By: */s/ Jerome F. Birn, Jr.*
   Jerome F. Birn, Jr. (SBN 128561)
   Catherine Eugenia Moreno (SBN 246517)
   Elizabeth Rose Gavin (SBN 305017)
   Dylan Grace Savage (SBN 310452)
   Email: jbirn@wsgr.com
   Email: cmoreno@wsgr.com
   Email: bgavin@wsgr.com
   Email: dsavage@wsgr.com
   650 Page Mill Road
   Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
   Fax: (650) 565-5100

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung*

**MORRISON & FOERSTER LLP**

By: <u>  /s/ Anna Erickson White  </u>
    Anna Erickson White

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
awhite@mofo.com

*Attorneys for Defendant David K. Francis*

# [PROPOSED] ORDER

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated:

                                              The Hon. Jon S. Tigar
                                              United States District Judge

## SIGNATURE ATTESTATION

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

DATED: January 7, 2022
                                                *s/Adam M. Apton*
                                                Adam M. Apton