# EXHIBIT "A"

**SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors of eHealth, Inc. of a Pending Lawsuit and Sets a Lead Plaintiff Deadline of February 8, 2022**

NEW YORK, [_____ __], 2022 - The following statement is being issued by Levi & Korsinsky, LLP:

To: All persons or entities who purchased or otherwise acquired shares of eHealth, Inc. (NASDAQ: EHTH) common stock between April 26, 2018, and July 23, 2020 (the "Purported Class").

You are hereby notified that a class action lawsuit, *In re eHealth Inc. Securities Litigation*, No. 4:20-cv-02395-JST, is pending in the United States District Court for the Northern District of California. Levi & Korsinsky has been litigating the lawsuit since being appointed as lead counsel on June 24, 2020. The firm has conducted an in-depth investigation, filed an amended complaint, and defeated in part a motion to dismiss. The claims currently pending against eHealth Inc. and the other defendants assert that they materially misrepresented the costs and expenses incurred by the company in connection with the retention of policyholders.  The purported class period is April 26, 2018 to July 23, 2020 (both dates inclusive).

The prosecution of this litigation has been temporarily stayed pending the appointment of a new lead plaintiff. Any member of the Purported Class may move the Court to serve as lead plaintiff.  If you suffered a loss in eHealth, you have until [_____ __], 2022 to request that the Court appoint you as lead plaintiff.

To get more information, go to http://www.zlk.com/_____ or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. There is no cost or obligation to you.

Levi & Korsinsky is a nationally recognized firm with offices in New York, California, Connecticut, and Washington, D.C. The Firm's Founding Partners, Joseph Levi and Eduard Korsinsky, have been representing shareholders and institutional clients for almost 20 years and have achieved remarkable results for clients in the U.S. and internationally. The firm, with more than 80 employees, is committed to fostering, cultivating and preserving a culture of diversity, equity and inclusion for employees and those that we represent. Our attorneys have extensive expertise representing investors in securities litigation with a track record of recovering hundreds of millions of dollars in cases. Levi & Korsinsky was ranked in Institutional Shareholder Services' ("ISS") SCAS Top 50 Report for 7 years in a row as a top securities litigation firm in the United States. The SCAS Top 50 Report identifies the top plaintiffs' securities law firms in the country, and year after year, ISS has recognized Levi & Korsinsky as a leading firm in the area of securities class action litigation.

CONTACT:
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.

Ed Korsinsky, Esq.
55 Broadway, 10th Floor
New York, NY 10006
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com