**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
Email: aapton@zlk.com
          amccall@zlk.com
75 Broadway, Suite 202
San Francisco, CA 94111
Tel: 415-373-1671

*Attorneys for Lead Plaintiff*
*and the Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 4:20-cv-02395-JST<br><br>Hon. Jon S. Tigar<br><br><u>CLASS ACTION</u><br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF AND LEAD PLAINTIFF** |

1   WHEREAS, on April 8, 2020, named plaintiff Jigneshkumar B. Patel filed a federal
2   securities class action lawsuit against defendants eHealth, Inc.; Scott N. Flanders; Derek N. Yung;
3   and David K. Francis (collectively, "Defendants") (ECF No. 1);
4   WHEREAS, on June 8, 2020, movant Billy White filed a Motion for: 1) Consolidation of
5   Related Actions; 2) Appointment as Lead Plaintiff; and 3) Approval of Lead Counsel to
6   Consolidate Cases, Motion to Appoint Lead Plaintiff and Lead Counsel (ECF No. 19);
7   WHEREAS, on June 24, 2020 this Court consolidated the related actions, appointed Billy
8   White as Lead Plaintiff, and appointed Levi & Korsinsky, LLP as Lead Counsel (ECF No. 39);
9   WHEREAS, on November 11, 2021, Plaintiff's Counsel filed a suggestion of death as to
10  Mr. White (ECF No. 78);
11  WHEREAS, on December 3, 2021, the Parties submitted a Stipulation with Proposed Order
12  (1) substituting Mr. White's wife, Penny White, as nominal Plaintiff; (2) setting December 10, 2021
13  as the deadline for Plaintiff to publish notice regarding the appointment of a new lead plaintiff; and
14  (3) setting the deadline for motions for appointment as lead plaintiff for February 8, 2022 (60 days
15  after the publication of the notice pursuant to 15 U.S. Code § 78u–4) (ECF No. 82);
16  WHEREAS, the Court GRANTED the Parties' stipulation on January 3, 2022, after the
17  deadline in the Parties' original stipulation (ECF No. 83);
18  NOW, THEREFORE, in order to avoid any confusion, the Parties hereby submit the below
19  schedule for publication of the notice and briefing the motion(s) to appoint lead plaintiff:

20  1. Plaintiff's Counsel shall publish the notice attached as Exhibit A in a widely circulated
21     national business-oriented publication or wire service no later than seven days after the
22     entry of this Order; and
23  2. Motions for appointment of lead plaintiff shall be submitted no later than 60 days after the
24     publication of the notice.
25  //
26  //
27  //
28

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF AND LEAD PLAINTIFF
Case No. 4:20-cv-02395-JST

1  **IT IS SO STIPULATED**.

2

3  DATED: January 7, 2022                              **LEVI & KORSINSKY, LLP**

4

5                                                      By: */s/ Adam M. Apton*
6                                                          Adam M. Apton (SBN 316506)
                                                           Adam C. McCall (SBN 302130)
7                                                          Email: aapton@zlk.com
                                                           Email: amccall@zlk.com
8                                                          75 Broadway, Suite 202
                                                           San Francisco, CA 94111
9                                                          Tel: 415-373-1671

10                                                         Nicholas I. Porritt (admitted *pro hac vice*)
                                                           **LEVI & KORSINSKY, LLP**
11                                                         1101 30th Street NW, Suite 115
                                                           Washington, DC 20007
12                                                         Telephone: (202) 524-4290
                                                           Email: nporritt@zlk.com
13

14                                                         *Attorneys for Lead Plaintiff Billy White and*
                                                           *Proposed Nominal Plaintiff Penny White and*
15                                                         *Lead Counsel for the Class*

16

17                                                         **WILSON SONSINI GOODRICH &**
                                                           **ROSATI**
18

19                                                      By: */s/ Jerome F. Birn, Jr.*
                                                           Jerome F. Birn, Jr. (SBN 128561)
20                                                         Catherine Eugenia Moreno (SBN 246517)
                                                           Elizabeth Rose Gavin (SBN 305017)
21                                                         Dylan Grace Savage (SBN 310452)
                                                           Email: jbirn@wsgr.com
22                                                         Email: cmoreno@wsgr.com
                                                           Email: bgavin@wsgr.com
23                                                         Email: dsavage@wsgr.com
                                                           650 Page Mill Road
24                                                         Palo Alto, CA 94304-1050
                                                           Telephone: (650) 493-9300
25                                                         Fax: (650) 565-5100
26

27

28
                                                 -3-
STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF AND LEAD PLAINTIFF
                           Case No. 4:20-cv-02395-JST

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung*

**MORRISON & FOERSTER LLP**

By: \_\_\_\_/s/ Anna Erickson White\_\_\_\_
      Anna Erickson White

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
awhite@mofo.com

*Attorneys for Defendant David K. Francis*

**[PROPOSED] ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED.

Dated: January 10, 2022

_____
The Hon. Jon S. Tigar
United States District Judge