ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
          – and –
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
RAPHAELLA FRIEDMAN (323324)
MEGAN A. ROSSI (318643)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
rfriedman@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:20-cv-02395-JST <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE OPERATIVE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4877-1425-9775.v1

Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund (the "Pension Fund") hereby moves for leave to supplement the operative Amended Complaint for Violations of the Federal Securities Laws (ECF 46) (the "Complaint") to conform the Complaint to events that occurred following its filing.  More specifically, after then-lead plaintiff Billy White filed the Complaint on August 25, 2020, Mr. White's counsel filed a suggestion of Mr. White's death.  ECF 78.  On November 9, 2022, the Court appointed the Pension Fund as the new Lead Plaintiff.  ECF 113.  The Pension Fund hereby submits Attachment A, the [Proposed] Supplement to the Amended Complaint for Violations of the Federal Securities Laws (the "Supplement"), only to conform the Complaint to these events.  Lead Plaintiff and Defendants met and conferred and Defendants do not oppose this Motion.

Motions to supplement are governed by Federal Rule of Civil Procedure 15(d), which provides, in part: "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."  Fed. R. Civ. P. 15(d).  "The purpose of subdivision (d) is to promote as complete an adjudication of the dispute between the parties as is possible."  6A Charles A. Wright et al., *Fed. Prac. & Proc.* §1504 (3d ed. 2021).  A Rule 15(d) supplement does not "replace the earlier pleading" and instead "represent[s] additions to or continuations of the earlier pleadings."  *Id.*

Supplemental pleadings "are within the [District C]ourt's sound discretion to permit 'on just terms.'"  *Ariz. Yage Assembly v. Barr*, 2020 WL 5629833, at *9 (N.D. Cal. Sept. 21, 2020).  "'The legal standard for granting or denying a motion to supplement under Rule 15(d) is the same as for amending one under 15(a).'"  *Lyon v. U.S. Immigr. & Customs Enf't*, 308 F.R.D. 203, 214 (N.D. Cal. 2015) (quoting *Paralyzed Veterans of Am. v. McPherson*, 2008 WL 4183981, at *26 (N.D. Cal. Sept. 9, 2008)).  Leave to supplement is "favored" and supplemental pleadings "'ought to be allowed as of course, unless some particular reason for disallowing them appears.'"  *Ariz. Yage*, 2020 WL 5629833, at *9 (quoting *Keith v. Volpe*, 858 F.2d 467, 473 (9th Cir. 1988)).  Here, the proposed Supplement should be allowed, as it incorporates events that occurred after the filing of the Complaint, namely, the appointment of the Pension Fund as Lead Plaintiff, and there is no particular

reason for disallowing the Supplement. *See Food & Water Watch, Inc. v. United States Env't Prot. Agency*, 2021 WL 1893063, at *3-*4 (N.D. Cal. May 11, 2021) ("New claims, new parties, and allegations regarding events that occurred after the original complaint was filed are all properly permitted under Rule 15(d)."); *Scheller v. Nutanix, Inc.*, 2021 WL 3616771, at *1 (N.D. Cal. Aug. 16, 2021).

For all these reasons, the Pension Fund respectfully requests that the Court grant it leave to supplement the Complaint as set forth in the proposed order filed herewith.

DATED:   November 28, 2022

ROBBINS GELLER RUDMAN
   & DOWD LLP
DOUGLAS R. BRITTON
LUCAS F. OLTS
RAPHAELLA FRIEDMAN
MEGAN A. ROSSI

s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
rfriedman@rgrdlaw.com
mrossi@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
655 West Broadway, Suite 1900

Lead Counsel for Lead Plaintiff

Lead Plaintiff's Unopposed Motion for Leave to Supplement the Operative Amended Complaint for Violations of the Federal Securities Laws - 4:20-cv-02395-JST
4877-1425-9775.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dougb@rgrdlaw.com

4877-1425-9775.v1

# Mailing Information for a Case 4:20-cv-02395-JST IN RE eHEALTH INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,bengfelt@rgrdlaw.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Doug Britton**
  dougb@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com,ldeem@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Peretz Bronstein**
  peretz@bgandg.com

- **Timothy W. Brown**
  tbrown@thebrownlawfirm.net

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Andre Fontana**
  afontana@coblentzlaw.com,andre-fontana-9619@ecf.pacerpro.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,magdalena-blackmer-3352@ecf.pacerpro.com,judson-lobdell-6493@ecf.pacerpro.com,mblackmer@mofo.com

- **Adam Christopher McCall**
  amccall@zlk.com

- **Catherine Eugenia Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com,fgravenson@poml

- **Nicholas Ian Porritt**
  nporritt@zlk.com,ecf@zlk.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Megan Allison Rossi**
  MRossi@rgrdlaw.com

- **Betty Chang Rowe**
  browe@wsgr.com

- **Dylan Grace Savage**
  dsavage@wsgr.com,lnicolini@wsgr.com

- **Whitney E. Street**
  WhitneySt@hbsslaw.com,whitney-street-0082@ecf.pacerpro.com

- **Jacob Allen Walker**
  jake@blockleviton.com,jake@ecf.courtdrive.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,ysheard@wsgr.com,rcarter@wsgr.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

- **David Jeremy Wiener**
  dwiener@mofo.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)