# ATTACHMENT A

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
RAPHAELLA FRIEDMAN (323324)
MEGAN A. ROSSI (318643)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
rfriedman@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:20-cv-02395-JST |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| | | [PROPOSED] SUPPLEMENT TO THE AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4867-5592-6591.v1

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund hereby supplements the Amended Complaint for Violations of the Federal Securities Laws (ECF 46) (the "Complaint").

Through this supplement, the words "Billy White" on page 1 of the Complaint are replaced with "Chicago & Vicinity Laborers' District Council Pension Fund," the words "undersigned attorneys" on page 1 of the Complaint are replaced with "attorneys," and ¶12 of the Complaint is replaced in its entirety with the following:

Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund purchased eHealth stock during the Class Period, as set forth in the certification filed with its lead plaintiff application (ECF 87-3), incorporated by reference herein, and was damaged thereby.

DATED:   November 28, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON
LUCAS F. OLTS
RAPHAELLA FRIEDMAN
MEGAN A. ROSSI


                                    s/ DOUGLAS R. BRITTON
                                    DOUGLAS R. BRITTON

San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
rfriedman@rgrdlaw.com
mrossi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
655 West Broadway, Suite 1900


Lead Counsel for Lead Plaintiff

[PROPOSED] SUPPLEMENT TO THE AMENDED COMPLAINT FOR VIOLATIONS OF THE
FEDERAL SECURITIES LAWS - 4:20-cv-02395-JST                                    - 1 -
4867-5592-6591.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on November 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ DOUGLAS R. BRITTON</u>
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dougb@rgrdlaw.com

4867-5592-6591.v1