ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
RAPHAELLA FRIEDMAN (323324)
MEGAN A. ROSSI (318643)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
rfriedman@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) ) ) ) | Case No. 4:20-cv-02395-JST  CLASS ACTION  [PROPOSED] ORDER |
|---|---|---|

4868-8929-2351.v1

WHEREAS, on November 28, 2022, Lead Plaintiff California Chicago & Vicinity Laborers' District Council Pension Fund (the "Pension Fund") filed an Unopposed Motion for Leave to Supplement the Amended Complaint for Violations of the Federal Securities Laws (the "Motion");

WHEREAS, the Court has considered the Motion and found good cause therefor,

IT IS HEREBY ORDERED as follows:

1.      The Motion is GRANTED; and

2.      The Pension Fund shall promptly file the [Proposed] Supplement to the Amended Complaint for Violations of the Federal Securities Laws as a separate docket entry.

ITS SO ORDERED.

_____
THE HONORABLE JON S. TIGAR

[PROPOSED] ORDER - 4:20-cv-02395-JST                                                                    - 1 -
4868-8929-2351.v1