CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: cmoreno@wsgr.com
       browe@wsgr.com
       dsavage@wsgr.com

GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants eHealth Inc.,*
*Scott N. Flanders, and Derek N. Yung*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH, INC. SECURITIES LITIGATION | CASE NO.:  4:20-cv-02395-JST |
| | **DECLARATION OF BETTY CHANG ROWE IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)** |
| | Hearing Date:  February 23, 2023 |
| | Time:  2:00 p.m. |
| | Courtroom:  6 |
| | Honorable Jon S. Tigar |

I, Betty Chang Rowe, hereby declare:

1.    I am an attorney duly licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Defendants eHealth, Inc. ("eHealth"), Scott N. Flanders, and Derek N. Yung in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the S&P Global's Transcript of eHealth's Q1 2018 Earnings Conference Call on April 26, 2018.  In connection with Defendants' Rule 12(b)(6) motion to dismiss (ECF No. 47; "Rule 12(b)(6) Motion"), Defendants only submitted pages 1, 3, 7, and 11 of this document.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of eHealth's Press Release, attached as Exhibit 99.1 to eHealth's Form 8-K, filed with the Securities and Exchange Commission ("SEC") on April 26, 2018.  Defendants did not submit this document in connection with their Rule 12(b)(6) Motion.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from eHealth's Form 10-K for the year ended December 31, 2017, filed with the SEC on March 19, 2018.  In connection with Defendants' Rule 12(b)(6) Motion, Defendants only submitted pages 1, 2, 14-41, 45, 50, 51, 56, 57, and 109 of this document.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the S&P Global's Transcript of eHealth's Q4 2019 Earning Conference Call on February 20, 2020.  In connection with Defendants' Rule 12(b)(6) Motion, Defendants only submitted pages 1, 3, 7, and 13 of this document.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of eHealth's Press Release, attached as Exhibit 99.1 to eHealth's Form 8-K, filed with the SEC on February 20, 2020.  Defendants did not submit this document in connection with their Rule 12(b)(6) Motion.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from eHealth's Form 10-Q for the quarter ended September 30, 2019, filed with the SEC on November 8, 2019.  Defendants did not submit this document in connection with their Rule 12(b)(6) Motion.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of a report by Muddy Waters Capital LLC, dated April 8, 2020.  In connection with Defendants' Rule 12(b)(6) Motion, Defendants submitted this report in full.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from eHealth's Form 10-K for the year ended December 31, 2018, filed with the SEC on March 14, 2019.  In connection with Defendants' Rule 12(b)(6) Motion, Defendants only submitted pages 1, 2, 14-39, 48, 85, and 128 of this document.

I declare under penalty of perjury under the laws of the United States, that to the best of my knowledge, the foregoing is true and correct.

Executed this 22nd day of December 2022, in Palo Alto, California.

/s/ *Betty Chang Rowe*
Betty Chang Rowe

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Gregory Watts, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  December 22, 2022                    /s/ *Gregory L Watts.*
                                                                Gregory L. Watts

ROWE DECL. ISO DEFENDANTS' RULE 12(C) MOTION          -2-
CASE NO. 4:20-CV-02395-JST

# EXHIBIT 1

**S&P Global**
Market Intelligence

# eHealth, Inc. NasdaqGS:EHTH
# FQ1 2018 Earnings Call Transcripts

## Thursday, April 26, 2018 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.41) | (0.07) | NM | (0.45) | 0.97 | 1.60 |
| **Revenue  (mm)** | 38.42 | 43.07 | ▲12.10 | 35.84 | 220.38 | 255.45 |

Currency: USD
Consensus as of  Apr-12-2018 5:08 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | (0.73) | (0.78) | NM |
| **FQ3 2017** | (0.71) | (0.98) | NM |
| **FQ4 2017** | (1.08) | (0.93) | NM |
| **FQ1 2018** | (0.41) | (0.07) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **11** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**David Kirsten Francis**
*Chief Operating Officer*

**Kate Sidorovich**
*Vice President of Investor Relations*

**Scott N. Flanders**
*CEO & Director*

**ANALYSTS**

**David Anthony Styblo**
*Jefferies LLC, Research Division*

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen, and welcome to the Q1 2018 eHealth, Inc. Earnings Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded for replay purposes.

It is now my pleasure to hand the conference over to Ms. Kate Sidorovich, Vice President of Investor Relations. Ma'am, you may begin.

**Kate Sidorovich**
*Vice President of Investor Relations*

Thank you. Good afternoon, and thank you all for joining us today either by phone or by webcast for a discussion about eHealth, Inc.'s First Quarter 2018 Financial Results.

On the call this afternoon, we'll have Scott Flanders, eHealth's Chief Executive Officer; and Dave Francis, eHealth's Chief Financial and Operating Officer. After management completes its remarks, we'll open the line for questions.

As a reminder, today's conference call is being recorded and webcast from the IR section of our website. A replay of the call will be available on our website following the call.

We will be making forward-looking statements on this call that include statements regarding future events, beliefs and expectations, including statements relating to execution against our growth targets; the performance of our Medicare and Individual & Family Plan business; expected contributions from our strategic partner channel; our expectations regarding the consumer demand for non-ACA-compliant products; expected expiration of the ACA individual mandate penalty; our marketing efforts, including our new digital marketing initiatives; our integration efforts with respect to the GoMedigap acquisition; our expectations for submitted and approved applications; profitability of and growth in our Medicare business; the profitability of our Individual & Family Plan business and the potential for cash flow generation; our plan for subsidy-eligible consumers; the priorities of our Small Group Business; our expectations regarding approved members on Prescription Drug Plans; enhancements in our consumer-facing and technology platform; the date of new sales and operating metrics in assessing the performance of our business; our longer-term financial outlooks through 2021, including growth in Medicare and total company revenue and EBITDA margin; our expectations regarding cash flow from operations and commissions receivable balance; the sequential quarterly trends of our revenue and earnings; our expected tax rate for 2018 and our guidance for 2018, including our guidance for total revenue, segment revenue and profit, adjusted EBITDA, corporate shared service expense, GAAP net income, non-GAAP net income per share and adjusted EBITDA per share.

Forward-looking statements on this call represent eHealth's views as of today. You should not rely on the statements as representing our views in the future.

We undertake no obligation or duty to update information contained in these forward-looking statements whether as a result of new information, future events or otherwise.

Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected in our forward-looking statements. We describe these and other risks and uncertainties in our annual report on Form 10-K and quarterly reports on Form 10-Q filed with the Securities and Exchange Commission, which you may access through the SEC website or from the Investor Relations section of our website.

We will be presenting certain financial measures on this call that will be considered non-GAAP under SEC Regulation G. For reconciliation of each non-GAAP financial measure to the most directly comparable GAAP financial measure, please refer to the information included in our press release and in our SEC filings, which can be found in the About Us section of our corporate website under the heading Investor Relations.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And at this point, I will turn the call over to Scott Flanders.

**Scott N. Flanders**
*CEO & Director*

Thank you, Kate, and welcome, everyone. We had a great start to our year at eHealth with double-digit enrollment growth and 21% revenue growth in the Medicare segment.

Growth rate is well above the overall Medicare market. This growth generated significant segment profit as we meaningfully reduced variable marketing costs per approved member compared to a year ago and continued to improve customer conversion rates throughout the quarter.

We expanded and strengthened our approach to the Medicare Supplement market with the acquisition of GoMedigap, whose early performance and integration are on target.

Our Small Business Group also performed well with the number of approved members increasing by more than 50% year-over-year. Only the Individual & Family Plan business remained challenged for us. Though we expect that recent changes in leadership and our go-to-market approach will allow us to gain better traction in the individual market later in the year.

The company is singularly focused on executing against the growth targets we established on our year-end earnings call, and I view our first quarter performance as generating strong momentum towards achieving those objectives.

This is the first quarter in which we're reporting results according to the new ASC 606 revenue recognition standard. First quarter revenue was $43.1 million. Our adjusted EBITDA was negative $1.2 million. GAAP net loss per share was $0.26, and non-GAAP net loss per share was $0.07. Cash flow from operations was $10.7 million, bringing our cash balance as of March 31 to $34.7 million.

Of note, our balance sheet as of March 31, 2018, shows a commission receivable balance of over $272 million that represents the constrained amount of estimated commissions that we expect to collect over time from all of our existing policies.

This is the first time that this commissions receivable value has been reflected in the company's financial statements as a result of the new accounting convention, and this balance will continue to increase as our revenues grow.

In our Medicare business, submitted applications grew 12%, while variable marketing costs per approved member declined 29% compared with the first quarter of last year.

First quarter Medicare commission revenue grew 17% compared to a year ago. These results demonstrate the effectiveness of our new channel strategy that we started to implement a year ago as well as improved product mix toward more major medical insurance products and the positive impact of our acquisition of GoMedigap.

Revenue growth combined with substantially more attractive acquisition costs per approved member resulted in an improved profitability of our Medicare business with first quarter segment profit of $3.2 million compared to a loss of $900,000 in the first quarter of 2017 on a post-ASC 606 adoption basis.

During the quarter, we grew Medicare submitted applications from our direct channel over 200% compared to a year ago, more than offsetting the reduced volume of applications coming from the more expensive channels, paid search and lead aggregators.

Specifically, our recent investments made to bring the management of direct response TV campaigns in-house are now driving meaningful Medicare application growth at attractive acquisition costs. We are also experiencing good traction from our direct mail campaigns and have expanded their use.

In addition, a combination of improved search engine optimization and medicare.com brand equity delivered strong growth in traffic to our direct channel.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These efforts increase our profitability and enable us to gain in market share. I am also encouraged by the impact that our new marketing team is having on paid search and lead aggregator channels, which have historically been characterized by high acquisition costs.

Our new digital marketing talent that onboarded at the beginning of the year is leading a new initiative to build a more efficient, cost-effective customer acquisition program for the paid search channel that levers our core assets.

Early results from this team are encouraging. We plan to increase investment in the paid search channel as the year progresses. Our partnership team has taken steps to better manage our existing relationships with lead aggregators, reducing our expense for the leads that we received from that channel. In all, I am pleased with the production and direction of our new marketing efforts across the Medicare business.

Our performance in the Medicare Supplement market was also an important growth driver in our Medicare segment. Submitted applications increased 41% compared to the first quarter of last year, driven in part by our acquisition of GoMedigap and the investments that we are making in the GoMedigap platform.

Our integration efforts with respect to the acquisition are tracking well and are focused on scaling their demand generation activities at favorable acquisition costs. We expect to see a continuing tailwind to our Medicare performance from the initiatives I have described. I also would like to note that the contribution from our strategic partner channel is expected to be moderate in the first half of the year.

Partners typically deploy their marketing budgets around the main selling season that takes place in the fourth quarter. As a result, we expect to see an acceleration in submitted Medicare application growth in the second half of the year as our partner channel contribution increases, with the fourth quarter being the strongest quarter in terms of Medicare product application volumes and growth rates.

Our Individual & Family Plan business performed largely in line with our expectations during the first quarter, which reflected continuing turmoil in the market and a shift in the timing of the open enrollment period compared to prior years.

Submitted applications for major medical products declined 70% compared to a year ago when the open enrollment period extended into the first quarter.

Approved members declined by 40% -- only 42%, reflecting an improvement in conversion rates. Individual & Family Plan commission revenues declined 48% over the same time period. Despite these headwinds, the Individual & Family business was profitable on a segment basis and is expected to remain so in each quarter of 2018.

We have not been satisfied with the performance of our Individual & Family Plan business. And we've effected changes to management and the direction of the group in the first quarter to better pursue what we believe are sizable opportunities in that market. This includes identifying and offering the most appropriately priced health insurance products to meet the diverse needs of our customers, including those seeking alternatives to high-priced Affordable Care Act-compliant plans.

The market disruption that the Affordable Care Act has brought to the individual market has created a number of opportunities, including growing consumer demand for non-ACA products such as short-term insurance, hospital and doctor visit coverage and deductible expense protection for the increasingly large population with high deductible health plans.

We believe the demand for these products will continue to grow in the current environment, particularly as the individual mandate penalty goes away in 2019, and we are making adjustments to our product portfolio and marketing approach to more fully capitalize on this trend.

The eHealth digital engagement and enrollment platform continues to provide significant cost and ease of buying advantages that we intend to lever into these opportunities in the individual market. We are further enhancing our consumer-facing platform to make buying insurance a much simpler process in what is still a confusing market.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also plan to continue offering major medical plans and qualified health plan for subsidy-eligible customers through our platform. And we believe that we will be in a good position to meet a broad range of consumer needs as we enter the open enrollment period.

Our financial goals of the Individual market for this year remain focused on maximizing profitability and cash flow.

Turning to the Small Business market, we are seeing robust growth in demand and approved application growth. The number of approved members grew 52% compared to the first quarter of 2017, with commission revenue growing 23% over the same period. Following management changes implemented in January, we now have dedicated small group leadership for the first time. The key priorities for the team include expansion of marketing channels with an emphasis on adding new strategic partners, technology enhancement, including extending our online enrollment capabilities to additional carriers and increasing the efficiency of our customer care and enrollment team with a goal to boost conversion and group retention.

We are pleased with our first quarter financial results and execution progress. In Medicare, our direct channel continues to drive application growth at attractive acquisition cost. And in the second half of the year, we expect application growth to accelerate with increased contribution from our strategic partner channel.

This year, we plan to scale our existing partnerships with hospital networks, pharmacies, insurance carriers and affiliate groups. And we have already signed several relationships earlier in the year than expected.

In the Individual business, we intend to continue to focus on growing enrollments in non-ACA-compliant products. We also expect to see better year-over-year submitted application performance with our major medical products as we move past the first quarter when year-over-year declines are exacerbated by the change in open enrollment period timing.

We have revised our financial plan through 2021 to reflect the new accounting convention. Consistent with our previous long-term guidance, we currently expect to grow revenues in our Medicare business at a compound annual growth rate of over 20% between 2017 and 2021, while we expect total company revenue to grow at a high teens CAGR over the same period, reflecting the impact of slower growth in our Individual & Family Plan business.

We expect to generate a 30% EBITDA margin by 2021, a higher level than previously expected due to the change in revenue recognition. We also expect cash flow from operations to be positive for the full year 2019.

With that, I now turn the call over to Dave Francis, who will review our first quarter financial results in greater detail.

**David Kirsten Francis**
*Chief Operating Officer*

Thanks, Scott, and good afternoon, everyone. This is the first time that we are reporting our financial results based on the ASC 606 revenue recognition accounting standard.

Our earnings release includes historical financial statements presented on this new basis to facilitate period comparisons.

When I refer to prior year financial results in my remarks today to address growth rates and other year-over-year trends, I will be using historical financial results as adjusted to reflect the new accounting treatment.

I would also like to note that starting with this quarter, we are providing new sales and operating metrics as part of our earnings release with the goal to increase transparency into our business and make it easier for investors to evaluate the progress that the company is making against its growth targets. These metrics include the number of approved members during the quarter, the constrained lifetime value of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

an approved member, both broken out by key product categories, a more granular view of the estimated quarter-end membership and commission revenue.

We are also providing variable marketing cost and customer care enrollment cost per approved Medicare equivalent and Individual & Family Plan equivalent member respectfully -- respectively, excuse me. We believe that this level of information taken together provides a clearer sense of the performance of our business and aligns with the key metrics that we as a management team are now using to manage the company.

Also, while we have historically provided the number of submitted applications by product, the relevance of this metric has diminished following our adoption of ASC 606, under which the number of approved members becomes a key revenue driver. We will continue to provide the number of submitted applications by product for another year for continuity purposes and phase that metric out starting in 2019.

First quarter revenue was $43.1 million, an increase of 4% compared to $41.6 million for the first quarter of 2017. First quarter commission revenue was $40.7 million, a 5% increase compared to the first quarter a year ago.

Under the new accounting standard, our Medicare and Individual & Family Plan commission revenue in a given quarter is driven by newly approved enrollments that we generate. At the same time, renewal commission payments that we receive on our existing Medicare and Individual & Family books of business during the quarter are no longer reflected on the income statement.

In the Medicare segment, our first quarter revenues of $30.8 million grew 21% compared to the first quarter of 2017, driven primarily by 12% growth in approved Medicare members and an increase in noncommission revenues. It is important to note the shift in the mix of our Medicare enrollments in the first quarter of the year toward higher value Medicare Advantage and Medicare Supplement members.

Approved Medicare Supplement Plan members grew 29%. Approved Medicare Advantage members grew 15%. And approved members on Prescription Drug Plans declined 16% compared to the first quarter of 2017.

The growth in Medicare Supplement Plan approved members was accelerated by our acquisition of GoMedigap, which closed in January of this year. While the decline in approved PDP members resulted from the reduced spending in the paid search channel that Scott described previously.

As our new digital marketing team continues to make progress in rebuilding a more productive and efficient customer acquisition model, we intend to spend more in the paid search channel.

In the second half of this year, we are expecting the reduction in PDP volumes to reverse through marketing activities in both the paid search channel and the strategic partner channel.

The estimated number of revenue-generating Medicare members was 381,787 at the end of the first quarter, up from 284,865 at the end of the first quarter of 2017, an increase of 34%.

First quarter profit from our Medicare segment was $3.2 million. First quarter 2018 revenue from our IFP and Small Business segment was $12.3 million, a decline of 24% compared to a year ago, driven by a 42% decline in approved Individual & Family Plan members, which was partially offset by 23% growth in commission revenue generated by our Small Business Group.

The Individual, Family and Small Business segment remained profitable on a stand-alone basis, generating segment profit of $3.5 million for the first quarter 2018, despite the reductions in revenue.

Our estimated IFP membership at the end of the first quarter was approximately 182,700, down 31% compared to the estimated membership we reported at the end of the first quarter a year ago.

The estimated number of members on Small Business products was approximately 35,400 at the end of the quarter, a 15% increase compared to the first quarter a year ago.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First quarter non-GAAP operating cost of $44.9 million, which excludes stock-based compensation, amortization of intangibles, restructuring charges and acquisition costs, grew 4% or roughly $1.6 million compared to the first quarter a year ago.

Adjusted EBITDA for the first quarter 2018 was negative $1.2 million compared to negative $1 million for the first quarter of 2017.

We calculate adjusted EBITDA by adding stock-based compensation, depreciation and amortization, including the amortization of acquired intangibles, restructuring charges, acquisition costs, other income or expense and provision for income taxes to our GAAP net operating income.

First quarter 2018 GAAP net loss per diluted share was $0.26 compared to net income per diluted share of $0.06 for the first quarter of 2017.

Non-GAAP net loss per diluted share was $0.07 compared to net income of $0.13 per diluted share for the first quarter of 2017.

Our first quarter 2018 cash flow from operations was $10.7 million. Capital expenditures for the first quarter of 2018 were approximately $1.2 million.

Our first quarter cash flow statement also reflects a cash payment of $15 million in connection with our acquisition of GoMedigap.

Our quarter-end cash balance was $34.7 million. As Scott mentioned earlier, our balance sheet also reflects a significant commissions receivable balance of $272.5 million that we booked pursuant to ASC 606, and it is comprised of $98.8 million that we expect to collect over the next 12 months and $173.7 million in long-term commissions receivable.

And now I would like to address our 2018 financial guidance. Our operational outlook for the year remains unchanged, and we are reaffirming our revenue, adjusted EBITDA, segment revenue and profitability and GAAP net income guidance for the full year 2018 that we initially provided on our fourth quarter 2017 earnings call.

We remain highly focused on executing against our growth and profitability targets for the year. At the same time, the guidance we have received from our auditors and tax consultants relating to the reporting of tax obligations under ASC 606 for GAAP purposes changed recently. While this change does not affect our cash tax expectations for this year, the reporting nature of our tax obligation has changed, with the net effects being that we expect to report an effective full rate -- full tax rate of approximately 27.5% for 2018 as opposed to minimum taxes we had anticipated previously.

As a result, we are adjusting our financial guidance only as it relates to reported non-GAAP net income for 2018. Non-GAAP net income per share for 2018 is expected to be in the range of $0.69 to $0.95 per share. This compares to our prior expectations of $0.92 to $1.18 per share.

To emphasize, the rest of our operating guidance for 2018 remains unchanged. We continue to expect consolidated revenue for 2018 to be in the range of $217.5 million to $227.5 million, with Medicare segment revenues in the range of $178.5 million to $183.5 million and Individual, Family and Small Business segment revenues in the range of $39 million to $44 million.

We continue to expect GAAP net income for 2018 to be in the range of $1.6 million to $6.6 million. We continue to expect 2018 adjusted EBITDA to be in the range of $21.9 million to $26.9 million. We also continue to expect 2018 adjusted EBITDA per share to be in the range of $1.13 to $1.39. We continue to expect 2018 Medicare segment profit to be in the range of $45.5 million to $49.5 million. And Individual & Family and Small Business segment profit to be in the range of $6 million to $7 million.

We continue to expect corporate shared services expenses, excluding stock-based compensation and depreciation and amortization expense, to be approximately $29.5 million for the year.

Finally, with respect to sequential quarterly trends, it is important to note that our second and third quarters are seasonally weakest in terms of new enrollment volume. As a result, we expect our revenue

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

and earnings to decline at the margin in the second quarter of the year as compared to the first quarter. We expect third quarter revenues and earnings to be similar to the second quarter before a significant expected increase in the fourth quarter. I want to remind you that these comments are based on current indications for our business, which are subject to change at any time. We undertake no obligation to further update our guidance.

And now we will open the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question will come from the line of George Sutton with Craig-Hallum.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

So I wanted to walk through the commission receivables. So if I look at the combination of your short and your long-term receivables, even relative to your enterprise value, it's basically equivalent. So effectively that represents receivables that you will be ultimately -- you will be receiving cash for under that constrained assumption. Are there any other real costs associated against that?

**Scott N. Flanders**
*CEO & Director*

No. Thanks, George, for the question. No, the costs attached to each of the receivable balances have essentially been absorbed as we generate the revenue in any particular quarter. So as the cash comes in, there is no additional cost attached to that. And the reason that those receivables are there is because there is no meaningful service component attached to them either. So according to our contracts with the carriers, these are all cash collection expectations that we have, both in the short term and long term.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Interesting. Great. And then relative to these -- the new partnerships that you have already signed year-to-date, I believe those were Medicare partnerships. Can you just give us a sense of some of the opportunities you see from those new partnerships? And then, also, as we look at the Q1 results, how significant were some of these larger partnerships you signed in 2017 that you were somewhat behind your expectations there? It looks like you actually performed ahead in Q1, just curious how that shifted.

**Scott N. Flanders**
*CEO & Director*

So I'll answer it this way. And if I need to do more, tell me. We're really pleased with where we sit right now from the partner perspective. We talked about a specific partner last year that did underachieve relative to our contracted expectations there. But conversations with that partner for this coming year are going very, very well. We're encouraged by where we sit with those folks. Our performance against our partner business last year has also set us up for significant sales activity in the first part of this year to be able to set up the volume expectations for the back half of the year as well. Our -- it's our expectation to be in more of a portfolio-driven approach relative to partners this year, particularly in the fourth quarter rather than relying on just a single partner for the lion's share of business. But either way, we're encouraged by where things stand at the moment. And as Scott mentioned, we've had a couple of partners sign contracts ahead of our expectations relative to what we're going to be doing in the fourth quarter. Did that answer what you were asking?

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Again, if I looked at who you've signed year-to-date, can you just give us a relative level of significance in your view? Are these just kind of down the middle normal type of partnerships?

**David Kirsten Francis**
*Chief Operating Officer*

Yes. So the partnerships that we had in place last year continue into this year. As Scott mentioned on his prepared comments, the partner activity typically ramps up in the fourth quarter as you go into the AEP selling season for Medicare. That's where the -- just the largest volume of activity is. We do have as part

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

of these partnerships age-in activity and other programs that we do outside of the AEP period. But the reality is that -- and I think we talked about this late last year that the first half of this year is working on getting these partnerships either expanded for those that are existing or signed for those that are new determining the scope of how we're going to work with those folks and then implementing those in the second half of the year. So it's our expectation that we'll be talking a lot more about -- if we can't say who, certainly more the nature of some of those partnerships as we get into the Q2 and the Q3 reporting period. But right now, it's just way too early to give a lot more information relative to what those are going to mean relative to the fourth quarter other than to say we're very encouraged by the activity at the moment.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Okay. Simple last question, if I could. In your other -- on the ancillary side of your business, there was another line that grew 213%. I'm just curious, what is that?

**David Kirsten Francis**
*Chief Operating Officer*

I mean, that's primarily dental, but other products that we're selling in that area. It's -- the construct of the products being sold in the IFP business right now are continuing to change as we continue to work to find the right mix of product and engagement strategies to, as Scott said, turnaround our, what we would characterize as, disappointing results in the individual business. And we're working on finding that right mix of product and benefit at the right price for the right customers that we're engaging with.

**Operator**

And our next question will come from line of Dave Styblo with Jefferies.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

Want to just get a better sense of all these efforts that you're doing to move things in-house from a referral basis and lead generation side and get a sense of the cost of acquisition and staff and improving conversion rates. How far are you into that process at this point? Because I feel like we've been hearing about it for a good 18 months and change, but are we kind of in the 3rd inning, the 6th inning, just how much further do we have to go in terms of improvement there?

**Scott N. Flanders**
*CEO & Director*

Well, I would say a highlight of Q1 was the 29% cost of acquisition improvement year-over-year in Medicare. So we feel very good about that efficiency where we are -- we've had improvement is in the direct response TV and direct mail. We've been able to be less reliant on third-party lead aggregators, and we've been less reliant upon the most expensive lead source, which is paid search. So I'd say, we've picked the easy fruit from that, Dave. But having said that, those trends should continue through the second quarter. Where I see huge opportunity for us both to improve efficiency, but also capture market share is as we continue to improve our digital marketing efforts. And so that -- contributions from that team, which I noted literally, they just -- human capital just joined us in January. We are just beginning to experience the improved digital marketing from their talent. So we're really bullish on how we can improve the profitability per member, but also outgrow the market substantially by strong digital marketing. Dave?

**David Kirsten Francis**
*Chief Operating Officer*

Yes. That's absolutely right. The 2 areas that I would pile on there is to reemphasize that investment in marketing talent, particularly on the digital side as, Dave, you know, we brought onboard a very talented new Chief Marketing Officer in June of last year and it's -- as all things that you rebuild, it's taken some time for him to build the bench strength and the capabilities there. And this digital marketing piece is a very important part. We had been doing it badly as a company for quite some time, causing us to dial

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

back the spending there. As we re-energize those muscles and do that better, we will be investing more aggressively there. The other is to keep in mind that last year we essentially took our Medicare acquisition channel strategy and turned it on its head, insourcing a lot more work and then looking to this partner channel. That had very good early results, and you're seeing some of those results still coming through in the first quarter here. And I would say, the year is really broken into 2 areas, and it's the first 3 quarters of the year where we have to go out and market much more aggressively on a paid basis to generate the new customer acquisition volume, and then the fourth quarter, where all of this partner volume comes in, getting those partnerships in place and then implementing and executing against them. We believe that there are opportunities for us to continue to grow the business while reducing the incremental cost of acquisition in each of those periods. But candidly, the more pronounced impact is going to be in the fourth quarter when more of the volume comes in generally and more of those lower cost partner relationships kick in and implement at scale. So we're -- if you want an inning, I'd say, we are in the fourth or fifth right now, but this one could go into a day-night doubleheader too. So we're excited about where we sit.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

Right. Okay. So that -- yes, that actually parlays into questions about growth and where you are -- how you guys see the low-hanging fruit from application growth from here? And so it sounds like in the first 3 quarters, as you said, that's more internal and perhaps more paid search still, but the fourth quarter leaning on those channels. I guess, since the fourth quarter is so seasonal now and important to you guys hitting your numbers, what are you doing with the partners, right now, to prepare for that? What is -- kind of what does the strategy look like when you go into a Union Plus or AGIA? Are you having to go into multiple different agencies within there to talk about what you guys want to do and what the demands and needs of the clients are? Sort of just walk us through how that workflow goes as you build up and get ready to market to those folks.

**Scott N. Flanders**
*CEO & Director*

Right. Just a bit of a retrospective on the last year's AEP. We are -- have developed strength in business development that outpaced our operational competencies. And so we were not well positioned to process all the partnerships that we signed. And so our recently -- last year, recruited SVP of Sales Operations actually has reorganized and is now structured in a way where we are much better positioned to support these partnerships -- each of which are unique. What we were good at doing was high-volume lead segmentation and prioritization and conversion of large volumes of inbound calls, driven by direct response TV and third-party lead aggregators. So as we created more complexity and made us less reliant upon those high-cost channels, we're ahead of ourselves in terms of building the tools, the systems and the processes in our sales ops. Dave manages that directly, but that's my perspective.

**David Kirsten Francis**
*Chief Operating Officer*

Yes. I think that's all correct. And we also are working hard to engage at different levels, Dave, kind of to your point. And Scott mentioned, each of these partnerships is different. And better understanding with the year under our belt for some of those existing partnerships that we expect more performance out of, understanding both how they work and how they interface and engage with their customers and being able to lever that engagement point more effectively to drive more traffic that has an intention to transact with us is what we are working on with those folks right now. Again, for age-in campaigns where we're able to get some of that volume going right now, we are working there to both take advantage of that volume, but also use that volume as testing to be able to optimize when we get into the fourth quarter. A lot of engagement and work with each of those partners to make sure that we're taking advantage of the unique needs and touch points that they bring to what we're trying to achieve with them.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. That's helpful. And then just the last one. I know you guys aren't pleased with the IFP business and just the challenges in the market, obviously, a lot of the ACA complexities are challenged with that one. I guess, every time I kind of step forward, it seems like there's a strategy and it's just a tough market to work in and I mean, I guess, that's reflected in the numbers where sequentially growth has been down for, I mean, 11 out of past 12 quarters, and it's down another 19% in the first quarter here. That's still your biggest profitable business. And I'm just curious how -- what else can you do to stem the losses and just help stabilize that business? And maybe helping us understand how much of that 183,000 lives is ACA-compliant business versus non-ACA-compliant?

**David Kirsten Francis**
*Chief Operating Officer*

Right. Well we only signed up in terms of subsidy-eligible ACA plan, 17,500 enrollments in the open enrollment period in '17. And so we underperformed our expectation even though we had the double redirect constraint eliminated and direct proxy enrollment enabled. The reality is that the far bigger market opportunity for us is in the non-ACA-compliant. And that's what I was signaling in my prepared remarks today, that we are more singularly focused. And you can go to our website now and see that we are directing our flow to short-term insurance. It converts at a higher rate. It's much more affordable to a much broader audience. And so we do believe we can stabilize the membership through these moves that we've made, but we're too early to give you assurance of that.

**Scott N. Flanders**
*CEO & Director*

Yes. The other thing, Dave, that I would add is, we as a company have been too focused on the ACA-compliant side of the business and realizing the bifurcation of that marketplace and that more and more people are finding themselves in an economic position where an ACA-compliant plan, because of the lack of subsidy, just doesn't match for them, combined with the fact that the regulatory environment is creating more opportunities to sell more attractive right price point non-ACA-compliant products and that includes the expected extension of short term to a 364-day maximum. We believe that we -- our engine remains very well positioned to help a large portion of that market out, and that we are -- we have essentially cleared the cultural hurdles and are getting out of the way of the ACA side of things. Doing that where we can and have the ability to do it and we'll take all that business we can, but we're focused on meeting the needs of the market with the right set of benefits at the right price point and engaging patients or customers where they want to meet.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

And is that really where you're seeing those numbers go that fall off the books, many of the them are going to that -- those shorter-term plans. Is your assumption there?

**Scott N. Flanders**
*CEO & Director*

Yes. There's still a lot of confusion among consumers in the marketplace. So we're helping them -- helping to get them educated as to the -- what's best for them. Some of them have been buying packages from us, which include short term. Some of them have been putting together their own portfolio of products. But where -- as Scott said, where we see the opportunity right now is taking advantage of where the short-term market exists today and where we think it's going in the middle part of this year with extended lifetimes of those products and be positioned when all of the volume starts to hit again in the fourth quarter to be much better prepared to capture significantly more volume than we have in each of the last 2 years.

**Operator**

And our next question will come from the line of Steven Halper with Cantor Fitzgerald.

**Steven Paul Halper**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Cantor Fitzgerald & Co., Research Division*

Just a housekeeping item. Dave, I know you talked about the noncash tax rate of 27.5%. I'm assuming that's for the full year. What should we assume as a benefit in the second and third quarter assuming that you're going to be in a loss position?

**David Kirsten Francis**
*Chief Operating Officer*

Yes. From a reporting perspective, Steve, the GAAP net income line is going to be hit with that 27.5% effective rate.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Even though you will be in a loss position?

**David Kirsten Francis**
*Chief Operating Officer*

Correct.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Okay. So it won't be a benefit, it will still -- it will be an expense?

**David Kirsten Francis**
*Chief Operating Officer*

No. It will be a benefit. It will report as a benefit.

**Operator**

And our next question will come from line of Tobey Sommer with SunTrust.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

Could you speak to the improvements you've seen in the variable marketing costs? Can you -- is there any way that you could quantify those for us and talk about the path to profitability? Seeing as how the Medicare business is where you're getting the growth and seems to be the principal driver of the long-term prospects of the company.

**David Kirsten Francis**
*Chief Operating Officer*

Sure. I'll see how I can do, and then we'll go where ever you want to, Tobey. So the -- as Scott described earlier, the fact that we have retaken control essentially of our direct marketing channels, we used to use the term where when we came into the business, we had essentially outsourced all of our marketing to third parties for whom we were simply paying a bounty for customers that we were able to enroll, and therefore not getting any kind of leverage out of our enrollment engine. Taking that all back in-house and improving our sales conversion rates inside of the sales center has resulted in that overall decline in variable marketing costs in this non-AEP, nonselling season part of the year. When you look at the opportunities in the fourth quarter. In the fourth quarter, because of both the volume of business being done over the fixed infrastructure and the fact that we can bring down, if we execute appropriately, the variable marketing expense on a blended basis for every new customer because of the mix of business coming from the lower cost partner channel, the opportunity to significantly impact -- have a positive impact on profitability in the fourth quarter relative to the first 3 is -- it becomes very apparent. So I would tell you, as we said earlier, that the opportunities as we continue to refine our direct retail marketing efforts in the first 3 quarters of the year to continue to reduce costs at the margin on an incremental basis is still there and has meaningful upside for us. But the real profits come in the fourth

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter when the volume comes and the volume comes with a significantly more attractive mix of business relative to channels.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. With respect to the IFP business, how much of your future strategy hinges on changes to the ACA or government action as opposed to forecasts in new processes and selling that are internally controlled in, assume, kind of, the current operating environment.

**Scott N. Flanders**
*CEO & Director*

So we provided updated guidance on our 2021 long-range plan, where we indicated that Medicare will continue to grow at a 20% rate, but that our overall revenues would be in the 15% range. And the reason for that is we're taking a very conservative perspective on the IFP business, very little growth at all in that segment. So we are discounting any legislative fix to expand assessability of ACA insurance. Now I personally believe that there will be a legislative fix. Tobey, that's one of the reasons I am loathe to completely exit the sale of QHPs because we do believe in the plan period, it will come back. But for purposes of our guidance and the commitments we're making, we're taking a cautious outlook.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. How would you characterize pricing both from the selling season and enrollments as you headed into this year as well as any kind of conversations you're having headed into the end of this year?

**David Kirsten Francis**
*Chief Operating Officer*

When you say pricing, do you mean commission rates?

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

I do.

**David Kirsten Francis**
*Chief Operating Officer*

Sorry?

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

I do.

**David Kirsten Francis**
*Chief Operating Officer*

So in the Medicare business, no meaningful change. There were some, at the margin, beneficial rules coming out of CMS relative to what carriers were unable to pay relative to administrative fees and other commissions. And as you know, the Medicare advantage basis is regulated to a large degree. The MedSup market, the [ CMPM ] rates have continued to be attractive for us. And you see that in the LTVs that we published as well. We're not seeing any meaningful change to those trends positive or negative. We're encouraged by where things stand on the Medicare side of things. In the IFP business, it gets very difficult to get paid any commissions on subsidy-eligible business, ACA business right now. And we are working with the carriers with whom we work in the non-ACA space to get us as strong a commission trend as possible, where we expect that those trends will continue to go up, again, particularly on the short-term products as you get higher price products based on a longer-term lifetime value of the short-term products as they come into the market in the back half of the year. We expect to see improvements

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

there. But generally speaking, commission trends are not a concern for us right now. Things are stable to improving at the margin.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

One last question for me. What is the cash flow or burn associated with this year's guidance?

**David Kirsten Francis**
*Chief Operating Officer*

We mentioned that on -- yes, we mentioned that on the Q4 call that we expect to have operating cash flow in the negative $8.5 million to negative $9.5 million range. Do you have the exact -- I think we've said we are just under $10 million from a CapEx perspective?

**Scott N. Flanders**
*CEO & Director*

Yes. And the first quarter was a little better than we anticipated from a cash standpoint.

**Operator**

And I'm showing no further questions in the queue. So now at this time, I'd like to hand the conference back over to Mr. Scott Flanders, Chief Executive Officer, for some closing comments and remarks.

**Scott N. Flanders**
*CEO & Director*

Thank you, everyone, for participating, and we are available for follow-up calls to schedule through Kate. Thank you.

**Operator**
Ladies and gentlemen, thank you for your participation on today's conference. This does conclude our program, and you may all disconnect. Everybody, have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# EXHIBIT 2

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**PURSUANT TO SECTION 13 OR 15(d) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (date of earliest event reported): April 26, 2018**

# EHEALTH, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-33071** | **56-2357876** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**440 EAST MIDDLEFIELD ROAD**
**MOUNTAIN VIEW, CALIFORNIA 94043**
(Address of principal executive offices) (Zip Code)

**(650) 584-2700**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Section 2 - Financial Information**

**Item 2.02 Results of Operations and Financial Condition.**

On April 26, 2018, eHealth, Inc. (the "Company") issued a press release announcing its financial results for the first quarter ended March 31, 2018. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

Effective January 1, 2018, the Company adopted Accounting Standards Update 2014-09, *Revenue from Contracts with Customers (ASC 606)* to recognize revenue using the full retrospective method. The Company has revised financial information for annual periods associated with fiscal years ended December 31, 2015, 2016 and 2017 and for quarterly periods associated with fiscal years ended December 31, 2016 and 2017 to reflect the adoption of this new revenue recognition standard. The revised financial information and key metrics are furnished as Exhibit 99.2 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report on Form 8-K and the exhibits attached hereto are intended to be "furnished" and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Except as shall be expressly set forth by specific reference in such filing, the information contained herein and in the accompanying exhibits shall not be incorporated by reference into any filing with the Securities and Exchange Commission made by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Section 9 - Financial Statements and Exhibits**

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release of eHealth, Inc. dated April 26, 2018 (eHealth, Inc. Announces First Quarter 2018 Results) |
| 99.2 | Certain metrics and condensed consolidated financial statements as previously reported and as adjusted for the impact of ASC 606 adoption for the years ended December 31, 2015, 2016 and 2017 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  |
|---|---|
|  | /s/ David K. Francis |
|  | David K. Francis |
|  | *Chief Financial Officer* |
| Date:    April 26, 2018 | *(Principal Financial Officer)* |

**Exhibit 99.1**



## eHealth, Inc. Announces First Quarter 2018 Results

### First Quarter 2018 Overview

- Revenue for the first quarter of 2018 was $43.1 million, a 4% increase compared to $41.6 million for the first quarter of 2017.
- GAAP net loss for the first quarter of 2018 was $4.8 million compared to net income of $1.1 million for the first quarter of 2017.
- Adjusted EBITDA was $(1.2) million for the first quarter of 2018 compared to $(1.0) million for the first quarter of 2017.
- Net cash provided by operations for the first quarter of 2018 was $10.7 million compared to $8.4 million for the first quarter of 2017.

Effective January 1, 2018, eHealth adopted Accounting Standards Update 2014-09, *Revenue from Contracts with Customers (ASC 606)*, using the full retrospective method. Prior period information presented has been adjusted to reflect the adoption of this new revenue recognition standard.

**MOUNTAIN VIEW, Calif. - April 26, 2018 -** eHealth, Inc. (NASDAQ: EHTH), a leading private online health insurance exchange, announced today its financial results for the first quarter ended March 31, 2018.

Scott Flanders, chief executive officer of eHealth stated, We had a great start to the year at eHealth with double-digit enrollment growth and 21% revenue growth in the Medicare segment. This growth generated significant Medicare segment profit as we meaningfully reduced variable marketing costs per approved member compared to a year ago and continued to improve customer conversion rates throughout the quarter. We expanded and strengthened our approach to the Medicare Supplement market with the acquisition of GoMedigap whose early performance and integration are on target. Our small group business also performed well with the number of approved members increasing by more than 50% year-over-year. Only the individual and family plan business remained challenged for us, although we expect that recent changes in leadership and our go to market approach will allow us to gain better traction in the Individual market later in the year. The company is singularly focused on executing against the growth targets we established on our year-end earnings call, and I view our first quarter performance as a strong start toward achieving those objectives."

### GAAP - First Quarter of 2018 Results

**Revenue -** Revenue for the first quarter of 2018 totaled $43.1 million, a 4% increase compared to $41.6 million for the first quarter of 2017. Commission revenue for the first quarter of 2018 totaled $40.7 million, a 5% increase compared to $38.8 million for the first quarter of 2017. Other revenue for the first quarter of 2018 was $2.4 million, a 13% decrease compared to $2.7 million for the first quarter of 2017.

Revenue from our Medicare segment was $30.8 million for the first quarter of 2018, a 21% increase compared to $25.4 million for the first quarter of 2017. Revenue from our Individual, Family and Small Business segment was $12.3 million for the first quarter of 2018, a 24% decrease compared to $16.1 million for the first quarter of 2017.

**Loss from Operations -** Loss from operations for the first quarter of 2018 was $6.7 million compared to loss from operations of $4.1 million for the first quarter of 2017. Operating margin was (16)% for the first quarter of 2018 compared to (10)% for the first quarter of 2017.

**Pre-tax Loss -** Pre-tax loss for the first quarter of 2018 was $6.5 million compared to pre-tax loss of $3.8 million for the first quarter of 2017.

**Benefit from Income Taxes -** Benefit from income taxes for the first quarter of 2018 was $1.7 million compared to benefit from income taxes of $4.9 million for the first quarter of 2017.

**Net Income (Loss) -** Net loss for the first quarter of 2018 was $4.8 million, or $0.26 net loss per diluted share, compared to net income of $1.1 million, or $0.06 net income per diluted share, for the first quarter of 2017.

**Segment Profit (Loss) -** Profit from our Medicare segment was $3.2 million for the first quarter of 2018 compared to loss of $0.9 million for the first quarter of 2017. Profit from our Individual, Family and Small Business segment was $3.5 million for the first quarter of 2018, a 48% decrease compared to profit of $6.8 million for the first quarter of 2017.

### Non-GAAP - First Quarter of 2018 Results

**Non-GAAP Operating Loss & Non-GAAP Net Income -** Non-GAAP operating loss for the first quarter of 2018 was $1.8 million compared to non-GAAP operating loss of $1.7 million for the first quarter of 2017. Non-GAAP operating margin was (4)% for each of the first quarter of 2018 and 2017. Non-GAAP net loss for the first quarter of 2018 was $1.3 million, or $0.07 net loss per diluted share, compared to non-GAAP net income of $2.5 million, or $0.13 net income per diluted share, for the first quarter of 2017.

Non-GAAP operating loss and operating margin for the first quarter of 2018 exclude $2.6 million of stock-based compensation expense, $1.9 million of restructuring costs, $0.1 million of acquisition costs related to our recently completed acquisition of GoMedigap, $0.5 million of amortization of intangible assets. Non-GAAP net loss and non-GAAP net loss per diluted share for the first quarter of 2018 exclude $2.6 million of stock-based compensation expense, $1.9 million of restructuring costs, $0.1 million of acquisition costs related to our recently completed acquisition of GoMedigap, $0.5 million of amortization of intangible assets and $1.4 million of benefit for income tax effect of these adjustments. Non-GAAP operating income for the first quarter of 2017 excludes $2.1 million of stock-based compensation expense and $0.3 million of amortization of intangible assets. Non-GAAP net income and non-GAAP net income per diluted share for the first quarter of 2017 exclude $2.1 million of stock-based compensation expense, $0.3 million of amortization of intangible assets and $1.0 million of benefit for income tax effect of these adjustments.

**Adjusted EBITDA -** Adjusted EBITDA was $(1.2) million for the first quarter of 2018 compared to $(1.0) million for the first quarter of 2017. Adjusted EBITDA is calculated by adding stock-based compensation, depreciation and amortization expense, acquisition costs related to our recently completed acquisition of GoMedigap, restructuring costs, amortization of intangible assets, other income (expense), net and provision (benefit) for income taxes to GAAP net income (loss).

### Membership & Submitted Applications

**Submitted Applications -** Submitted applications for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Prescription Drug Plans were 35,029 applications in the first quarter of 2018, a 12% increase compared to 31,277 applications in the first quarter of 2017. Submitted applications for individual and family plan products decreased 70% in the first quarter of 2018 to 6,570 applications compared to 22,011 applications in the first quarter of 2017.

**Approved Members -** Approved members for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Prescription Drug Plans were 34,338 in the first quarter of 2018, a 12% increase compared to 30,796 applications in the first quarter of 2017. Approved members for individual and family plan products decreased in the first quarter of 2018 to 23,899 members compared to 41,403 member in the first quarter of 2017.

**Membership -** Total estimated membership as of March 31, 2018 was 893,319 members, which is flat compared to 892,707 estimated members we reported as of March 31, 2017. Estimated Medicare membership as of March 31, 2018 was 381,787, a 34% increase compared to 284,865 estimated members we reported as of March 31, 2017. Estimated individual and family plan membership as of March 31, 2018 was 182,655 members, a 31% decrease compared to 265,201 estimated members we reported as of March 31, 2017.

### Cash - First Quarter of 2018

**Cash Flows -** Net cash provided by operating activities was $10.7 million for the first quarter of 2018 compared to net cash provided by operating activities of $8.4 million for the first quarter of 2017.

**2018 Guidance**

eHealth's guidance for the full year ending December 31, 2018 is based on information available as of April 26, 2018. These expectations are forward-looking statements, and eHealth assumes no obligation to update these statements. Actual results may be materially different and are affected by the risk factors and uncertainties identified in this release and in eHealth's annual and quarterly filings with the Securities and Exchange Commission.

Dave Francis, chief financial and operating officer of eHealth said, "Our operational outlook for the year remains unchanged and we are reaffirming the revenue, GAAP net income, adjusted EBITDA, and segment revenue and profitability guidance for the full year 2018 that we initially provided on our fourth quarter 2017 earnings call. At the same time, our reporting of tax obligations as a result of adopting ASC 606 for GAAP purposes changed recently. While this change does not affect our cash tax expectations for this year, the accounting for our tax obligations has been adjusted, with the net effect being that we expect to report an effective full tax rate of approximately 27.5% for 2018 as opposed to tax expense of minimum cash taxes. As a result, we are adjusting our financial guidance as it relates to non-GAAP net income."

eHealth is revising its non-GAAP net income guidance for the full year ending December 31, 2018 as follows:

- Non-GAAP net income per diluted share is expected to be in the range of $0.69 to $0.95 per share. This compares to our prior expectations of $0.92 to $1.18 per share.

eHealth is reaffirming its remaining guidance for the full year ending December 31, 2018 as follows:

- Total revenue is expected to be in the range of $217.5 million to $227.5 million. Revenue from the Medicare segment is expected to be in the range of $178.5 million to $183.5 million. Revenue from the Individual, Family and Small Business segment is expected to be in the range of $39.0 million to $44.0 million.

- GAAP net income is expected to be in the range of $1.6 million to $6.6 million.

- Adjusted EBITDA[a] is expected to be in the range of $21.9 million to $26.9 million.

- Medicare segment profit[b] for the year ending December 31, 2018 is expected to be in the range of $45.5 million to $49.5 million. Individual, Family and Small Business segment profit[b] for the year ending December 31, 2018 is expected to be in the range of $6.0 million to $7.0 million. Corporate[c] shared service expenses, excluding stock-based compensation and depreciation and amortization expense, is expected to be approximately $29.5 million.

- Adjusted EBITDA per diluted share[e] is expected to be in the range of $1.13 to $1.39 per share.

(a) Adjusted EBITDA is calculated by adding stock-based compensation, depreciation and amortization expense, restructuring charges, acquisition costs, amortization of intangible assets, other income (expense) and provision for income taxes to GAAP net income.

(b) Segment profit is calculated as revenue for the applicable segment less Marketing and Advertising, Customer Care and Enrollment, Technology and Content and General and Administrative operating expenses, excluding stock-based compensation, depreciation and amortization expense and amortization of intangible assets, that are directly attributable to the applicable segment and other indirect Marketing and Advertising, Customer Care and Enrollment and Technology and Content operating expenses, excluding stock-based compensation, depreciation and amortization expense and amortization of intangible assets, allocated to the applicable segment based on usage.

(c) Corporate consists of other indirect General and Administrative operating expenses, excluding stock-based compensation and depreciation and amortization expense, which are managed in a corporate shared services environment and, since they are not the responsibility of segment operating management, are not allocated to the reportable segments.

(d) Non-GAAP net income per diluted share is calculated by adding stock-based compensation expense, restructuring charges, acquisition costs, intangible asset amortization expense and the income tax effect of these adjustments to GAAP net income.

(e) Adjusted EBITDA per diluted share is calculated by adding stock-based compensation, depreciation and amortization expense, restructuring charges, acquisition costs, amortization of intangible assets, other income (expense) and provision for income taxes to GAAP net income per share.

**Webcast and Conference Call Information**

A Webcast and conference call will be held today, Thursday, April 26, 2018 at 5:00 p.m. Eastern / 2:00 p.m. Pacific Time. The Webcast will be available live on the Investor Relations section on eHealth's website at http://ir.ehealthinsurance.com. Individuals interested in listening to the conference call may do so by dialing (877) 930-8066 for domestic callers and (253) 336-8042 for international callers. The participant passcode is 2090739. A telephone replay will be available two hours following the conclusion of the call for a period of seven days and can be accessed by dialing (855) 859-2056 for domestic callers and (404) 537-3406 for international callers. The call ID for the replay is 1988118. The live and archived webcast of the call will also be available on eHealth's website at http://www.ehealthinsurance.com under the Investor Relations section.

**About eHealth, Inc.**

eHealth, Inc. (NASDAQ: EHTH) operates eHealth.com, a leading private online health insurance exchange where individuals, families and small businesses can compare health insurance products from leading insurers side by side and purchase and enroll in coverage online. eHealth offers thousands of individual, family and small business health plans underwritten by many of the nation's leading health insurance companies. eHealth (through its subsidiaries) is licensed to sell health insurance in all 50 states and the District of Columbia. eHealth also offers educational resources and powerful online and pharmacy-based tools to help Medicare beneficiaries navigate Medicare health insurance options, choose the right plan and enroll in select plans online through PlanPrescriber.com (www.PlanPrescriber.com), eHealthMedicare.com (www.eHealthMedicare.com) and Medicare.com (www.Medicare.com) and GoMedigap.com (www.GoMedigap.com).

For more health insurance news and information, visit the eHealth consumer blog: Get Smart - Get Covered or visit eHealth's Consumer Resource Center.

**Forward-Looking Statements**

This press release contains statements that are forward-looking statements as defined within the Private Securities Litigation Reform Act of 1995. These include statements regarding our focus on executing against our growth targets, growth of our Medicare business and improvement in conversion rates, our approach to the Medicare supplement market, integration efforts with respect to GoMedigap, expectations regarding the individual and family business estimates regarding constrained lifetime values of commissions per member and constraints on lifetime value by product category, total memberships, Medicare memberships, Individual and Family plan memberships, ancillaries and small business memberships, our expected tax rate in 2018 and our guidance for the full year ending December 31, 2018, including our guidance for total revenue, revenue from the Medicare segment, revenue from the Individual, Family and Small Business segment, GAAP net income, Adjusted EBITDA, profit from the Medicare segment, profit from the Individual, Family and Small Business segment, Corporate shared service expense, GAAP net income per share, Non-GAAP net income per share and Adjusted EBITDA per share.

These forward-looking statements are inherently subject to various risks and uncertainties that could cause actual results to differ materially from the statements made. In particular, we are required by the new revenue recognition standard to make numerous assumptions that are based upon historical trends and management judgment. These assumptions may change over time and have a material impact on our revenue recognition, guidance, and results of operations. Please review the assumptions stated in this section carefully as well as the disclosures about our implementation of the new revenue recognition standard in our Form 10-Q for the fiscal quarter ended March 31, 2018.

Our forward-looking statements are inherently subject to other risks and uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the impact of healthcare reform; our ability to retain existing members and enroll a large number of new members during the annual healthcare reform open enrollment period and Medicare annual enrollment period; the impact of annual enrollment period for the purchase of individual and family health insurance and its timing on our recognition of revenue; our ability to sell qualified health insurance plans to subsidy-eligible individuals and to enroll subsidy eligible individuals through government-run health insurance exchanges without users leaving our website for the upcoming open enrollment period; changes in laws and regulations, including in connection with healthcare reform; our ability to successfully make and integrate acquisitions; our health insurance benefit packages' ability to meet individual customer's specific health insurance and price needs; our ability to comply with CMS guidance and impact on conversion rates as a result of the federal exchange changes to enrollment; competition, including competition from government-run health insurance exchanges; seasonality of our business and the fluctuation of our operating results; our ability to retain existing members and limit member turnover; changes in consumer behaviors and their selection of individual and family health insurance products, including the selection of products for which we receive lower commissions; a reduction of product offerings among carriers and the resulting impact on our commission revenue; carriers exiting the market of selling

individual and family health insurance and the resulting impact on our supply and commission revenue; our ability to execute on our growth strategy in the Medicare and small business health insurance markets; the impact of increased health insurance costs on demand; our ability to timely receive and accurately predict the amount of commission payments from health insurance carriers; timing of commission payments from health insurance carriers; medical loss ratio requirements; delays in our receipt of items required to recognize Medicare revenue; changes in member conversion rates; our ability to accurately estimate membership; our relationships with health insurance carriers; customer concentration and consolidation of the health insurance industry; our success in marketing and selling health insurance plans and our unit cost of acquisition; our ability to hire, train and retain licensed health insurance agents and other employees; the need for health insurance carrier and regulatory approvals in connection with the marketing of Medicare-related insurance products; costs of acquiring new members; scalability of the Medicare business; lack of membership growth and retention rates; consumers satisfaction of our service; changes in competitive landscape; our ability to attract and to convert online visitors into paying members; changes in products offered on our ecommerce platform; changes and reductions in commission rates; maintaining and enhancing our brand identity; our ability to derive desired benefits from investments in our business, including membership growth initiatives; dependence on acceptance of the Internet as a marketplace for the purchase and sale of health insurance; reliance on marketing partners; the impact of our digital marketing efforts; timing of receipt and accuracy of commission reports; payment practices of health insurance carriers; dependence on our operations in China; compliance with insurance and other laws and regulations; exposure to security risks; and the performance, reliability and availability of our ecommerce platform and underlying network infrastructure. Other factors that could cause operating, financial and other results to differ are described in eHealth's most recent Quarterly Report on Form 10-Q or Annual Report on Form 10-K filed with the Securities and Exchange Commission and available on the investor relations page of eHealth's website at http://www.ehealthinsurance.com and on the Securities and Exchange Commission's website at www.sec.gov. eHealth does not undertake any obligation to update any forward-looking statement to conform the statement to actual results or changes in expectations.

**Non-GAAP Financial Information**

This press release includes financial measures that are not in accordance with U.S. generally accepted accounting principles (GAAP). To supplement eHealth's condensed consolidated financial statements presented in accordance with GAAP, eHealth presents investors with certain non-GAAP financial measures, including non-GAAP operating income (loss); non-GAAP operating margins; adjusted earnings before interest, taxes, depreciation and amortization (Adjusted EBITDA); non-GAAP net income (loss), non-GAAP net income (loss) per diluted share and Adjusted EBITDA per share.

- Non-GAAP operating income (loss) consists of GAAP operating income (loss) excluding the following items:
  - the effects of expensing stock-based compensation related to stock options and restricted stock units,
  - acquisition costs,
  - restructuring charges, and
  - amortization of intangible assets.

- Non-GAAP operating margins are calculated by dividing non-GAAP operating income (loss) by GAAP total revenue.

- Non-GAAP net income (loss) consists of GAAP net income (loss) excluding the following items:
  - the effects of expensing stock-based compensation related to stock options and restricted stock units,
  - acquisition costs,
  - restructuring charges,
  - amortization of intangible assets, and
  - the income tax impact of excluded items.

- Adjusted EBITDA is calculated by adding stock-based compensation, depreciation and amortization expense, acquisition costs, restructuring charges, amortization of intangible assets, other income (expense) and provision (benefit) for income taxes to GAAP net income (loss).

eHealth believes that the presentation of these non-GAAP financial measures provide important supplemental information to management and investors regarding financial and business trends relating to eHealth's financial condition and results of operations. Management believes that the use of these non-GAAP financial measures provides consistency and comparability with eHealth's past financial reports. Management also believes that the items described above provides an additional measure of eHealth's operating results and facilitates comparisons of eHealth's core operating performance against prior periods and business model objectives. This information is provided to investors in order to facilitate additional analyses of past, present and future operating performance and as a supplemental means to evaluate eHealth's ongoing operations. eHealth believes that these non-GAAP financial measures are useful to investors in their assessment of eHealth's operating performance.

Non-GAAP operating income (loss), non-GAAP operating margins, Adjusted EBITDA, non-GAAP net income (loss), non-GAAP net income (loss) per diluted share and Adjusted EBITDA per share are not calculated in accordance with GAAP, and should be considered supplemental to, and not as a substitute for, or superior to, financial measures calculated in accordance with GAAP. Non-GAAP financial measures used in this press release have limitations in that they do not reflect all of the revenue and costs associated with the operations of eHealth's business and do not reflect income tax as determined in accordance with GAAP. As a result, you should not consider these measures in isolation or as a substitute for analysis of eHealth's results as reported under GAAP. eHealth expects to continue to incur the stock-based compensation costs and purchased intangible asset amortization costs described above, and exclusion of these costs, and their related income tax benefits, from non-GAAP financial measures should not be construed as an inference that these costs are unusual or infrequent. eHealth compensates for these limitations by prominently disclosing GAAP operating income (loss), GAAP operating margins, GAAP net income (loss) and GAAP net income (loss) per diluted share and providing investors with reconciliations from eHealth's GAAP operating results to the non-GAAP financial measures for the relevant periods.

The accompanying tables provide more details on the GAAP financial measures that are most directly comparable to the non-GAAP financial measures described above and the related reconciliations between these financial measures.

**Investor Relations Contact:**
Kate Sidorovich, CFA
Vice President Investor Relations
440 East Middlefield Road
Mountain View, CA 94043
(650) 210-3111
kate.sidorovich@ehealth.com
*http://ir.ehealthinsurance.com*

(Tables to Follow)

# # #

6

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands, unaudited)**

| | December 31, 2017 | | March 31, 2018 |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | $ 40,293 | $ | 34,742 |
| Accounts receivable | 1,475 | | 668 |
| Commissions receivable - current | 109,666 | 98,322,000 | 98,768 |
| Prepaid expenses and other current assets | 4,305 | | 6,008 |
| Total current assets | 155,739 | | 140,186 |
| Commissions receivable - non-current | 169,751 | | 173,714 |
| Property and equipment, net | 4,705 | | 4,616 |
| Other assets | 7,287 | | 7,900 |
| Intangible assets, net | 7,540 | | 13,889 |
| Goodwill | 14,096 | | 40,233 |
| Total assets | $ 359,118 | $ | 380,538 |
| **Liabilities and stockholders' equity** | | | |
| Current liabilities: | | | |
| Accounts payable | $ 3,246 | $ | 2,789 |
| Accrued compensation and benefits | 15,498 | | 8,718 |
| Accrued marketing expenses | 4,693 | | 2,802 |
| Accrued restructuring charges | - | | 1,053 |
| Earnout liability- current | - | | 14,580 |
| Other current liabilities | 2,008 | | 1,785 |
| Total current liabilities | 25,445 | | 31,727 |
| Earnout liability - non-current | - | | 13,120 |
| Deferred income taxes - non-current | 45,089 | | 43,353 |
| Other non-current liabilities | 1,920 | | 2,235 |
| Stockholders' equity: | | | |
| Common stock | 30 | | 30 |
| Additional paid-in capital | 281,706 | | 289,925 |
| Treasury stock, at cost | (199,998) | | (199,998) |
| Retained earnings | 204,725 | | 199,880 |
| Accumulated other comprehensive income | 201 | | 266 |
| Total stockholders' equity | 286,664 | | 290,103 |
| Total liabilities and stockholders' equity | $ 359,118 | $ | 380,538 |

7

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts, unaudited)**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2017 | | 2018 |
| Revenue | | | | |
| Commission | $ | 38,837 | $ | 40,707 |
| Other | | 2,719 | | 2,363 |
| Total revenue | | 41,556 | | 43,070 |
| Operating costs and expenses: | | | | |
| Cost of revenue | | 181 | | 152 |
| Marketing and advertising | | 15,055 | | 15,002 |
| Customer care and enrollment | | 12,109 | | 13,239 |
| Technology and content | | 8,072 | | 8,341 |
| General and administrative | | 9,992 | | 10,691 |
| Restructuring charges | | - | | 1,856 |
| Acquisition costs | | - | | 58 |
| Amortization of intangible assets | | 260 | | 451 |
| Total operating costs and expenses | | 45,669 | | 49,790 |
| Loss from operations | | (4,113) | | (6,720) |
| Other income (expense), net | | 277 | | 184 |
| Loss before benefit for income taxes | | (3,836) | | (6,536) |
| Benefit for income taxes | | (4,916) | | (1,691) |
| Net income (loss) | $ | 1,080 | $ | (4,845) |
| Net income (loss) per share: | | | | |
| Basic | $ | 0.06 | $ | (0.26) |
| Diluted | $ | 0.06 | $ | (0.26) |
| Weighted-average number of shares used in per share amounts: | | | | |
| Basic | | 18,370 | | 18,873 |
| Diluted | | 18,561 | | 18,873 |
| (1) Includes stock-based compensation as follows: | | | | |
| Marketing and advertising | $ | 215 | $ | 370 |
| Customer care and enrollment | | 12 | | 165 |
| Technology and content | | 394 | | 343 |
| General and administrative | | 1,512 | | 1,672 |
| Restructuring | | - | | 251 |
| Total stock-based compensation expense | $ | 2,133 | $ | 2,801 |

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands, unaudited)**

| | Three Months Ended March 31, | |
|---|---|---|
| | **2017** | **2018** |
| **Operating activities** | | |
| Net income (loss) | $      1,080 | $      (4,845) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Deferred income taxes | (3,343) | (1,736) |
| Depreciation and amortization | 762 | 619 |
| Amortization of internally developed software | 291 | 477 |
| Amortization of intangible assets | 260 | 451 |
| Stock-based compensation expense | 2,133 | 2,801 |
| Other non-cash items | (59) | 389 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 787 | 807 |
| Commissions receivable | 18,960 | 22,409 |
| Prepaid expenses and other assets | 107 | (1,793) |
| Accounts payable | (3,417) | (567) |
| Accrued compensation and benefits | (3,023) | (6,912) |
| Accrued marketing expenses | (4,082) | (1,891) |
| Deferred revenue | (190) | (289) |
| Accrued restructuring charges | - | 1,053 |
| Accrued expense and other liabilities | (1,838) | (236) |
| Net cash provided by operating activities | 8,428 | 10,737 |
| **Investing activities** | | |
| Capitalized internal-use software and website development costs | (802) | (989) |
| Purchases of property and equipment and other assets | (862) | (217) |
| Acquisition of business, net of cash acquired | - | (14,929) |
| Net cash used in investing activities | (1,664) | (16,135) |
| **Financing activities** | | |
| Proceeds from exercise of common stock options | - | 109 |
| Cash used to net-share settle equity awards | (300) | (286) |
| Principal payments in connection with capital leases | (32) | (26) |
| Net cash used in financing activities | (332) | (203) |
| Effect of exchange rate changes on cash and cash equivalents | 15 | 50 |
| Net increase (decrease) in cash and cash equivalents | 6,447 | (5,551) |
| Cash and cash equivalents at beginning of period | 61,781 | 40,293 |
| Cash and cash equivalents at end of period | $      68,228 | $      34,742 |

9

**EHEALTH, INC.**
**SEGMENT INFORMATION**
**(In thousands, unaudited)**

| | Three Months Ended March 31 | |
| --- | --- | --- |
| | 2017 | 2018 |
| **Revenue** | | |
| Medicare [1] | $    25,410 | $    30,763 |
| Individual, Family and Small Business [2] | 16,146 | 12,307 |
| Total revenue | $    41,556 | $    43,070 |
| | | |
| **Segment profit (loss)** | | |
| Medicare segment profit (loss) [3] | $    (929) | $    3,180 |
| Individual, Family and Small Business segment profit [3] | 6,770 | 3,488 |
| Total segment profit | 5,841 | 6,668 |
| Corporate [4] | (6,799) | (7,854) |
| Stock-based compensation expense | (2,133) | (2,550) |
| Depreciation and amortization | (762) | (619) |
| Restructuring charges | - | (1,856) |
| Acquisition costs | - | (58) |
| Amortization of intangible assets | (260) | (451) |
| Other income (expense), net | 277 | 184 |
| Loss before benefit from income taxes | $    (3,836) | $    (6,536) |

**ment Information**

We evaluate our business performance and manage our operations as two distinct reporting segments:
- Medicare and
- Individual, Family and Small Business.

(1)    The Medicare segment consists primarily of amounts earned from our sale of Medicare-related health insurance plans, including Medicare Advantage, Medicare Supplement and Medicare Part D prescription drug plans, and to a lesser extent, ancillary products sold to our Medicare-eligible customers, including but not limited to, dental, vision, life, short term disability and long term disability insurance, our advertising program that allows Medicare-related carriers to purchase advertising on a separate website developed, hosted and maintained by us and our delivery and sale to third parties of Medicare-related health insurance leads generated by our ecommerce platforms and our marketing activities.

(2)    The Individual, Family and Small Business segment consists primarily of amounts earned from our sale of individual and family and small business health insurance plans and ancillary products sold to our non-Medicare-eligible customers, including but not limited to, dental, vision, life, short term disability and long term disability insurance. To a lesser extent, the Individual, Family and Small Business segment consists of amounts earned from our online sponsorship program that allows carriers to purchase advertising space in specific markets in a sponsorship area on our website, our licensing to third parties the use of our health insurance ecommerce technology and our delivery and sale to third parties of individual and family health insurance leads generated by our ecommerce platforms and our marketing activities.

(3)    Segment profit (loss) is calculated as revenue for the applicable segment less Marketing and Advertising, Customer Care and Enrollment, Technology and Content and General and Administrative operating expenses, excluding stock-based compensation, depreciation and amortization expense, restructuring benefit and amortization of intangible assets, that are directly attributable to the applicable segment and other indirect Marketing and Advertising, Customer Care and Enrollment and Technology and Content operating expenses, excluding stock-based compensation, depreciation and amortization expense and amortization of intangible assets, allocated to the applicable segment based on usage.

(4)    Corporate consists of other indirect General and Administrative operating expenses, excluding stock-based compensation, depreciation and amortization expense, which are managed in a corporate shared services environment and, because they are not the responsibility of segment operating management, are not allocated to the reportable segments.

10

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**COMMISSION REVENUE BY PRODUCT**
**(In thousands, unaudited)**

| | Three Months Ended | | |
| --- | --- | --- | --- |
| | March 31, 2017 | March 31, 2018 | Percent Change |
| Medicare | | | |
| Medicare Advantage | $ 19,205 | $ 21,935 | 14% |
| Medicare Supplement | 3,914 | 5,592 | 43% |
| Medicare Part D | 1,378 | 1,159 | (16)% |
| Total Medicare | 24,497 | 28,686 | 17% |
| | | | |
| Individual and Family [1] | | | |
| Non-Qualified Health Plans | 3,773 | 1,441 | (62)% |
| Qualified Health Plans | 3,132 | 2,162 | (31)% |
| Total Individual and Family | 6,905 | 3,603 | (48)% |
| | | | |
| Ancillaries | | | |
| Short-term | 1,846 | 1,250 | (32)% |
| Dental | 1,847 | 1,599 | (13)% |
| Vision | 570 | 340 | (40)% |
| Other | 765 | 2,391 | 213% |
| Total Ancillaries | 5,028 | 5,580 | 11% |
| | | | |
| Small Business | 1,924 | 2,359 | 23% |
| | | | |
| Commission Bonus | 483 | 479 | (1)% |
| | | | |
| Total Commission Revenue | $ 38,837 | $ 40,707 | 5% |

(1)    We define our Individual and Family Plan offerings as major medical individual and family health insurance plans, which does not include Medicare-related, small business or ancillary plans. Individual and family health insurance plans include both Qualified and Non-Qualified plans. Qualified health plans are individual and family health insurance plans that meet the requirements of the Affordable Care Act and are offered through the government-run health insurance exchange in the relevant jurisdiction. Non-Qualified health plans are individual and family health insurance plans that meet the requirements of the Affordable Care Act and are not offered through the exchange in the relevant jurisdiction. Individuals that purchase Non-Qualified health plans cannot receive a subsidy in connection with the purchase of those plans.

11

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**SUBMITTED APPLICATIONS**
**(Unaudited)**

| | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | **2017** | **2018** | **Percent Change** |
| Medicare [1] | | | |
| Medicare Advantage | 21,799 | 24,796 | 14% |
| Medicare Supplement | 4,540 | 6,388 | 41% |
| Medicare Part D | 4,938 | 3,845 | (22)% |
| Total Medicare | 31,277 | 35,029 | 12% |
| | | | |
| Individual and Family [2] | | | |
| Non-Qualified Health Plans | 14,264 | 3,886 | (73)% |
| Qualified Health Plans | 7,747 | 2,684 | (65)% |
| Total Individual and Family | 22,011 | 6,570 | (70)% |
| | | | |
| Ancillaries [3] | | | |
| Short-term | 24,285 | 19,495 | (20)% |
| Dental | 23,378 | 12,993 | (44)% |
| Vision | 9,857 | 5,584 | (43)% |
| Other | 4,699 | 13,341 | 184% |
| Total Ancillaries | 62,219 | 51,413 | (17)% |
| | | | |
| Small Business [4] | 1,162 | 1,720 | 48% |
| | | | |
| Total Submitted Applications | 116,669 | 94,732 | (19)% |

**Submitted Applications**

Applications are counted as submitted when the applicant completes the application and either clicks the submit button on our website or provides verbal authorization to submit the application. The applicant may have additional actions to take before the application will be reviewed by the insurance carrier, such as providing additional information. In addition, an applicant may submit more than one application.

(1)    Medicare-related health insurance applications submitted on our website or through our customer care center during the period, including Medicare Advantage, Medicare Part D prescription drug and Medicare Supplement plans.

(2)    Major medical Individual and Family plan ("IFP") health insurance applications submitted on our website during the period. An applicant may submit more than one application. We define our IFP offerings as major medical individual and family health insurance plans, which does not include Medicare-related, small business or ancillary plans.

(3)    Ancillary Plans consists primarily of short-term, dental and vision insurance plans submitted on our website during the period.

(4)    Applications for small business health insurance applications are counted as submitted when the applicant completes the application, the employees complete their applications, the applicant submits the application to us and we submit the application to the carrier.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**APPROVED MEMBERS**
**(Unaudited)**

| | Three Months Ended March 31, | | Percent Change |
|---|---|---|---|
| | **2017** | **2018** | |
| Medicare | | | |
| Medicare Advantage | 21,465 | 24,620 | 15% |
| Medicare Supplement | 4,199 | 5,416 | 29% |
| Medicare Part D | 5,132 | 4,302 | (16)% |
| Total Medicare | 30,796 | 34,338 | 12% |
| | | | |
| Individual and Family | | | |
| Non-Qualified Health Plans | 24,799 | 9,213 | (63)% |
| Qualified Health Plans | 16,604 | 14,686 | (12)% |
| Total Individual and Family | 41,403 | 23,899 | (42)% |
| | | | |
| Ancillaries | | | |
| Short-term | 21,251 | 20,996 | (1)% |
| Dental | 24,734 | 19,524 | (21)% |
| Vision | 10,753 | 6,595 | (39)% |
| Other | 5,028 | 9,026 | 80% |
| Total Ancillaries | 61,766 | 56,141 | (9)% |
| | | | |
| Small Business | 3,484 | 5,294 | 52% |
| | | | |
| Total Approved Members | 137,449 | 119,672 | (13)% |

**Approved Members**

Approved Members represents the number of individuals on submitted applications that were approved by the relevant insurance carrier for the identified product during the relevant period. Approved members may not pay for their plan and become paying members.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**ESTIMATED MEMBERSHIP**
**(Unaudited)**

| | Three Months Ended March 31, | | Percent Change |
|---|---|---|---|
| | **2017** | **2018** | |
| Medicare [1] | | | |
| Medicare Advantage | 174,561 | 218,685 | 25% |
| Medicare Supplement | 24,654 | 58,507 | 137% |
| Medicare Part D | 85,650 | 104,595 | 22% |
| Total Medicare | 284,865 | 381,787 | 34% |
| | | | |
| Individual and Family [2] | 265,201 | 182,655 | (31)% |
| | | | |
| Ancillaries [3] | | | |
| Short-term | 20,821 | 15,467 | (26)% |
| Dental | 181,422 | 162,570 | (10)% |
| Vision | 86,294 | 79,872 | (7)% |
| Other | 23,361 | 35,423 | 52% |
| Total Ancillaries | 311,898 | 293,332 | (6)% |
| | | | |
| Small Business [4] | 30,743 | 35,545 | 16% |
| | | | |
| Total Estimated Membership | 892,707 | 893,319 | -% |

**Estimated Membership**

Estimated membership represents the estimated number of members active as of the date indicated based on the number of members for whom we have received or applied a commission payment during the month of estimation.

(1)    For Medicare-related health insurance plans, we take the sum of (i) the number of members for whom we have received or applied a commission payment for a month that is up to two months prior to the date of estimation (after reducing that number using historical experience for assumed member cancellations over the period being estimated); and (ii) the number of approved members over that period (after reducing that number using historical experience for an assumed number of members who do not accept their approved policy from the same month of the previous year and for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation. Estimated number of members active on Medicare-related health insurance as of the date indicated based on the number of members for whom we have received or applied a commission payment during the month of estimation.

(2)    To estimate the number of members on Individual and Family health insurance plans, we take the sum of (i) the number of IFP members for whom we have received or applied a commission payment for a month that is up to six months prior to the date of estimation after reducing that number using historical experience for assumed member cancellations over the period being estimated; and (ii) the number of approved members over that period (after reducing that number by the percentage of members who do not accept their approved policy from the same month of the previous year for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation. For IFP health insurance plans, a member who purchases and is active on multiple standalone insurance plans will be counted as a member more than once. For example, a member who is active on both an individual and family health insurance plan and a standalone dental plan will be counted as two continuing members.

14

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**ESTIMATED MEMBERSHIP (Continued)**
**(Unaudited)**

(3)    For ancillary health insurance plans (such as short-term, dental and vision insurance), we take the sum of (i) the number of members for whom we have received or applied a commission payment for a month that is up to three months prior to the date of estimation (after reducing that number using historical experience for assumed member cancellations over the period being estimated); and (ii) the number of approved members over that period (after reducing that number using historical experience for an assumed number of members who do not accept their approved policy from the same month of the previous year and for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation. The one to three-month period varies by insurance product and is largely dependent upon the timeliness of commission payment and related reporting from the related carriers.

(4)    For small business health insurance plans, we estimate the number of members using the number of initial members at the time the group is approved, and we update this number for changes in membership if such changes are reported to us by the group or carrier in the period it is reported. However, groups generally notify the carrier directly of policy cancellations and increases or decreases in group size without informing us. Health insurance carriers often do not communicate policy cancellation information or group size changes to us. We often are made aware of policy cancellations and group size changes at the time of annual renewal and update our membership statistics accordingly in the period they are reported.

Health insurance carrier's bill and collect insurance premiums paid by our members. The carriers do not report to us the number of members that we have as of a given date. The majority of our members who terminate their policies do so by discontinuing their premium payments to the carrier and do not inform us of the cancellation. Also, some of our members pay their premiums less frequently than monthly. Given the number of months required to observe non-payment of commissions in order to confirm cancellations, we estimate the number of members who are active on insurance policies as of a specified date.

After we have estimated membership for a period, we may receive information from health insurance carriers that would have impacted the estimate if we had received the information prior to the date of estimation. We may receive commission payments or other information that indicates that a member who was not included in our estimates for a prior period was in fact an active member at that time, or that a member who was included in our estimates was in fact not an active member of ours. For instance, we reconcile information carriers provide to us and may determine that we were not historically paid commissions owed to us, which would cause us to have underestimated membership. Conversely, carriers may require us to return commission payments paid in a prior period due to policy cancellations for members we previously estimated as being active. We do not update our estimated membership numbers reported in previous periods. Instead, we reflect updated information regarding our historical membership in the membership estimate for the current period. As a result of the delay in our receipt of information from insurance carriers, actual trends in our membership are most discernible over periods longer than from one quarter to the next. As a result of the delay we experience in receiving information about our membership, it is difficult for us to determine with any certainty the impact of current conditions on our membership retention. Health care reform and its impacts as well as other factors could cause the assumptions and estimates that we make in connection with estimating our membership to be inaccurate, which would cause our membership estimates to be inaccurate.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**CONSTRAINED LIFETIME VALUE OF**
**COMMISSIONS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months Ended March 31, | | | | Percentage Change |
|---|---|---|---|---|---|
| | **2017** | | **2018** | | |
| Medicare | | | | | |
| Medicare Advantage [1] | $ | 892 | $ | 880 | (1)% |
| Medicare Supplement [1] | $ | 932 | $ | 1,029 | 10% |
| Medicare Part D [1] | $ | 268 | $ | 270 | 1% |
| | | | | | |
| Individual and Family | | | | | |
| Non-Qualified Health Plans [1] | $ | 139 | $ | 140 | 1% |
| Qualified Health Plans [1] | $ | 134 | $ | 134 | -% |
| | | | | | |
| Ancillaries | | | | | |
| Short-term [1] | $ | 87 | $ | 60 | (31)% |
| Dental [1] | $ | 71 | $ | 74 | 4% |
| Vision [1] | $ | 53 | $ | 51 | (4)% |
| | | | | | |
| Small Business [2] | $ | 168 | $ | 178 | 6% |

**Constrained Lifetime Value of Commissions Per Approved Member**

(1)    Constrained lifetime value ("LTV") of commissions per approved member represents commissions estimated to be collected over the estimated life of an approved member's policy after applying constraints in accordance with our revenue recognition policy. The estimate is driven by multiple factors, including but not limited to, contracted commission rates, carrier mix, expected policy churn and applied constraints. These factors may result in varying values from period to period.

(2)    For Small Business the amount represents the estimated commissions we expect to collect from the plan over the following 12-months. The estimate is driven by multiple factors, including but not limited to, contracted commission rates, carrier mix, expected policy churn and applied constraints. These factors may result in varying values from period to period.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**CONSTRAINTS ON LIFETIME VALUE**
**OF COMMISIONS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2017** | **2018** |
| Medicare | | |
| Medicare Advantage | 7% | 7% |
| Medicare Supplement | 5% | 5% |
| Medicare Part D | 5% | 5% |
| | | |
| Individual and Family | | |
| Non-Qualified Health Plans | 15% | 15% |
| Qualified Health Plans | 20% | 20% |
| | | |
| Ancillaries | 10% | 10% |
| | | |
| Small Business | - | - |

**Constraints on Lifetime Value of Commissions Per Approved Member**

Constraints are applied to derive the constrained lifetime value ("LTV") of commissions per approved member for revenue recognition in accordance with our revenue recognition policy. The constraints are applied to help ensure that commissions estimated to be collected over the estimated life of an approved member's plan are recognized as revenue only to the extent that is it probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with future commissions receivable from the plan is subsequently resolved. We evaluate constraints on an annual basis for factors affecting our estimate of LTV of commissions per approved member and apply management judgment to determine the constraints based on current trends impacting our business.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**EXPENSE METRICS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | 2017 | 2018 | Percent Change |
| Variable marketing cost per approved member | | | |
| Medicare variable marketing cost per approved Medicare Advantage ("MA")-equivalent member [1] | $ 408 | $ 289 | (29)% |
| Individual and Family Plan ("IFP") variable marketing cost per approved IFP-equivalent member [2] | $ 35 | $ 41 | 17% |
| | | | |
| Customer care and enrollment ("CC&E") expense per approved member | | | |
| Medicare CC&E expense per approved MA-equivalent member [3] | $ 337 | $ 350 | 4% |
| IFP CC&E expense per approved IFP-equivalent member [4] | $ 42 | $ 43 | 2% |

**Expense Metrics Per Approved Member**

(1)    Variable marketing cost per approved MA-equivalent member represents direct costs incurred in member acquisition for Medicare Advantage, Medicare Supplement and Medicare Part D plans from our direct, marketing partners and online advertising channels divided by MA-equivalent approved members in a given period. MA-equivalent members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

(2)    Variable marketing cost per approved IFP-equivalent member represents direct costs incurred in member acquisition for IFP plans from our direct, marketing partners and online advertising channels divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

(3)    Medicare CC&E expense per approved MA-equivalent member is equal to the CC&E expense of our Medicare business included in our operating costs and reported in our condensed consolidated statements of operations divided by MA-equivalent approved members in a given period. MA-equivalent approved members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

(4)    IFP CC&E expense per approved IFP-equivalent member is equal to the CC&E expense of our IFP business included in our operating costs and reported in our condensed consolidated statement of operations divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

**EHEALTH, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(In thousands, except per share amounts, unaudited)**

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | **2017** | | **2018** | |
| | **Amount** | **Percent of Total Revenue** | **Amount** | **Percent of Total Revenue** |
| GAAP marketing and advertising expense | $ 15,055 | 36% | $ 15,002 | 35% |
| Stock-based compensation expense [1] | (215) | (1)% | (370) | (1)% |
| Non-GAAP marketing and advertising expense | $ 14,840 | 36% | $ 14,632 | 34% |
| | | | | |
| GAAP customer care and enrollment expense | $ 12,109 | 29% | $ 13,239 | 31% |
| Stock-based compensation expense [1] | (12) | -% | (165) | -% |
| Non-GAAP customer care and enrollment expense | $ 12,097 | 29% | $ 13,074 | 30% |
| | | | | |
| GAAP technology and content expense | $ 8,072 | 19% | $ 8,341 | 19% |
| Stock-based compensation expense [1] | (394) | (1)% | (343) | (1)% |
| Non-GAAP technology and content expense | $ 7,678 | 18% | $ 7,998 | 19% |
| | | | | |
| GAAP general and administrative expense | $ 9,992 | 24% | $ 10,691 | 25% |
| Stock-based compensation expense [1] | (1,512) | (4)% | (1,672) | (4)% |
| Non-GAAP general and administrative expense | $ 8,480 | 20% | $ 9,019 | 21% |
| | | | | |
| GAAP operating costs and expenses | $ 45,669 | 110% | $ 49,790 | 116% |
| Stock-based compensation expense [1] | (2,133) | (5)% | (2,550) | (6)% |
| Acquisition costs [2] | - | -% | (58) | -% |
| Restructuring charges [3] | - | -% | (1,856) | (4)% |
| Amortization of intangible assets [4] | (260) | (1)% | (451) | (1)% |
| Non-GAAP operating costs and expenses | $ 43,276 | 104% | $ 44,875 | 104% |
| | | | | |
| GAAP loss from operations | $ (4,113) | (10)% | $ (6,720) | (16)% |
| Stock-based compensation expense [1] | 2,133 | 5% | 2,550 | 6% |
| Acquisition costs [2] | - | -% | 58 | -% |
| Restructuring charges [3] | - | -% | 1,856 | -% |
| Amortization of intangible assets [4] | 260 | 1% | 451 | 1% |
| Non-GAAP loss from operations | $ (1,720) | (4)% | $ (1,805) | (4)% |

**Explanation of Adjustments**

(1)   Non-GAAP loss from operations and non-GAAP expenses exclude the effect of expensing stock-based compensation related to stock options and restricted stock units.

(2)   Non-GAAP loss from operations excludes costs related to the acquisition of GoMedigap, which was completed in January 2018.

(3)   Non-GAAP loss from operations excludes restructuring charges.

(4)   Non-GAAP loss from operations excludes amortization of intangible assets.

**EHEALTH, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(In thousands, except per share amounts, unaudited)**

| | | Three Months Ended March 31, | | |
| --- | --- | --- | --- | --- |
| | | 2017 | | 2018 |
| GAAP net income (loss) | $ | 1,080 | $ | (4,845) |
| Stock-based compensation expense [1] | | 2,133 | | 2,550 |
| Acquisition costs [2] | | - | | 58 |
| Restructuring charges [3] | | - | | 1,856 |
| Amortization of intangible assets [4] | | 260 | | 451 |
| Benefit for income taxes [5] | | (975) | | (1,375) |
| Non-GAAP net income (loss) | $ | 2,498 | $ | (1,305) |
| | | | | |
| GAAP net income (loss) per diluted share | $ | 0.06 | $ | (0.26) |
| Stock-based compensation expense [1] | | 0.11 | | 0.14 |
| Acquisition costs [2] | | - | | - |
| Restructuring charges[3] | | - | | 0.10 |
| Amortization of intangible assets [4] | | 0.01 | | 0.02 |
| Benefit for income taxes [5] | | (0.05) | | (0.07) |
| Non-GAAP net income per diluted share | $ | 0.13 | $ | (0.07) |
| | | | | |
| GAAP net income (loss) | $ | 1,080 | $ | (4,845) |
| Stock-based compensation expense [1] | | 2,133 | | 2,550 |
| Depreciation and amortization [6] | | 762 | | 619 |
| Acquisition costs [2] | | - | | 58 |
| Restructuring charges [3] | | - | | 1,856 |
| Amortization of intangible assets [4] | | 260 | | 451 |
| Other (income) expense, net [7] | | (277) | | (184) |
| Benefit for income taxes [5] | | (4,916) | | (1,691) |
| Adjusted EBITDA | $ | (958) | $ | (1,186) |

**Explanation of Adjustments**

(1)  Non-GAAP net income (loss), Non-GAAP net income (loss) per diluted share and Adjusted EBITDA exclude the effect of expensing stock-based compensation related to stock options and restricted stock units.

(2)  Non-GAAP net income (loss), Non-GAAP net income (loss) per diluted share and Adjusted EBITDA exclude costs related to the acquisition of GoMedigap, which was completed in January 2018.

(3)  Non-GAAP net income (loss), Non-GAAP net income (loss) per diluted share and Adjusted EBITDA exclude restructuring charges.

(4)  Non-GAAP net income (loss), Non-GAAP net income (loss) per diluted share and Adjusted EBITDA exclude amortization of intangible assets.

(5)  Non-GAAP net income (loss), Non-GAAP net income (loss) per share and Adjusted EBITDA exclude provision (benefit) for income taxes.

(6)  Adjusted EBITDA excludes depreciation and amortization.

(7)  Adjusted EBITDA excludes other income (expense), net.

**EHEALTH, INC.**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES TO GUIDANCE**
**(In millions, except per share amounts, unaudited)**

|  | Year Ending December 31, 2018 |
|---|---|
| **Adjusted EBITDA:** | |
| GAAP net income | $1.6 - $6.6 |
| Stock-based compensation expense | 11.9 |
| Depreciation and amortization | 3.2 |
| Amortization of intangible assets | 2.1 |
| Restructuring charges | 2.1 |
| Acquisition charges | 0.1 |
| Other income (expense), net | (0.7) |
| Provision for income taxes | 1.6 |
| Adjusted EBITDA [1] | $21.9 - $26.9 |
| | |
| **Adjusted EBITDA Per Diluted Share:** | |
| GAAP net income per diluted share | $0.08 - $0.34 |
| Stock-based compensation expense | 0.61 |
| Depreciation and amortization | 0.17 |
| Amortization of intangible assets | 0.11 |
| Restructuring charges | 0.11 |
| Acquisition costs | 0.01 |
| Other income (expense), net | (0.04) |
| Provision for income taxes | 0.08 |
| Adjusted EBITDA per diluted share [2] | $1.13 - $1.39 |
| | |
| **Non-GAAP Net Income Per Diluted Share:** | |
| GAAP net income per diluted share | $0.08 - $0.34 |
| Stock-based compensation expense | 0.61 |
| Amortization of intangible assets | 0.11 |
| Restructuring charges | 0.11 |
| Acquisition costs | 0.01 |
| Provision for income taxes | (0.23) |
| Non-GAAP net income per diluted share [3] | $0.69 - $0.95 |

**Explanation of Adjustments**

[1]   Adjusted EBITDA is calculated by adding stock-based compensation, depreciation and amortization expense, restructuring charges, amortization of intangible assets, other income (expense) and provision for income taxes to GAAP net income.

[2]   Adjusted EBITDA per diluted share is calculated by adding stock-based compensation, depreciation and amortization expense, restructuring charges, amortization of intangible assets, other income (expense) and provision for income taxes to GAAP net income per share.

[3]   Non-GAAP net income per share is calculated by excluding stock-based compensation expense, restructuring charges and intangible asset amortization expense to GAAP net income.

# EXHIBIT 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-K

☑ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF
1934

For the year ended December 31, 2017

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from to

001-33071
(Commission File Number)

_____

# EHEALTH, INC.

(Exact name of registrant as specified in its charter)
_____

| **Delaware** | **56-2357876** |
|---|---|
| (State or other jurisdiction of | (I.R.S Employer |
| incorporation or organization) | Identification No) |

**440 EAST MIDDLEFIELD ROAD**
**MOUNTAIN VIEW, CALIFORNIA 94043**
(Address of principal executive offices)

**(650) 584-2700**
(Registrant's telephone number, including area code)
Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.001 per share | The NASDAQ Stock Market LLC |
| | (NASDAQ Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES☐ NO ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES☐ NO ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

1

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulations S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☒ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth Company | ☐ | | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

Based on the closing price of the registrant's common stock on the last business day of the registrant's most recently completed second fiscal quarter, which was June 30, 2017, the aggregate market value of its shares (based on a closing price of $18.80 per share) held by non-affiliates was $146,341,400. Shares of the registrant's common stock held by each executive officer and director and by each entity or person that owned five percent or more of the registrant's outstanding common stock were excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of shares of the registrant's common stock, par value $0.001 per share, outstanding as of February 28, 2018 was 18,937,969 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Definitive Proxy Statement for the 2018 Annual Meeting of Stockholders, which is expected to be filed within 120 days after the Company's fiscal year ended December 31, 2017, are incorporated by reference into Part III of this Annual Report on Form 10-K to the extent stated herein.

Table of Contents

**ITEM 6.        SELECTED CONSOLIDATED FINANCIAL DATA**

The following selected consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and with our consolidated financial statements and accompanying notes included in this Annual Report on Form 10-K.

**Consolidated Statements of Operations Data**

(in thousands, except per share amounts):

| | Year Ended December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2013** | | **2014** | | **2015** | | **2016** | | **2017** | |
| Revenue: | | | | | | | | | | |
| Commission | $ | 153,383 | $ | 158,626 | $ | 171,257 | $ | 170,850 | $ | 158,424 |
| Other | | 25,797 | | 21,051 | | 18,284 | | 16,110 | | 13,931 |
| Total revenue | | 179,180 | | 179,677 | | 189,541 | | 186,960 | | 172,355 |
| Operating costs and expenses: | | | | | | | | | | |
| Cost of revenue | | 5,461 | | 4,494 | | 4,178 | | 3,176 | | 2,273 |
| Marketing and advertising [1] | | 71,660 | | 69,732 | | 75,571 | | 72,213 | | 65,874 |
| Customer care and enrollment [1] | | 35,099 | | 42,745 | | 42,540 | | 47,930 | | 59,183 |
| Technology and content [1] | | 32,579 | | 40,390 | | 36,351 | | 32,749 | | 32,889 |
| General and administrative [1] | | 29,235 | | 27,549 | | 30,858 | | 36,004 | | 39,969 |
| Acquisition costs | | - | | - | | - | | - | | 621 |
| Restructuring [1] | | - | | - | | 4,541 | | (297) | | - |
| Amortization of intangible assets | | 1,414 | | 1,529 | | 1,153 | | 1,040 | | 1,040 |
| Total operating costs and expenses | | 175,448 | | 186,439 | | 195,192 | | 192,815 | | 201,849 |
| Income (loss) from operations | | 3,732 | | (6,762) | | (5,651) | | (5,855) | | (29,494) |
| Other income (expense), net | | (92) | | (98) | | 45 | | 102 | | 327 |
| Income (loss) before provision (benefit) for income taxes | | 3,640 | | (6,860) | | (5,606) | | (5,753) | | (29,167) |
| Provision (benefit) for income taxes | | 1,917 | | 9,345 | | (843) | | (871) | | (3,755) |
| Net income (loss) | $ | 1,723 | $ | (16,205) | $ | (4,763) | $ | (4,882) | $ | (25,412) |
| Net income (loss) per share: | | | | | | | | | | |
| Basic | $ | 0.09 | $ | (0.88) | $ | (0.26) | $ | (0.27) | $ | (1.37) |
| Diluted | $ | 0.09 | $ | (0.88) | $ | (0.26) | $ | (0.27) | $ | (1.37) |
| Weighted average number of shares used in per share amounts: | | | | | | | | | | |
| Basic | | 19,145 | | 18,367 | | 18,008 | | 18,272 | | 18,512 |
| Diluted | | 19,846 | | 18,367 | | 18,008 | | 18,272 | | 18,512 |

(1)      Includes stock-based compensation as follows:

| | Year Ended December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **2013** | | **2014** | | **2015** | | **2016** | | **2017** | |
| Marketing and advertising | $ | 2,112 | $ | 1,692 | $ | 1,950 | $ | 1,237 | $ | 1,033 |
| Customer care and enrollment | | 342 | | 386 | | 477 | | 497 | | 418 |
| Technology and content | | 1,641 | | 1,611 | | 1,728 | | 1,836 | | 1,410 |
| General and administrative | | 3,707 | | 2,188 | | 2,734 | | 3,696 | | 6,833 |
| Restructuring | | - | | - | | 113 | | - | | - |
| Total | $ | 7,802 | $ | 5,877 | $ | 7,002 | $ | 7,266 | $ | 9,694 |

Table of Contents

| | | As of December 31, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **2013** | | **2014** | | **2015** | | **2016** | **2017** |
| **Consolidated Balance Sheet Data (in thousands):** | | | | | | | | | |
| Cash and cash equivalents | $ | 107,055 | $ | 51,415 | $ | 62,710 | $ 61,781 | $ | 40,293 |
| Working capital | $ | 97,220 | $ | 39,738 | $ | 45,606 | $ 48,218 | $ | 28,385 |
| Total assets | $ | 166,426 | $ | 106,664 | $ | 113,319 | $ 108,899 | $ | 88,690 |
| Non-current liabilities | $ | 6,165 | $ | 6,449 | $ | 4,962 | $ 3,374 | $ | 900 |
| Retained earnings (Accumulated deficit) | $ | 30,466 | $ | 14,261 | $ | 9,498 | $ 4,616 | $ | (20,796) |
| Total stockholders' equity | $ | 133,017 | $ | 73,478 | $ | 76,421 | $ 77,601 | $ | 61,143 |

| **Revenue By Segment Data (in thousands)** | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
| | | **2015** | **2016** | | **2017** |
| Commission revenue | | | | | |
| Medicare | $ | 57,508 | $ 74,340 | $ | 95,146 |
| Individual, Family and Small Business | | 113,749 | 96,510 | | 63,278 |
| Total commission revenue | | 171,257 | 170,850 | | 158,424 |
| Other revenue | | | | | |
| Medicare | | 5,655 | 5,929 | | 7,438 |
| Individual, Family and Small Business | | 12,629 | 10,181 | | 6,493 |
| Total other revenue | | 18,284 | 16,110 | | 13,931 |
| Total revenue | $ | 189,541 | $ 186,960 | $ | 172,355 |

46

**Results of Operations**

The following table sets forth our operating results and related percentage of total revenues for the years ended December 31, 2015, 2016 and 2017 (dollars in thousands):

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2015 | | 2016 | | 2017 | |
| Revenue | | | | | | |
| Commission | $ 171,257 | 90% | $ 170,850 | 91% | $ 158,424 | 92% |
| Other | 18,284 | 10% | 16,110 | 9% | 13,931 | 8% |
| Total revenue | 189,541 | 100% | 186,960 | 100% | 172,355 | 100% |
| Operating costs and expenses: | | | | | | |
| Cost of revenue | 4,178 | 2% | 3,176 | 2% | 2,273 | 1% |
| Marketing and advertising | 75,571 | 40% | 72,213 | 39% | 65,874 | 38% |
| Customer care and enrollment | 43,159 | 23% | 48,718 | 26% | 59,183 | 35% |
| Technology and content | 36,351 | 19% | 32,749 | 17% | 32,889 | 19% |
| General and administrative | 30,239 | 16% | 35,216 | 19% | 39,969 | 23% |
| Acquisition costs | - | -% | - | -% | 621 | -% |
| Restructuring charge (benefit) | 4,541 | 3% | (297) | -% | - | -% |
| Amortization of intangible assets | 1,153 | 1% | 1,040 | 1% | 1,040 | 1% |
| Total operating costs and expenses | 195,192 | 104 | 192,815 | 103 | 201,849 | 117 |
| Loss from operations | (5,651) | (3)% | (5,855) | (3)% | (29,494) | (17)% |
| Other income (expense), net | 45 | -% | 102 | -% | 327 | -% |
| Loss before benefit from income taxes | (5,606) | (3)% | (5,753) | (3)% | (29,167) | (17)% |
| Benefit from income taxes | (843) | -% | (871) | -% | (3,755) | (2)% |
| Net loss | $  (4,763) | (3)% | $  (4,882) | (3)% | $  (25,412) | (15)% |

Operating costs and expenses include the following amounts of stock-based compensation expense (in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2015 | 2016 | 2017 |
| Marketing and advertising | $  1,950 | $  1,237 | $  1,033 |
| Customer care and enrollment | 477 | 497 | 418 |
| Technology and content | 1,728 | 1,836 | 1,410 |
| General and administrative | 2,734 | 3,696 | 6,833 |
| Restructuring charges | 113 | - | - |
| | $  7,002 | $  7,266 | $  9,694 |

***Customer Care and Enrollment***

Customer care and enrollment expenses primarily consist of compensation and benefits costs for personnel engaged in assistance to applicants who call our customer care center and for enrollment personnel who assist applicants during the enrollment process.

The following table presents our customer care and enrollment expenses for the years ended December 31, 2015, 2016, and 2017 and the dollar and percentage changes from the prior year (dollars in thousands):

| | Year Ended December 31, 2015 | Change | | Year Ended December 31, 2016 | Change | | Year Ended December 31, 2017 |
| | | $ | % | | $ | % | |
|---|---|---|---|---|---|---|---|
| Customer care and enrollment | $ 43,159 | $ 5,559 | 13% | $ 48,718 | $ 10,465 | 21% | $ 59,183 |
| Percentage of total revenue | 23% | | | 26% | | | 35% |

***2017 compared to 2016 -***Customer care and enrollment expenses increased $10.5 million, or 21%, in 2017 compared to 2016, primarily due to growth in our Medicare and small group businesses, which resulted in increases of $6.2 million in personnel costs, $2.1 million in external call center costs, $1.2 million in licensing costs and $0.8 million in facilities and other operating costs.

***2016 compared to 2015-***Customer care and enrollment expenses increased $5.6 million, or 13%, in 2016 compared to 2015, largely due to increases of $4.1 million in personnel costs primarily relating to our Medicare business and $1.0 million in facilities and other operating costs.

***Technology and Content***

Technology and content expenses consist primarily of compensation and benefits costs for personnel associated with developing and enhancing our website technology as well as maintaining our website. A majority of our technology and content group is located at our wholly-owned subsidiary in China, where technology development costs are generally lower than in the United States.

The following table presents our technology and content expenses for the years ended December 31, 2016 and 2017 and the dollar and percentage changes from the prior year (dollars in thousands):

| | Year Ended December 31, 2015 | Change | | Year Ended December 31, 2016 | Change | | Year Ended December 31, 2017 |
| | | $ | % | | $ | % | |
|---|---|---|---|---|---|---|---|
| Technology and content | $ 36,351 | $ (3,602) | (10)% | $ 32,749 | $ 140 | -% | $ 32,889 |
| Percentage of total revenue | 19% | | | 17% | | | 19% |

***2017 compared 2016 -***Technology and content expenses remained relatively flat in 2017 as a result of a $1.2 million increase in personnel costs, offset by decreases of $0.7 million in facilities and other operating costs and $0.4 million in stock-based compensation expense.

***2016 compared to 2015-***Technology and content expenses decreased $3.6 million, or 10%, in 2016 compared to 2015, due to a decrease in personnel costs resulting from lower headcount.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

March 16, 2018
eHealth, Inc.

| | |
|---|---|
| /s/ SCOTT N. FLANDERS | /s/ DAVID K. FRANCIS |
| Scott N. Flanders<br>*Chief Executive Officer* | David K. Francis<br>*Chief Financial Officer* |
| | /s/ JAY W. JENNINGS |
| | Jay W. Jennings<br>*Principal Accounting Officer* |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on March 16, 2018.

| Signature | Title |
|---|---|
| /s/ SCOTT N. FLANDERS | Chief Executive Officer (Principal Executive Officer) and Director |
| Scott N. Flanders | |
| /s/ DAVID K. FRANCIS | Chief Financial Officer (Principal Financial Officer) |
| David K. Francis | |
| /s/ JAY W. JENNINGS | Senior Vice President of Finance (Principal Accounting Officer) |
| Jay W. Jennings | |
| /s/ ELLEN O. TAUSCHER | Chair of Board of Directors |
| Ellen O. Tauscher | |
| /s/ MICHAEL D. GOLDBERG | Director |
| Michael D. Goldberg | |
| /s/ RANDALL S. LIVINGSTON | Director |
| Randall S. Livingston | |
| /s/ JACK L. OLIVER III | Director |
| Jack L. Oliver III | |

109

# EXHIBIT 4

**S&P Global**
Market Intelligence

# eHealth, Inc. NasdaqGS:EHTH
# FQ4 2019 Earnings Call Transcripts
## Thursday, February 20, 2020 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2019- | | | -FQ1 2020- | -FY 2019- | | | -FY 2020- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 2.50 | 4.13 | ▲65.20 | 0.22 | 2.56 | 4.16 | ▲62.50 | 2.90 |
| Revenue (mm) | 245.68 | 301.75 | ▲22.82 | 86.40 | 450.21 | 506.20 | ▲12.44 | 538.08 |

Currency: USD
Consensus as of  Feb-12-2020 9:06 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ1 2019 | (0.12) | 0.33 | NM |
| FQ2 2019 | (0.33) | 0.10 | NM |
| FQ3 2019 | (0.63) | (0.43) | NM |
| FQ4 2019 | 2.50 | 4.13 | ▲ 65.20 % |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ......................................................................................... | **3** |
| **Presentation** | ......................................................................................... | **4** |
| **Question and Answer** | ......................................................................................... | **10** |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**David Kirsten Francis**
*Chief Operating Officer*

**Derek N. Yung**
*Senior VP & CFO*

**Kate Sidorovich**
*Vice President of Investor Relations*

**Scott N. Flanders**
*CEO & Director*

## ANALYSTS

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

**David Anthony Styblo**
*Jefferies LLC, Research Division*

**Frank George Morgan**
*RBC Capital Markets, Research Division*

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

**George Robert Hill**
*Deutsche Bank AG, Research Division*

**Jailendra P. Singh**
*Crédit Suisse AG, Research Division*

**Lisa Springer**
*Singular Research, LLC*

**Michael Anthony Newshel**
*Evercore ISI Institutional Equities, Research Division*

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Ladies and gentlemen, thank you for standing by, and welcome to the Q4 and Full Year 2019 eHealth, Inc. Earnings Conference Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the call over to your speaker today, Ms. Kate Sidorovich, eHealth Vice President of Investor Relations. Thank you. Please go ahead, ma'am.

**Kate Sidorovich**
*Vice President of Investor Relations*

Thank you. Good afternoon, and thank you all for joining us today either by phone or by webcast for a discussion about eHealth, Inc.'s fourth quarter and full year 2019 financial results. On the call this afternoon, we'll have Scott Flanders, eHealth's Chief Executive Officer; and Derek Yung, Chief Financial Officer. After management completes its remarks, we'll open the lines for questions. As a reminder, today's conference call is being recorded and webcast from the IR section of our website. A replay of the call will be available on our website following the call.

We will be making forward-looking statements on this call that include statements regarding future events, beliefs and expectations, including statements relating to expectations regarding our Medicare business, including Medicare enrollment growth, consumer demand; our competitive advantage; our share of total Medicare and Medicare Advantage enrollment and growth in online Medicare enrollment; our Medicare growth strategy and investments in the Medicare business, including our investments in telesales capacity, marketing initiatives and our technology platform and capabilities; our expectations regarding the profitability of our business, seasonality, operating costs, lifetime dates, retention rates and cost of acquisition; our estimates of the lifetime data of our Medicare plans and our expectations that enhancement to our Medicare Advantage lifestyle data estimation model will provide a more predictable forecasting of residual revenue; and finally, our 2020 full year guidance and outlook for the first quarter of 2020, including our assumptions and our ability to deliver on our guidance.

Forward-looking statements on this call represent eHealth views as of today. You should not rely on the statements as representing our views in the future. We undertake no obligation or duty to update information contained in these forward-looking statements, whether as a result of new information, future events or otherwise. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those projected in our forward-looking statements. We describe these and other risks and uncertainties in our annual report on Form 10-K and quarterly reports on Form 10-Q filed with the Securities and Exchange Commission, which you may access through the SEC website or from the Investor Relations section of our website.

We will be presenting certain financial measures on this call that are considered non-GAAP under SEC Regulation G. For reconciliation of each non-GAAP financial measure to the most directly comparable GAAP financial measure, please refer to the information included in our press release issued today and in our SEC filings, which can be found in the About Us section of our corporate website under the heading Investor Relations.

And at this point, I will turn the call over to Scott Flanders.

**Scott N. Flanders**
*CEO & Director*

Thank you, Kate, and good afternoon, everyone. 2019 was a record year for eHealth, punctuated by the strongest annual enrollment period in our company's history and financial results that significantly exceeded our 2019 annual guidance across multiple metrics, including revenue, GAAP net income and adjusted EBITDA.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our Medicare enrollment volumes exceeded our expectations in the first 3 quarters of the year and building us to more than double our telesales capacity going into this AEP compared to a year ago and to make a significant investment in marketing and technology initiatives. These investments have clearly paid off as we achieved 88% growth in approved Medicare members in the fourth quarter of 2019 compared to a year ago. Growth in fourth quarter 2019 approved members for Medicare Advantage products was especially strong at 100%. We achieved these high levels of enrollment growth on a cost-effective basis as evident in our meaningful margin expansion compared to 2018.

Equally noteworthy was a 200% year-over-year growth in our fourth quarter Medicare application submitted online, which represents a combination of fully unassisted and partially assisted agent online enrollments. 36% of our fourth quarter applications for Medicare major medical products, including Medicare Advantage and Medicare supplement plans, were submitted by our customers online, a meaningful increase compared to 22% a year ago. Underneath that, the unassisted online enrollments, where customers never interact with one of our sales agents, grew 107%, while partially assisted enrollments grew over 280% in the fourth quarter compared to Q4 of 2018.

Our strong fourth quarter performance allowed us to significantly exceed our full year 2019 target of customers completing 20% of major medical Medicare enrollments online, with actual online contribution coming in at 27%. These metrics are a strong validation of a strategic pillar of our business that a rapidly growing portion of Medicare customers not only feel comfortable transacting online but will increasingly demand this capability in a maximum choice, consumer-friendly online experience, similar to the evolution seen in other consumer-facing verticals, such as the retail shopping, brokerage and travel markets. We are facilitating this accelerating trend for digital engagement in the Medicare market with further investments in our omnichannel shopping and enrollment platform, meeting seniors wherever it is easiest and most convenient for them to engage with us, online or on the phone. Our industry NPS scores are consistently in the 80s to 90s range, demonstrating the value we are providing to our rapidly expanding base of senior customers. eHealth's unique value proposition allowed us to grow our estimated Medicare membership at a rate that is 14x the growth rate of the overall Medicare market and to grow our estimated Medicare Advantage membership at 5x the rate of the Medicare Advantage market.

Turning quickly to the individual & family and small business markets, approved members for the individual and family plan products grew 1% during the fourth quarter of 2019 compared to the fourth quarter a year ago. This was in line with essentially flat year-over-year enrollment seen in a broader individual market during the open enrollment and also reflected our continuing emphasis on the Medicare business and allocating our marketing resources. Approved members for the small business group products declined 16% during the fourth quarter compared to same quarter a year ago as we focused on higher-margin members, while deemphasizing smaller, less profitable groups.

In addition to our strong operating results, the fourth quarter and full year financials reflect the positive impact of $42.3 million in revenue, resulting from a change in estimate for expected cash commission collections relating to some of our existing Medicare Advantage plans. Last month, when we released our preliminary 2019 results, we were in the process of finalizing our work to enhance the Medicare Advantage lifetime value forecasting model and, therefore, provided our revenue, adjusted EBITDA and earnings ranges on an operating basis, which excluded this positive impact from our change in estimate. Derek will provide more details on these enhancements to our forecasting model and their impact on our financial results.

For the full year, eHealth generated revenue of $506.2 million or 101% annual growth, including the positive revenue impact I just described. 2019 adjusted EBITDA was $133.2 million, 296% annual growth, and GAAP net income was $66.9 million, also including the positive revenue adjustment. Revenue for the fourth quarter was $301.7 million, GAAP net income was $88.8 million and adjusted EBITDA was $142.6 million, again reflecting this benefit.

Looking ahead, we anticipate the strong momentum we built over the past 2 years to continue into 2020. We expect to continue outpacing the overall market growth by leveraging our differentiated omnichannel engagement platform, demonstrated consumer value proposition and our demand-generation expertise.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

At the midpoint, our 2020 annual guidance calls for nearly 30% revenue growth accompanied by EBITDA margin expansion, including the positive impact from the enhancements to our MA LTV model on our 2019 results. Derek will go over some of the key assumptions behind our guidance in his prepared remarks. On the execution front, we plan to make further enhancements to our platform, with an emphasis on ease and transparency of the online consumer experience. Our goal for 2020 is to reach a 34% contribution from Medicare major medical applications submitted online.

And now I will turn the call over to our Chief Financial Officer, Derek Yung.

**Derek N. Yung**
*Senior VP & CFO*

Thanks, Scott, and good afternoon, everyone. On today's call, I will go over our 2019 financial results in great detail and provide our 2020 annual guidance. eHealth's fourth quarter and full year 2019 financial results reflect our strong execution and significant investments in Medicare-related telesales capacity and marketing initiatives throughout the year as we continue to scale our Medicare business, achieving strong revenue and enrollment growth while expanding margins.

Our results also included the impact of enhancements made to our Medicare Advantage lifetime value forecasting model that will enable us to better estimate lifetime values of our Medicare Advantage plans. During the fourth quarter, we worked with an external corporate valuation consultant to assess our existing approach and incorporate statistical tools to increase the accuracy of our Medicare Advantage plan lifetime value estimates with an emphasis on improving our member retention forecasting.

Since the adoption of ASC 606 for revenue recognition, our cash collections for Medicare Advantage plans have, in general, exceeded initial estimates suggested by our lifetime value model, reflecting the conservatism of our approach. This dynamic has contributed in the past quarters to the recognition of increasing amounts of residual or tail revenue from Medicare Advantage members approved in prior periods. At the same time, we have limited visibility into the precise timing of the tail revenue recognition. Under our model, we were assessing residual revenue in the quarter when the entire commission receivable on a Medicare Advantage cohort had been fully collected. The exact timing of that final collection can be difficult to predict. Our enhanced model addresses this forecasting concern.

The enhanced model that now -- that we now have implemented uses a modified Kaplan-Meier statistical model rather than historical 2-year moving averages for the purpose of estimating our Medicare member retention. It is expected to result in lower volatility of our Medicare Advantage lifetime value estimates and also provide for a more predictable forecasting of residual revenue. We incorporate all relevant historical data into the model with larger weight placed on the most recent 3 years of observations to improve the accuracy of our lifetime value estimates. Going forward, we will be assessing and booking residual revenue on each Medicare Advantage plan cohort when there's strong statistical evidence, it would not result in probable reversal of revenue in the future. Currently, for Medicare Advantage plans, this would be around 3 years from the time of enrollments. 3 years is about the average life of our Medicare Advantage plans and also represents a mark after which we observe significant decline in retention variability for the remainder of the cohort's life.

Our fourth quarter financial results reflect a $42.3 million positive revenue impact from the change in estimate for expected cash commission collections for Medicare Advantage plans since we began selling such products and through the third quarter of 2019. Total fourth quarter 2019 tail revenue related to Medicare Advantage plans was $50.8 million. It's important to note that even excluding the positive impact from the enhancement of the Medicare Advantage LTV model, eHealth significantly outperformed our 2019 revenue, GAAP net income and adjusted EBITDA guidance.

And now I will review our fourth quarter and full year 2019 financial results. In the Medicare business, our fourth quarter revenue was $282.6 million. Excluding the $42.3 million impact from the enhancement of the Medicare Advantage lifetime value model, fourth quarter Medicare revenue was $240.3 million, representing a 98% year-over-year growth. Full year 2019 Medicare revenue was $447 million. Excluding the impact of enhancement of the MA LTV model, our full year Medicare revenue was $404.7 million or a 92% growth compared to a year ago. This strong growth was driven by a combination of growth in

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

approved Medicare members and an increase in non-commission revenue, in particular, revenue generated from our Medicare plan advertising program.

For the fourth quarter of 2019, the Medicare segment generated a profit of $149.3 million. Excluding the impact from enhancement of the MA LTV model, Medicare segment profit was $107 million, an increase of 82% compared to a year ago. For the full year 2019, Medicare segment profit was $155.2 million or $112.9 million, excluding the impact from the enhancement of an MA LTV model. The estimated number of revenue-generating Medicare members was approximately $711,000 at the end of the fourth quarter of 2019, up from $487,000 at the end of the fourth quarter of 2018 or an increase of 46%. As Scott noted, our 2019 Medicare membership grew well ahead of the overall Medicare enrollments as reported by the CMS.

I would also like to address the dynamics in constrained lifetime values of our Medicare members. During the fourth quarter, we continue to observe favorable changes in retention rates for the Medicare Advantage cohort that we enrolled in the annual enrollment period in the fourth quarter of 2018 in combination with higher commission rates in 2019 compared to 2018 and a positive impact from enhancements to our forecasting model. This contributed to a 2% increase in fourth quarter and a 5% increase in full year 2019 Medicare Advantage LTVs compared to a year ago.

Fourth quarter and full year Medicare supplement LTVs both declined by 6% compared to 2018. This was primarily driven by a slight decline in retention rates in this book of business.

Fourth quarter 2019 revenue from our Individual, Family and Small Business segment was $19.1 million, a 44% increase compared to a year ago. Full year 2019 revenue in this segment was $59.2 million, a 45% increase compared to 2018. Revenue growth was driven primarily by higher lifetime values for our Individual & Family Plan and short-term products as well as residual or tail revenue from our existing Individual & Family Plan members. This was partially offset by a decline in the number of approved members on individual, small business group and related ancillary products as we continue to focus our investments in the Medicare business. The Individual, Family and Small business segment remained profitable for -- on a stand-alone basis generating segment profit of $23.4 million for the full year and $8.3 million for the fourth quarter 2019.

Our estimated Individual & Family Plan membership at the end of fourth quarter was approximately 128,000, down 15% compared to the estimated membership we reported at the end of the fourth quarter a year ago. The estimated number of members on small business products was approximately 43,000 at the end of the year, a 9% increase compared to a year ago.

Total revenue for the fourth quarter was $301.7 million. Excluding the $42.3 million impact from the enhancement of the MA LTV model, fourth quarter revenue was $259.4 million, an increase of 92% compared to the fourth quarter of 2018. Revenue for the full year 2019 was $506.2 million. Excluding the impact from enhancement of the MA LTV model, revenue for the full year 2019 was $463.9 million, an 85% increase compared to 2018.

Now I will review our operating expenses and profitability metrics. In 2019, we delivered meaningful margin expansion for the second year in a row. 2019 adjusted EBITDA margin, excluding the positive impact of enhancement of the MA LTV model, was 20% compared with 13% in 2018, reflecting fixed cost leverage as we grew our revenue base. Including the impact of the enhancement of the MA model, our 2019 adjusted EBITDA margin was 26%. At the same time, variable marketing costs per approved member in our Medicare business increased as we invested for accelerated enrollment growth and market share expansion, leading to higher costs for select initiatives within our direct and partner channels. A larger contribution from online advertising channels, which, on average, have higher acquisition costs, also led to an increase in marketing costs of acquisition. 2019 variable marketing costs per approved Medicare member grew 11% compared to a year ago.

Customer care and enrollment costs per approved Medicare member grew 13% in 2019 compared to 2018. Similar to marketing costs, this annual increase reflects our significant investment in growth of our Medicare business. First, in 2019, we made a decision to retain a larger number of agents during our low-volume second and third quarters and started to hire and train agents early in the year ahead of

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the annual enrollment period with a goal of increasing their productivity during the critical selling season and to accommodate our marketing initiatives during the special enrollment period. In addition, during the annual enrollment period, we incur agent overtime costs during peak volume times and also saw longer-than-average call times, reflecting increased selection and complexity of Medicare Advantage plans. Finally, our 2019 customer care enrollment costs include expenses related to the opening of our new telesales center in Indianapolis.

Adjusted EBITDA for the fourth quarter of 2019 was $142.6 million, or $100.3 million excluding the impact from the enhancement of the MA LTV model, compared to $51.9 million for the fourth quarter of 2018. Full year 2019 adjusted EBITDA was $133.2 million, or $90.9 million excluding the impact from the enhancement of the MA LTV model, compared to $33.7 million for the full year 2018. We calculate adjusted EBITDA by adding restructuring charges, acquisition costs, stock-based compensation, change in fair value of earn-out liability, depreciation and amortization, including the amortization of acquired intangibles, other income and provisioning and benefit for income taxes to our GAAP net income.

Including the impact from enhancement of an MA LTV model, our fourth quarter 2019 GAAP net income was $88.8 million compared to $26.1 million in the fourth quarter of 2018. Full year 2019 GAAP net income was $66.9 million compared to $0.2 million in 2018. Excluding the impact from the enhancement of the MA LTV model, our fourth quarter and full year 2019 net income would have been lower.

Our fourth quarter 2019 cash flow from operations was negative $56.8 million compared to a negative $8.7 million for the fourth quarter of 2018. For the full year 2019, cash flow from operations was negative $71.5 million, reflecting significant investments in our Medicare enrollment growth, which accelerated in 2019 relative to growth rates we posted in 2018. I would like to remind you that while we pay the vast majority of our member acquisition expenses in the same quarter when we generate enrollment, most carriers do not pay initial commissions associated with enrollments during the annual enrollment period until January of next year when those policies become effective. The impact of this timing, our cash cycle was exaggerated in 2019. As we shared on the fourth quarter call a year ago, in 2018, we saw some commission payments related to our annual enrollment period enrollments come in earlier than we expected with a small percentage of payments being pushed out into the first quarter compared to historical patterns. This development had a beneficial impact in 2018, but had a negative impact on our cash flow from operations in 2019. In January 2020, we received approximately $59 million in commission payments related to the fourth quarter 2019 enrollments.

Capital expenditures, which include capitalized internally developed software costs, were approximately $16.9 million for the full year. Our cash balance was $26.8 million, including restricted cash, and we had no outstanding debt. We ended the year with commission receivable balance of $589 million.

And now I will provide our 2020 annual guidance. We are forecasting revenue for 2020 to be in the range of $580 million to $620 million with Medicare segment revenue in the range of $533 million to $569 million, and Individual, Family and Small Business segment revenue in the range of $47 million to $51 million. We expect GAAP net income for 2020 to be in the range of $68 million to $83 million. We expect 2020 adjusted EBITDA to be in the range of $120 million to $135 million. 2020 Medicare segment profit is expected to be in the range of $152 million to $169 million, and Individual, Family and Small Business segment profit is expected to be in the range of $17 million to $18 million.

Corporate share services, excluding stock-based compensation and depreciation and amortization expense, is expected to be in the range of $49 million to $52 million. GAAP income per diluted share for 2020 is expected to be in the range of $2.64 to $3.23 per share. Non-GAAP income per diluted share for 2020 is expected to be in the range of $3.56 to $4.09 per share. Cash used in operations is expected to be in the range of $52 million to $55 million and cash used for capital expenditures is expected to be $18 million to $20 million.

At the midpoint, our 2020 revenue guidance implies a 29% growth compared to our 2019 revenue, excluding the $42.3 million positive impact due to enhancement of the Medicare Advantage lifetime value model. This growth is expected to be driven primarily by Medicare enrollment growth. Similar to last year, our 2020 guidance assumes no improvement in Medicare lifetime values. Based on the midpoint of our adjusted EBITDA guidance, we expect to generate a margin of 21% and margin expansion of

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

approximately 150 basis points compared to our 2019 adjusted EBITDA margin of 20% after excluding a positive impact of the $42.3 million from the enhancement of the MA LTV model. This margin expansion is expected to be driven primarily by continuing leverage in our fixed costs. At the same time, we will continue to invest for growth in our telesales capacity and marketing with combined marketing and customer care enrollment expenses growing roughly in line with projected 2020 revenue growth.

On a per approved member basis in our Medicare business, we expect to drive improvements in customer care enrollment costs in 2020 to an increased contribution from fully unassisted online enrollments to total Medicare applications, further leverage from our agent-facing technology tools and managing for stronger cost efficiencies in our outsourced telesales model. Marketing cost per approved Medicare member are expected to stay roughly in line with 2019 levels.

Finally, I would like to make some comments with respect to the seasonality we expect this year. We're currently expecting a similar pattern in terms of each quarter's percentage contribution, total annual revenue as in 2019, excluding the impact from enhancement of our MA LTV model during the fourth quarter of 2019. The fourth quarter will continue to contribute disproportionately to revenue and earnings driven by the timing of Medicare annual enrollment period and Obamacare open enrollment period selling seasons.

In the first quarter of 2020, we expect adjusted EBITDA to be relatively flat compared to the first quarter of 2019. I want to remind you that these comments in our guidance are based on current indications of our business, our current estimates, assumptions and judgments, which may change at any time. Our actual results may differ as a result of changes in our estimates, assumptions and judgments. We undertake no obligation to update our comments or our guidance.

In conclusion, we ended 2019 on a strong note, delivering record performance during the annual enrollment period and expanding our share of the Medicare market. We're now pacing well ahead of our 5-year financial plan that we share investors in May of 2019 and anticipate updating our long-term projections later this year.
With that, I'll turn it back to operator for questions.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Your first question is from Jailendra Singh of Crédit Suisse.

**Jailendra P. Singh**
*Crédit Suisse AG, Research Division*

I would like to better understand the 29% comment you're making in terms of growth year-over-year. I mean, if you ex out and you pick out 42.3% number, but if you ex out all the enhancement in the LTV model, how your core revenue growth would have looked from 2019 to 2020? Is this still 29% number? Just trying to understand that.

**Derek N. Yung**
*Senior VP & CFO*

Yes. So Jailendra, good question. So the 29% off of the midpoint of the guidance is a comparison to 2019 revenue, excluding the $42.3 million.

**Jailendra P. Singh**
*Crédit Suisse AG, Research Division*

So will you exclude 42.3% or will you exclude 50.8%? And 2020 number does not include any benefit from tail revenue of -- under this new enhancement?

**Derek N. Yung**
*Senior VP & CFO*

In the 2020 guidance, there is implied tail revenue and the expectation for tail revenue from the Medicare business, when you exclude the $42.3 million, is to be flat.

**Jailendra P. Singh**
*Crédit Suisse AG, Research Division*

Okay. And then I'd like to better understand the implication for the increase in the percentage of online enrollment, clearly pretty impressive increase from 22% to 36%. That should have given a pretty decent margin leverage than what you actually reported. Is there something in a way you are incentivizing your brokers that you may not be yet realizing the full benefit of online enrollment, at least on the assisted side? Any color on that?

**Derek N. Yung**
*Senior VP & CFO*

Yes, it's a good question, Jailendra. So within that increase, as Scott said in his prepared comments, is there are 2 components. One around unassisted online enrollments, where there is no interaction with call center agents, which is the type that I think you were just referencing, and assisted online enrollments where the beneficiary would spend some time consulting with our sales agents in the call center, but then subsequently finished the application online. And both of those, we see those -- both of those as positive customer experiences and the assisted online enrollment, in particular, is one where people would be more comfortable and need a little bit more help but is a ability that allows them to be able to take time and make a decision later on if they want to continue with the application process. We also see that area as a growth area in allowing more of our customers to experience an online enrollment experience and really help us engage customers in a way that is just strictly through online techniques.

**David Kirsten Francis**
*Chief Operating Officer*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Jailendra, it's Dave Francis. The other thing to consider is that we're continuing to invest marginal profits into growing the business. So the -- on the unassisted online side of the business, where there is no interaction with the salesperson, we are investing, as we talked about consistently, that savings to drive more business into the online channel. So as the business matures from a growth perspective, yes, we will get even more incremental benefit from a profit perspective, but at the moment, we're taking that incremental profit benefit and plowing it back into additional growth in the business to get more scale. Either way, we're always focused on making sure that we're driving high-margin business, as you can see in the expanding EBITDA margins, with a high focus on profitability, even though we continue to invest in outsized growth of the business.

**Jailendra P. Singh**
*Crédit Suisse AG, Research Division*

Okay. And then my last question. Any thoughts around your financial flexibility and in timing around any potential capital raise based on your current cash and balance sheet and give cash flow guidance? It seems you might have to raise capital at some point. Just wondering how we're thinking about the timing there.

**Derek N. Yung**
*Senior VP & CFO*

Yes, good question. We have adequate capital between the cash on the balance sheet and access to revolver to fund the growth plan that's outlined in our guidance. Should we decide to invest in more growth, we'll have to seek financing, and we have a number of options to do that. One of those options is potentially increasing the size of revolver, which we did successfully this past Q4.

**Operator**

And your next question is from George Hill of Deutsche Bank.

**George Robert Hill**
*Deutsche Bank AG, Research Division*

I'm going to pretend that I'm smart enough to understand the Kaplan-Meier's model when I ask a couple of these questions.

**Derek N. Yung**
*Senior VP & CFO*

We know you are. So I know you want to take into that.

**George Robert Hill**
*Deutsche Bank AG, Research Division*

I do, but probably most of those questions will have to come off-line. I guess, first, could you talk about what the LTV would have been in Q4 under the old standard or before the adjustment?

**Derek N. Yung**
*Senior VP & CFO*

It would have been slightly lower, but not really material difference. So the enhanced model -- the benefit of the enhanced model wasn't necessary to have a higher LTV. It was to create -- give us statistical evidence and give us the confidence that we can recognize revenue based on observations that we've seen and commented on previously around cash collections being higher than initial estimates.

**George Robert Hill**
*Deutsche Bank AG, Research Division*

Okay. That's helpful. And then, I guess, one of the things where you guys outperformed our model was in Med D, given that Med D is kind of a shrinking product versus MA. I guess, can you just talk about the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

dynamic where you guys seem to disproportionately take share in the Med D book of business or grow Med D kind of -- grow Med D in a way that it kind of doesn't reflect market growth of the product?

**David Kirsten Francis**
*Chief Operating Officer*

Well, so, George, it's Dave. I'll answer it this way. We talk a lot about the tools that we put into the marketplace for customers to help them better determine what plan is best for them. And that has -- a lot of that has to do with the drugs that they take. So whether it's on the MAPD side or just on the Part D side, both our agents and our online tools for customers we're seeing a lot of gravitational pull towards them because it helps people make more intelligent decisions about what they should be buying. So again, as we continue to invest in the technology side of the business, and I think we've talked about the fact that the large majority of our Part D business is done online, unassisted that we're seeing the value of those investments pay off in terms of customer engagement and follow-through on outsized growth in that part of the business as well.

**George Robert Hill**
*Deutsche Bank AG, Research Division*

Okay. And I guess my last one before I hop back in is you guys have already provided guidance for the year and you've talked about the earnings guidance in Q1. Is there any commentary you can provide on what type of MA activity you're seeing in Q1, either as it relates to churn or new people stepping on board? But just kind of interested -- I mean, we know the guidance is out there, just kind of interested in the dynamic you're seeing.

**Derek N. Yung**
*Senior VP & CFO*

The business is, I would say, on plan. The expectation that we had for this Q1 was modeled after what we observed last year, which is there are a population of people who will take advantage of the open enrollment period to allow them to be able to switch into a client that they think it's better for them. So we do have the benefit of hindsight of Q1 last year's experience, where last year we didn't when we hadn't seen this OE period in a long period of time. So we're able to invest into that a little bit more this year. But in general, I would say things are tracking on plan for Q1.

**Scott N. Flanders**
*CEO & Director*

The business is strong, and we're really -- feel really good about where we sit at the moment.

**Operator**

Your next question is from Greg Peters of Raymond James.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

I think in your prepared comments, you spoke about the 2018 vintage with the retention being -- running a little bit ahead of plan last year. And I'm just curious about how you're thinking about retention characteristics for the 2019 vintage. Considering it's so much larger than the 2018 vintage, it seems like it could be a little bit more volatile, but perhaps you have a view on that.

**Derek N. Yung**
*Senior VP & CFO*

It's a good question, Greg. I -- we're not trying to convey that we expect it to be more volatile, if that's what you're picking up. From a forecasting and estimation perspective, this year, we have the observation from last year of how the open enrollment period in Q1 will play into customer retention and churn. That was a big wildcard last year. We did our best in making the estimates of what it could be and invest in. And this year now with the experience last year, we were able to do better. We are guiding to a flat LTV.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then behind that is largely an expectation that there will be no significant deviation from the churn or policy situation we see in Medicare in 2020.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

Okay. The -- I want to pivot. Another comment, you talked about your cost per acquired member. And you said -- I think you said you expect them to be relatively flat in 2020 relative to 2019. Can you talk about what kind of -- can you talk about your demand generation expertise? The reason why I'm asking is we're hearing about incidences of other competitors in the marketplace paying much more -- much higher acquisition costs than you guys are. I'm just trying to reconcile some market talk with what you guys are reporting.

**Derek N. Yung**
*Senior VP & CFO*

Yes. So let me clarify a couple of other things, numerically. As you did hear correctly that for Medicare marketing variable costs per approved member we're expecting that to be flat year-over-year. We did also mention in prepared remarks that we expect our customer care enrollment cost per approved member to improve year-over-year. And in total, for the P&L, we are saying that for our sales and marketing and customer care enrollment cost to grow the same way as revenue. So you heard that correctly.

On the marketing side, we haven't seen what you mentioned impeding our growth. I think that's evident in our numbers. We have seen higher degree of competition in channels like direct response TV, and the competition set for us is primarily still our carrier partners and FMOs. There are, of course, other brokers as well, but really the competition set that we see emerging more so than channel [indiscernible] is really carriers and FMOs. Again, in the market, we haven't seen that affect us in that manner. We do have a competitive advantage in our marketing and in strategic partnerships. So we have discussed in the past that is a growing area for us. We have strategic relationships with the largest pharmacies, hospital networks, carriers and so on. And from a cost of acquisition perspective, it is an area that, on average, is better than our direct marketing. And other than online marketing, it is an area that we would expect to grow faster than others from a marketing perspective.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

Okay. The final question would be, I know you highlighted the substantial growth in your commission receivable, both current and noncurrent. Can you talk about -- and I know you mentioned some of this in your prepared remarks, can you talk about the expense associated with that receivable? Maybe the biggest piece would be the noncurrent. Is there any expense associated with that? Or is that pure, pure cash?

**Derek N. Yung**
*Senior VP & CFO*

So the commission receivable represents the cash collections to be collected associated with the commissions that we earn from carriers for the policies that we help acquire customers for them on their behalf. So once that's happened, and it's actually the reason why we recognize the revenue we do, our service obligation is completed, and therefore, we recognize the lifetime value of that. From an operating perspective, other than reconciling the cash coming in and the cash that we should be being paid as a broker record, there's no other cost associated.

**Scott N. Flanders**
*CEO & Director*

There's no cost against it, Greg. It's all -- the costs have been expensed in period. And it's all cash to be collected free of additional charge.

**Operator**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And your next question is from Frank Morgan of RBC Capital Markets.

**Frank George Morgan**
*RBC Capital Markets, Research Division*

Just one -- quickly a couple of housekeeping. What's the implied share count in your guidance?

**Derek N. Yung**
*Senior VP & CFO*

25.7 million, fully diluted.

**Frank George Morgan**
*RBC Capital Markets, Research Division*

Okay. And in terms of the growth in the unassisted and assisted online enrollment, have you had any time yet to figure out what the retention is in that kind of cohort of your business over the long haul?

**Derek N. Yung**
*Senior VP & CFO*

Frank, we have looked at that in the past. We haven't seen significant deviations in general depending on someone is telephonic, unassisted online or assisted online. With that said, as you heard in the prepared remarks, we had a significant increase in the assisted online submission applications. So that is a newer component, and it's obviously too early to be able to see and predict any long-term differences. Given the conversion rates and the customer feedback around that experience, we will be surprised if there is any difference in there. And if there is, it's most likely positive.

**Scott N. Flanders**
*CEO & Director*

Yes, Frank, the thing to keep in mind relative to these assisted online enrollments is that the tools that we put in the hand of the agents, in terms of allowing the agents to then hand off the online enrollment piece to the customer either through an e-mail or through a text exchange, is a set of tools that is unique to us and is something that builds the confidence as we have seen in the customer as they make their decision. So it's too early for some of these products to be showing any kind of meaningful deviation from historical retention norms. But given the increased level of conversion that we see when those products are used and the what we believe is a higher level of confidence in the customer's purchase decision, we think that there's nothing but potential upside there relative to persistency of that part of the book relative to what we've seen with the pure telephonic in the past.

**Frank George Morgan**
*RBC Capital Markets, Research Division*

Got you. And then I think you commented that the tail revenue you're expecting it to actually be flat. What was the tail revenue?

**Derek N. Yung**
*Senior VP & CFO*

So for the full year, Medicare -- yes, Medicare tail revenue was $55 million. So that includes the $42.3 million. So then the remainder is $13 million, and that's -- it's flat in the guidance going into 2020.

**Frank George Morgan**
*RBC Capital Markets, Research Division*

Okay. And just to be -- so is the $42.3 million, is that actual cash received? Or is that just...

**Derek N. Yung**
*Senior VP & CFO*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

It is not -- well, it's not cash received on a numeric basis. It is our revised expectations, what is expected to be collected from those clients.

**Frank George Morgan**
*RBC Capital Markets, Research Division*

Okay. And then I guess, finally, just some recent discussions we've had with some of the carriers. They've talked about some of the strategic value of third-party -- benefits of third-party broker relationships. And seeking their input really about targeting specific markets, but also impact on input on plan design. Any -- have you seen this? Is this happening in any of your markets? And do you think it -- what do you think the long-term implications would be for you, if so?

**Scott N. Flanders**
*CEO & Director*

Yes. I -- Frank, we don't get into a lot of plan design discussions per se with our carrier partners. We do spend a lot of time talking with our carrier partners about what we are seeing in different parts of the market. And we occupy a unique perch within the Medicare Advantage market, in particular, the Medicare market generally, as it relates to the market approach and choice approach that we deploy and that we are ingesting a tremendous amount of information on a very granular basis across the entire country relative to who is doing what from a premium benefit design and pricing perspective. So we are able to engage with the carriers and talk with them with a level of intelligence that allows them to go into the next year thinking a little bit more intelligently about how they want to approach different markets, benefit design and that sort of thing. But as it relates to specifically getting into plan design and whatnot with the carrier partners, they typically take a lot of the information that we give them and then go in and do their blackbox work. And it's part of the partnership that we have with them. But not a lot of involvement in design, but certainly a lot of involvement on the intelligence side.

**Operator**

And your next question is from Dave Styblo of Jefferies.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

First one was just to circle back on the agent count. So I think you guys were looking to double that in '19. And maybe you did and a little bit more than that was the end result. I'm curious, can you give us an update on your plans for hiring and growth in telesales agents, both that you guys have or also metrics that we could think about for those that you're outsourcing? And how you're going to use that to flex up and down? And how that how that growth compares to the core revenue growth?

**Scott N. Flanders**
*CEO & Director*

Yes. So Dave, we're not going to give out specific agent counts right now. But I can give you a little bit more color. So this last year, we did invest significantly in gross agent counts that were higher than they were in 2018. We took the success that we had on the outsourced model in 2018 and levered that even further into our agent counts in '19. We also expanded our internal capacity through this Indianapolis sales facility as well as expanding in both the Gold River and Salt Lake City offices. As we approach this year, we are looking to obviously further expand to take advantage of the market growth opportunities that we continue to see robustly ahead of us, and we will use the ability to lever the internal and external forces in a way that allow us, as Derek described, to bring down our incremental cost of customer acquisition on the sales cost side, the CC&E side, by being a little bit more optimized relative to how we play with that mix of internal versus external, understanding that we will have, on a gross basis, more agents, particularly as we go into the fourth quarter of this year.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. And just to understand management's philosophy, I mean, if there's an opportunity in the market to go small, you doubled last year and maybe got validation of what you were doing, why not double it again? Or grow it by 50%? Or is it something where you just want to be a little bit more measured and making sure you don't get ahead of your skis? Or is there just some training lag capacity infrastructure that you have to contemplate as you grow that rapidly?

**Scott N. Flanders**
*CEO & Director*

Yes. I mean, it's a balance between cost and making sure that we continue to manage the business to grow it as aggressively as possible without breaking it. We talked last year about the fact that we wanted to put as many plates on each end of the bar without breaking the machine. And there is a nontrivial amount of management of a sales organization as large as we have been growing it. And it is, quite frankly, the rate limiter until we get even more of the business going online and letting the machines do all of the work. The ability for us to -- from both a cost and a management perspective to grow that business as aggressively as possible without making it break is what we are acutely attuned to. So as we look at the -- I would say, as you look at the guidance that we put out last year and then how we performed against it, it's a similar way as to how we are looking at growing the business this year.

**Derek N. Yung**
*Senior VP & CFO*

And Dave, I understand your question, I think there's also a timing aspect to it, too. We have put out our guidance. But as we have done in previous year, we'll continue to evaluate what really we expect to invest in Q4 as we get closer, given any improvement we see in our technology and also just generally what we see as an opportunity to get more market share later on in the year.

**David Anthony Styblo**
*Jefferies LLC, Research Division*

Okay. Great. And then just a last one from a margin expansion standpoint. I know you guys want to update your longer-term projections at some point. But sitting around the 21%, 22% margin, your bull case was to get to 35% in 2023. I'm curious, are you willing to talk about that relative to where you think you can go? Are we on track? Maybe you're making more investments right now to grow the top line. But how should we think about the cadence of the margin expansion over time going forward?

**Derek N. Yung**
*Senior VP & CFO*

Yes. So I commented that we'll be working on a revised 5-year outlook later on this year as we've done in the past couple of years. In reference to how we perform in '19 compared to the long-term plan that we have published last year, on the revenue side, we're a full year ahead of that plan. On the EBITDA margin, we're somewhere in between next year and the year after. So we're not full year ahead. But from an EBITDA dollar perspective, we're actually ahead of -- by a full year as well. So what you're saying generally is right is -- as we are growing at faster rates that we had expected given the opportunity in front of us, we are investing more into it. And on a kind of comparative basis, on a margin percentage, we're not getting to that point. But certainly, we're delivering on the EBITDA dollars that we would expect and we're, in fact, a full year ahead of that.

**Operator**

Your next question is from Mike Newshel of Evercore ISI.

**Michael Anthony Newshel**
*Evercore ISI Institutional Equities, Research Division*

Maybe to follow-up on the agent discussion. Can you just comment on the external agent vendor performance in AEP? And why productivity was so much better than the initial guidance? Was it just conservatism? Or did the lead allocation algorithms perform well? Was it -- were there certain pockets or certain vendors that performed much better than you expected?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Scott N. Flanders**
*CEO & Director*

There was a combination of all of those. I think we did go in with a bit of a conservative view just to make sure that we weren't overstating our ability to deliver there. But candidly, the performance of the outsourced agents improved almost daily throughout the entire AEP selling season. A lot of that had to do with the tools that we deployed into all of the sales centers, both internal and external, and the new agents just becoming more comfortable and fluent with the technology. That, along with the fact that the marketing and the business development side of the business, continue to drive high-quality business into the sales centers. It all added up to conversion rates that were ahead of our expectations. We were really pleased with everybody's performance, both internal and external.

**Michael Anthony Newshel**
*Evercore ISI Institutional Equities, Research Division*

And I understand you're not telling us how many agents you're adding, but since you have so many agents that were new this year that are returning, does guidance assume any productivity -- significant productivity improvements in the existing agent base?

**Derek N. Yung**
*Senior VP & CFO*

The guidance assumes same level of productivity from our agents in total.

**Operator**

Your next question is from George Sutton of Craig-Hallum.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

I don't know if we're letting Scott answer questions, but I will ask the very commonly seemed question I am getting from buy-side folks, and that is, George, if I missed this stock in the story, and I wanted to address the question from the perspective of market share that you had both in 2019 and market share you think you could obtain over the next handful of years, particularly given that your 2020 outlook assumes you'll continue to gain meaningful share.

**Scott N. Flanders**
*CEO & Director*

Yes. So George, thanks for giving me a chance to say something. We're still in the early stage of share capture, and we're dancing around this here, but to put a sharper point on it, our guidance is impacted by our current balance sheet. And we wanted to guide within what capital we can represent we have access to today. We do believe the market that we can penetrate it more fully if we had more cash, and we will evaluate that as we get further into the year. As Dave and Derek both said, the year has started off strong. We're ahead of plan. We're ahead of guidance. And we have every reason to think that our increasing share will be maintained. We think also that we are at the early stage of a secular shift from purchasing Medicare across the kitchen table to first telephonic and now telephonic-assisted with online and online-assisted with telephonic and an increasing shift to fully online. And we're just perfectly positioned for all 3. And it's always been my philosophy in the consumer businesses that I've run is you meet the consumer where they are. And we think we've done that. We invested ahead of consumer, in terms of our tech stack and our consumer experience online, but it's catching up to us now. And that's why we feel very strongly just about our accelerating growth rates against the market itself, but also the margin expansion. We think we're just perfectly positioned.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

That's very helpful. So one other question relative to Medicare plan finder issues coming out of Q4. There was a fairly large number of unhappy customers coming from medicare.gov. I'm curious if you have specific programs to target those folks in this new or expanded open enrollment period in Q1.

**David Kirsten Francis**
*Chief Operating Officer*

Yes. The short answer is yes, with a very large caveat, but we don't know exactly who those folks are. Unfortunately, we'd love for them to raise their hand. We do think that they're out there in the marketplace finding their way to us. And back to one of the earlier questions, I do believe that, that's part of what drove some of our outperformance on the online side of the business, both in major medical and in Part D business. But the fact remains that our NPS scores, as Scott mentioned earlier on the telephonics side, are still in the high 80s, low 90s, and we're seeing just significant growth on the online side of the business that more customers are going to the web, and they're finding satisfaction with the tool set and the capabilities that they have to enroll on our platform.

**Operator**

And your next question is from Tobey Sommer of SunTrust.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

As we look at your plans to increase productivity and margin, could you discuss your major initiatives for '20, which, in my understanding, may include working with the indirect channel as well as exploiting some of the investments you've made in databases and platforms that can kind of shorten the time that it takes to do an enrollment over the phone and make customer experience better?

**David Kirsten Francis**
*Chief Operating Officer*

Yes. So Tobey, I -- we've talked a lot about the fact that on both the partner side and levering some other tools in the marketplace that getting more customer information, more data specific to each and every customer to enable either our agents or the online platform to provide a more friction-free and more accurate assessment of what's the best product for that customer to get them to the right place faster and easier from a plan selection and enrollment perspective, it's a key area of focus for us. We are -- a lot of the technology investments that Derek referred to in his remarks are related specifically to that. How do we integrate more deeply with our business partners and the hospital pharmacy, affinity and increasingly the financial services markets? How do we access customer data through tools like Blue Button and what have you to be able to know more about our customers to make the enrollment decision and process that much easier and more confidence-inspiring for them? And that is a key area of focus for us and is an area where we think we've got a large lead in the marketplace and continue to invest to extend and maintain that lead.

**Tobey O'Brien Sommer**
*SunTrust Robinson Humphrey, Inc., Research Division*

One follow-up question, if I could. In terms of the share gains that you are taking in the market, do you have a sense for whether they're coming from other brokers or from the managed care companies themselves or a combination of both?

**Scott N. Flanders**
*CEO & Director*

Yes, we think they're coming from the more traditional brokers.

**Operator**

And your final question is from Lisa Springer of Singular Research.

**Lisa Springer**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Singular Research, LLC*

My question concerns the unassisted and partially assisted applications submitted online with a positive trend in that. Looking forward, say, over a 3- to 5-year period and as you build out the technology platform, how should we think about the percentage looking forward? And do you think you'll encounter a natural ceiling at some point that it will be very difficult to make it higher than, say, 50% to 70% of the applications?

**Derek N. Yung**
*Senior VP & CFO*

So built in our guidance expectation in 2020 that our overall online submission for applications in Medicare will be 34%. Within that, there's growth in both the assisted and unassisted online application submission. On your question of whether there's a natural ceiling, it's a good one and a good one that we ask internally as well. Clearly, there is a trend as people age in the Medicare, who are more tech savvy, they will have a greater incentive to using the tools online. With that said, if you were to analyze feature by feature our technology engagement and capabilities, they are good. They are not best in the class when you look across other industries that are more mature with e-commerce. So our product and technologies feel strongly that even without the secular trend around people aging in, there are improvements to be made on our ability to capture people more online, both assisted and unassisted.

**David Kirsten Francis**
*Chief Operating Officer*

Yes. And Lisa, there likely is a ceiling at some point. I mean, it's a demographic and a very complex set of products that lends itself to wanting more help. With that said, we're investing heavily to put those tools in -- as many of those tools as possible in the customers' hands. The other piece here is that we -- internally, about 1.5 years ago, we set a very aggressive goal. We even had T-shirts printed up that said 50 and 5, which was to have 50% of our enrollments within a 5-year period to go online. We saw that as one of those big hairy probably unachievable but we're going to go for it goals anyway and the way we're tracking, we are going to get there a lot sooner than we had anticipated originally. So we're really pleased with the trajectory of both the assisted and the unassisted traffic that we're seeing. It shows the power and the uniqueness of our platform. And as Derek and Scott have said, we're going to continue to invest heavily into that to make sure customers had exactly what they want and need from a tool and engagement perspective and take advantage of the uniqueness of our value prop in that regard.

**Operator**
And ladies and gentlemen, this concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.

# EXHIBIT 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Date of Report (date of earliest event reported): February 20, 2020**

# EHEALTH, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Delaware** | **001-33071** | **56-2357876** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**2625 AUGUSTINE DRIVE, SECOND FLOOR**
**SANTA CLARA, CALIFORNIA, 95054**
(Address of principal executive offices) (Zip Code)

**(650) 584-2700**
(Registrant's telephone number, including area code)

Not applicable
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
 Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
 Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | EHTH | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02        Results of Operations and Financial Condition.**

On February 20, 2020, eHealth, Inc. (the "Company") issued a press release announcing its financial results for the fourth quarter and year ended December 31, 2019. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

On February 20, 2020, the Company posted supplemental investor material on its investor relations webpage at http://ir.ehealthinsurance.com. The Company intends to use its investor relations webpage as a means of disclosing material non-public information and for complying with its disclosure obligations under Regulation FD.

The information in Item 2.02 of this Current Report on Form 8-K and the exhibits attached hereto are intended to be "furnished" and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended. Except as shall be expressly set forth by specific reference in such filing, the information contained herein and in the accompanying exhibits shall not be incorporated by reference into any filing with the Securities and Exchange Commission made by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Item 9.01        Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release of eHealth, Inc. dated February 20, 2020 (eHealth, Inc. Announces Fourth Quarter 2019 and Fiscal 2019 Results) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**eHealth, Inc.**

Date:    February 20, 2020    /s/ Derek N. Yung

Derek N. Yung
*Chief Financial Officer*
*(Principal Financial Officer)*

**Exhibit 99.1**



# eHealth, Inc. Announces Fourth Quarter 2019 and Fiscal 2019 Results

**Fourth Quarter 2019 Overview**

- Revenue for the fourth quarter of 2019 was $301.7 million, a 124% increase compared to $134.9 million for the fourth quarter of 2018.

- GAAP net income for the fourth quarter of 2019 was $88.8 million compared to net income of $26.1 million for the fourth quarter of 2018.

- Adjusted EBITDA was $142.6 million for the fourth quarter of 2019 compared to $51.9 million for the fourth quarter of 2018.

- Fourth quarter 2019 revenue and adjusted EBITDA include the positive impact of $42.3 million in revenue resulting from a change in estimate for expected cash commission collections relating to existing Medicare Advantage plans enrolled in prior to the fourth quarter.

- Fourth quarter 2019 approved members for all Medicare products grew 88% compared to the fourth quarter of 2018.

**SANTA CLARA, California - February 20, 2020 -** eHealth, Inc. (NASDAQ: EHTH), a leading private online health insurance exchange, announces today its financial results for the fourth quarter and fiscal year ended December 31, 2019.

Scott Flanders, chief executive officer of eHealth stated, "We ended the year on a strong note, delivering the best annual enrollment period in the company's history and generating financial results that significantly exceeded our 2019 annual guidance across multiple metrics, including revenue, GAAP net income and adjusted EBITDA. We also significantly increased our Medicare enrollment volumes and the number of major medical Medicare applications submitted online through our platform compared to a year ago - a critical element of our Medicare growth strategy. I would like to emphasize that the high level of enrollment and revenue growth that we achieved in 2019 were accompanied by meaningful adjusted EBITDA and GAAP net income margin expansion compared to 2018. Looking ahead, we anticipate the momentum we have built over the past two years to continue into 2020, and we believe we are well-positioned to continue outpacing the overall Medicare market growth as a result of our strong consumer value proposition, the depth of our technology platform and our demand generation expertise."

During the fourth quarter of 2019, eHealth worked with an external corporate valuation consultant to enhance its approach to estimating the lifetime values of plans it sold and to incorporate statistical tools to increase the accuracy of these estimates with an emphasis on improving member retention forecasting. Fourth quarter and full year 2019 financial results reflect the impact of the changes made to enhance eHealth's Medicare Advantage plan lifetime value forecasting model resulting from this project. Specifically, our fourth quarter and full year 2019 revenue each included a positive impact of $50.8 million from the change in estimate for expected cash commission collections relating to outstanding Medicare Advantage plans. Of this amount, $42.3 million is a change in estimate in expected cash commission collections for Medicare Advantage plans since we began selling such products through the third quarter of 2019.

Unless otherwise specifically indicated, the financial results discussed below include, where applicable, the $42.3 million impact (affected by tax for net income and net income per share) from the change in estimate of expected cash commission collections.

**GAAP - Fourth Quarter of 2019 Results**

**Revenue -** Revenue for the fourth quarter of 2019 was $301.7 million, a 124% increase compared to $134.9 million for the fourth quarter of 2018. Commission revenue for the fourth quarter of 2019 was $282.1 million, a 131% increase compared to $122.2 million for the fourth quarter of 2018. Other revenue for the fourth quarter of 2019 was $19.7 million, a 55% increase compared to $12.7 million for the fourth quarter of 2018.

Excluding the impact of the $42.3 million change in estimate discussed above, our total revenue and commission revenue were $259.4 million and $239.8 million, respectively, for the fourth quarter of 2019.

Revenue from our Medicare segment was $282.6 million for the fourth quarter of 2019, a 132% increase compared to $121.6 million for the fourth quarter of 2018. Excluding the impact of the $42.3 million change in estimate discussed above, our Medicare segment revenue was $240.3 million for the fourth quarter of 2019. Revenue from our Individual, Family and Small Business segment was $19.1 million for the fourth quarter of 2019, a 44% increase compared to $13.3 million for the fourth quarter of 2018.

**Income from Operations -** Income from operations for the fourth quarter of 2019 was $123.1 million compared to income from operations of $41.6 million for the fourth quarter of 2018. Operating margin was 41% for the fourth quarter of 2019 compared to 31% for the fourth quarter of 2018.

**Pre-tax Income -** Pre-tax income for the fourth quarter of 2019 was $123.4 million compared to pre-tax income of $41.6 million for the fourth quarter of 2018.

**Provision for Income Taxes -** Provision for income taxes for the fourth quarter of 2019 was $34.6 million compared to provision for income taxes of $15.6 million for the fourth quarter of 2018.

**Net Income -** Net income for the fourth quarter of 2019 was $88.8 million, or $3.58 net income per diluted share, compared to net income of $26.1 million, or $1.25 net income per diluted share, for the fourth quarter of 2018. Net income for the fourth quarter of 2019 included a non-cash charge of $9.0 million related to an increase in fair value of the earnout liability assumed in connection with eHealth's acquisition of GoMedigap compared to $6.0 million in the fourth quarter of 2018. The increase was driven primarily by eHealth's share price appreciation. The share price appreciation has increased the value of the equity-based portion of the earnout consideration owed to the former holders of GoMedigap equity interests.

**Segment Profit -** Profit from our Medicare segment was $149.3 million for the fourth quarter of 2019, compared to a profit of $58.7 million for the fourth quarter of 2018. Excluding the impact of the $42.3 million change in estimate discussed above, our Medicare segment profit was $107.0 million for the fourth quarter of 2019. Profit from our Individual, Family and Small Business segment was $8.3 million for the fourth quarter of 2019, compared to $3.5 million for the fourth quarter of 2018.

**Non-GAAP - Fourth Quarter of 2019 Results**

**Non-GAAP Operating Income and Non-GAAP Net Income -** Non-GAAP operating income for the fourth quarter of 2019 was $141.8 million, compared to non-GAAP operating income of $51.3 million for the fourth quarter of 2018. Non-GAAP operating margin was 47% for the fourth quarter of 2019, compared to 38% for the fourth quarter of 2018. Non-GAAP net income for the fourth quarter of 2019 was $102.5 million, or $4.13 non-GAAP net income per diluted share, compared to non-GAAP net income of $35.7 million, or $1.72 non-GAAP net income per diluted share, for the fourth quarter of 2018.

Non-GAAP operating income and non-GAAP operating margin for the fourth quarter of 2019 are calculated by excluding $9.2 million of stock-based compensation expense, a $9.0 million expense related to the change in fair value of earnout liability related to our acquisition of GoMedigap, and $0.5 million of amortization of intangible assets from GAAP net operating income and GAAP operating margin. Non-GAAP net income and non-GAAP net income per diluted share for the fourth quarter of 2019 are calculated by excluding $9.2 million of stock-based compensation expense, $9.0 million expense related to the change in fair value of earnout liability related to our acquisition of GoMedigap, $0.5 million of amortization of intangible assets and $5.0 million of the income tax effect of these non-GAAP adjustments from GAAP net income and GAAP net income per diluted share.

Non-GAAP operating income and non-GAAP operating margin for the fourth quarter of 2018 are calculated by excluding $3.1 million of stock-based compensation expense, $6.0 million expense for change in fair value of earnout liability related to our acquisition of GoMedigap, and $0.5 million of amortization of intangible assets from GAAP net operating income and GAAP operating margin. Non-GAAP net income and non-GAAP net income per diluted share for the fourth quarter of 2018 are

2

calculated by excluding $3.1 million of stock-based compensation expense, $6.0 million expense for change in fair value of earnout liability related to our acquisition of GoMedigap, and $0.5 million of amortization of intangible assets from GAAP net income and GAAP net income per diluted share.

**Adjusted EBITDA -** Adjusted EBITDA was $142.6 million for the fourth quarter of 2019 compared to $51.9 million for the fourth quarter of 2018. Excluding the impact of the $42.3 million change in estimate discussed above, our adjusted EBITDA was $100.3 million for the fourth quarter of 2019. Adjusted EBITDA is calculated by adding stock-based compensation, change in fair value of earnout liability related to our acquisition of GoMedigap, depreciation and amortization expense, acquisition costs, restructuring charges, amortization of intangible assets, other income, net, and provision for income taxes to GAAP net income.

**Submitted Applications, Approved Members and Estimated Membership**

**Submitted Applications -** The number of submitted applications for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Medicare Part D Prescription Drug Plans, was 294,808 in the fourth quarter of 2019, a 82% increase compared to 162,216 in the fourth quarter of 2018. The percentage of applications for Medicare Advantage and Medicare Supplement products submitted online through our platform, which is a combination of agent unassisted and partially agent assisted online applications, increased from 22% for the fourth quarter of 2018 to 36% for the fourth quarter of 2019. The number of submitted applications for major medical Individual and Family plan products decreased by 18% in the fourth quarter of 2019 to 15,758 compared to 19,120 in the fourth quarter of 2018.

**Approved Members -** The number of approved members for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Medicare Part D Prescription Drug Plans, was 273,244 in the fourth quarter of 2019, an 88% increase compared to 145,689 in the fourth quarter of 2018. The number of approved members for major medical individual and family plan products increased by 1% in the fourth quarter of 2019 to 14,547 compared to 14,452 in the fourth quarter of 2018.

**Estimated Membership -** Total estimated membership as of December 31, 2019 was 1,146,115, a 20% increase compared to the 952,926 estimated members we reported as of December 31, 2018. Estimated Medicare membership as of December 31, 2019 was 710,649, a 46% increase compared to the 486,690 estimated members we reported as of December 31, 2018. Estimated major medical individual and family plan membership as of December 31, 2019 was 128,487, a 15% decrease compared to the 151,904 estimated members we reported as of December 31, 2018.

**Cash - Fourth Quarter of 2019**

**Cash Flows -** Net cash used in operating activities was $56.8 million for the fourth quarter of 2019, compared to net cash used in operating activities of $8.7 million for the fourth quarter of 2018.

**GAAP - Full Year Results**

**Revenue -** Revenue for the year ended December 31, 2019 was $506.2 million, a 101% increase compared to $251.4 million for the year ended December 31, 2018. Commission revenue for the year ended December 31, 2019 was $466.7 million, a 105% increase compared to $227.2 million for the year ended December 31, 2018. Other revenue for the year ended December 31, 2019 was $39.5 million, a 63% increase compared to $24.2 million for the year ended December 31, 2018.

Excluding the impact of the $42.3 million change in estimate discussed above, our total revenue and commission revenue were $463.9 million and $424.4 million, respectively, for the year ended December 31, 2019.

Revenue from our Medicare segment was $447.0 million for the year ended December 31, 2019, a 112% increase compared to $210.6 million for the year ended December 31, 2018. Excluding the impact from the change in estimate discussed above, our Medicare segment revenue was $404.7 million for the year ended December 31, 2019. Revenue from our Individual, Family and Small Business segment was $59.2 million for the year ended December 31, 2019, a 45% increase compared to $40.8 million for the year ended December 31, 2018.

**Income from Operations -** Income from operations for the year ended December 31, 2019 was $81.4 million compared to income from operations of $2.6 million for the year ended December 31, 2018. Operating margin was 16% for the year ended December 31, 2019 compared to 1% for the year ended December 31, 2018.

3

**Pre-tax Income -** Pre-tax income for the year ended December 31, 2019 was $83.5 million compared to pre-tax income of $3.3 million for the year ended December 31, 2018.

**Provision for Income Taxes -** Provision for income taxes for the year ended December 31, 2019 was $16.6 million compared to provision for income taxes of $3.1 million for the year ended December 31, 2018.

**Net Income -** Net income for the year ended December 31, 2019 was $66.9 million, or $2.73 net income per diluted share, compared to net income of $0.2 million, or $0.01 net income per diluted share, for the year ended December 31, 2018. Net income for the year ended December 31, 2019 included a non-cash charge of $24.1 million related to an increase in fair value of the earnout liability assumed in connection with eHealth's acquisition of GoMedigap compared to $12.3 million for the year ended December 31, 2018. The increase was driven primarily by eHealth's share price appreciation. The share price appreciation has increased the value of the equity-based portion of the earnout consideration owed to the former holders of GoMedigap equity interests.

**Segment Profit -** Profit from our Medicare segment was $155.2 million for the year ended December 31, 2019, a 155% increase compared to profit of $60.8 million for the year ended December 31, 2018. Excluding the impact of the $42.3 million change in estimate discussed above, our Medicare segment profit was $112.9 million for the year ended December 31, 2019. Profit from our Individual, Family and Small Business segment was $23.4 million for the year ended December 31, 2019, a 303% increase compared to profit of $5.8 million for the year ended December 31, 2018.

## Non-GAAP - Full Year Results

**Non-GAAP Operating Income and Non-GAAP Net Income -** Non-GAAP operating income for the year ended December 31, 2019 was $130.2 million compared to non-GAAP operating income of $31.2 million for the year ended December 31, 2018. Non-GAAP operating margin was 26% for the year ended December 31, 2019, compared to 12% for the year ended December 31, 2018. Non-GAAP net income for the year ended December 31, 2019 was $102.0 million, or $4.16 non-GAAP net income per diluted share, compared to non-GAAP net income of $22.6 million, or $1.11 non-GAAP net income per diluted share, for the year ended December 31, 2018.

Non-GAAP operating income and non-GAAP operating margin for the year ended December 31, 2019 are calculated by excluding $22.6 million of stock-based compensation expense, $24.1 million expense for the change in fair value of earnout liability related to our acquisition of GoMedigap, and $2.2 million of amortization of intangible assets from GAAP operating income and GAAP operating margin. Non-GAAP net income and non-GAAP net income per diluted share for the year ended December 31, 2019 are calculated by excluding $22.6 million of stock-based compensation expense, $24.1 million of expense for the change in fair value of earnout liability related to our acquisition of GoMedigap, $2.2 million of amortization of intangible assets and $13.7 million of the income tax effect of these non-GAAP adjustments from GAAP net income and GAAP net income per share.

Non-GAAP operating income and non-GAAP operating margin for the year ended December 31, 2018 are calculated by excluding $12.3 million of stock-based compensation expense, $12.3 million of expense for change in fair value of earnout liability, $1.9 million of restructuring charges, $2.1 million of amortization of intangible assets and $0.1 million of acquisition costs related to our acquisition of GoMedigap from GAAP net operating income and GAAP operating margin. Non-GAAP net income and non-GAAP net income per diluted share for the year ended December 31, 2018 are calculated by excluding $12.3 million of stock-based compensation expense, $12.3 million of expense for change in fair value of earnout liability, $1.9 million of restructuring charges, $2.1 million of amortization of intangible assets, $0.1 million of acquisition costs related to our acquisition of GoMedigap, and $6.2 million of the income tax effect of these non-GAAP adjustments from GAAP net income and GAAP net income per diluted share.

**Adjusted EBITDA -** Adjusted EBITDA was $133.2 million for the year ended December 31, 2019 compared to $33.7 million for the year ended December 31, 2018. Excluding the impact of the $42.3 million change in estimate discussed above, our adjusted EBITDA was $90.9 million for the year ended December 31, 2019. Adjusted EBITDA is calculated by adding stock-based compensation, change in fair value of earnout liability related to our acquisition of GoMedigap, depreciation and amortization expense, acquisition costs, restructuring charges, amortization of intangible assets, other income, net and provision for income taxes to GAAP net income.

## Submitted Applications and Approved Members

**Submitted Applications -** The number of submitted applications for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Medicare Part D Prescription Drug Plans was 471,578 applications for the year ended

December 31, 2019, a 78% increase compared to 264,903 for the year ended December 31, 2018. The percentage of applications for Medicare Advantage and Medicare Supplement products submitted online through our platform, which include a combination of agent unassisted and partially agent assisted applications, increased from 16% for the year ended December 31, 2018 to 27% for the year ended December 31, 2019. The number of submitted applications for major medical individual and family plan products decreased by 7% for the year ended December 31, 2019 to 27,635 compared to 29,698 for the year ended December 31, 2018.

**Approved Members -** The number of approved members for all Medicare products, which includes Medicare Advantage, Medicare Supplement and Medicare Part D Prescription Drug Plans, was 434,926 for the year ended December 31, 2019, an 81% increase compared to 239,688 for the year ended December 31, 2018. The number of approved members for major medical individual and family plan products declined by 25% for the year ended December 31, 2019 to 32,186 compared to 42,650 for the year ended December 31, 2018.

## Cash - Full Year Results

**Cash Flows -** Net cash used in operating activities was $71.5 million for the year ended December 31, 2019 compared to net cash used in operating activities of $3.2 million for the year ended December 31, 2018.

## 2020 Guidance

Based on information available as of February 20, 2020, eHealth is providing its guidance for the full year ending December 31, 2020. These expectations are forward-looking statements and eHealth assumes no obligation to update these statements. Actual results may be materially different and are affected by the risk factors and uncertainties identified in this press release and in eHealth's annual and quarterly filings with the Securities and Exchange Commission.

The following guidance is for the full year ending December 31, 2020:

- Total revenue is expected to be in the range of $580.0 million to $620.0 million. Revenue from the Medicare segment is expected to be in the range of $533.0 million to $569.0 million. Revenue from the Individual, Family and Small Business segment is expected to be in the range of $47.0 million to $51.0 million.

- Adjusted EBITDA[a] is expected to be in the range of $120.0 million to $135.0 million.

- Medicare segment profit[b] is expected to be in the range of $152.0 million to $169.0 million, and Individual, Family and Small Business segment profit is expected to be in the range of $17.0 million to $18.0 million.

- Corporate[c] shared service expenses, excluding stock-based compensation and depreciation and amortization expense, is expected to be in range of $49.0 million to $52.0 million

- Cash used in operations is expected to be in the range of $52.0 million to $55.0 million, and cash used for capital expenditures is expected to be $18.0 million to $20.0 million.

- GAAP net income is expected to be in the range of $68.0 million to $83.0 million.

- GAAP net income per diluted share is expected to be in the range of $2.64 to $3.23 per share.

- Non-GAAP net income per diluted share[d] is expected to be in the range of $3.56 to $4.09 per share.

[a] Adjusted EBITDA is calculated by adding stock-based compensation, change in fair value of earnout liability, depreciation and amortization expense, amortization of intangible assets, other income, net, and provision for income taxes to GAAP net income.

[b] Segment profit is calculated as revenue for the applicable segment less Marketing and Advertising, Customer Care and Enrollment, Technology and Content and General and Administrative operating expenses, excluding stock-based compensation, change in fair value of earnout liability, depreciation and amortization expense and amortization of intangible assets, that are directly attributable to the applicable segment and other indirect Marketing and Advertising, Customer Care and Enrollment and Technology and Content operating expenses, excluding stock-based compensation, depreciation and amortization expense and amortization of intangible assets, allocated to the applicable segment based on usage.

[c] Corporate consists of other indirect General and Administrative operating expenses, excluding stock-based compensation and depreciation and amortization expense, which are managed in a corporate shared services environment and, since they are not the responsibility of segment operating management, are not allocated to the reportable segments.

[d] Non-GAAP net income per diluted share is calculated by adding stock-based compensation expense per diluted share, change in fair value of earnout liability per diluted share, intangible asset amortization expense per diluted share and the income tax effect of these non-GAAP adjustments to GAAP net income per diluted share.

## Webcast and Conference Call Information

A Webcast and conference call will be held today, Thursday, February 20, 2020 at 5:00 p.m. Eastern / 2:00 p.m. Pacific Time. The Webcast will be available live on the Investor Relations section on eHealth's website at http://ir.ehealthinsurance.com. Individuals interested in listening to the conference call may do so by dialing (877) 930-8066 for domestic callers and (253) 336-8042 for international callers. The participant passcode is 1180328. A telephone replay will be available two hours following the conclusion of the call for a period of seven days and can be accessed by dialing (855) 859-2056 for domestic callers and (404) 537-3406 for international callers. The call ID for the replay is 1180328. The live and archived webcast of the call will also be available on eHealth's website at http://www.ehealthinsurance.com under the Investor Relations section.

## About eHealth, Inc.

eHealth, Inc. (NASDAQ: EHTH) operates eHealth.com, a leading private online health insurance exchange where individuals, families and small businesses can compare health insurance products from leading insurers side by side and purchase and enroll in coverage online. eHealth offers thousands of individual, family and small business health plans underwritten by many of the nation's leading health insurance companies. eHealth (through its subsidiaries) is licensed to sell health insurance in all 50 states and the District of Columbia. eHealth also offers educational resources and powerful online and pharmacy-based tools to help Medicare beneficiaries navigate Medicare health insurance options, choose the right plan and enroll in select plans online through PlanPrescriber.com (www.PlanPrescriber.com), eHealthMedicare.com (www.eHealthMedicare.com), Medicare.com (www.Medicare.com) and GoMedigap.com (www.GoMedigap.com).

## Forward-Looking Statements

This press release contains statements that are forward-looking statements as defined within the Private Securities Litigation Reform Act of 1995. These include statements regarding our expected growth in 2020, the acceleration of our online enrollments, our ability to outpace overall Medicare market growth, our estimates regarding total membership, Medicare membership, Individual and Family plan membership and ancillary and small business membership, our estimates regarding constrained lifetime values of commissions per member and constraints on lifetime value by product category, and our guidance for the full year ending December 31, 2020, including our guidance for total revenue and revenue from our Medicare segment and our Individual, Family and Small Business segment, GAAP net income per diluted share and Non-GAAP net income per diluted share, GAAP net income, Adjusted EBITDA, profit from our Medicare segment and our Individual, Family and Small Business segment, Corporate shared service expense, cash used in operations and cash used for capital expenditures.

These forward-looking statements are inherently subject to various risks and uncertainties that could cause actual results to differ materially from the statements made. In particular, we are required by the revenue recognition standard to make numerous assumptions that are based on historical trends and our management's judgment. These assumptions may change over time and have a material impact on our revenue recognition, guidance, and results of operations. Please review the assumptions stated in this press release carefully.

The risks and uncertainties that could cause our results to differ materially from those expressed or implied by such forward-looking statements include our ability to retain existing members and enroll new members during the annual healthcare open enrollment period and Medicare annual enrollment period; changes in laws and regulations, including in connection with healthcare reform or with respect to the marketing and sale of Medicare plans; competition, including competition from

6

government-run health insurance exchanges; the seasonality of our business and the fluctuation of our operating results; our ability to accurately estimate membership and lifetime value of commissions; changes in product offerings among carriers on our ecommerce platform and the resulting impact on our commission revenue; our ability to execute on our growth strategy in the Medicare market; exposure to security risks and our ability to safeguard the security and privacy of confidential data; our relationships with health insurance carriers; customer concentration and consolidation of the health insurance industry; our success in marketing and selling health insurance plans and our unit cost of acquisition; our ability to hire, train and retain licensed health insurance agents and other employees; the need for health insurance carrier and regulatory approvals in connection with the marketing of Medicare-related insurance products; consumer satisfaction of our service; changes in member conversion rates; changes in commission rates; our ability to sell qualified health insurance plans to subsidy-eligible individuals and to enroll subsidy-eligible individuals through government-run health insurance exchanges; our ability to maintain and enhance our brand identity; our ability to derive desired benefits from investments in our business, including membership growth initiatives; reliance on marketing partners; the impact of our direct-to-consumer email, telephone and television marketing efforts; timing of receipt and accuracy of commission reports; payment practices of health insurance carriers; our ability to successfully make and integrate acquisitions; dependence on our operations in China; the restrictions in our debt obligations; compliance with insurance and other laws and regulations; and the performance, reliability and availability of our ecommerce platform and underlying network infrastructure. Other factors that could cause operating, financial and other results to differ are described in eHealth's most recent Quarterly Report on Form 10-Q or Annual Report on Form 10-K filed with the Securities and Exchange Commission and available on the investor relations page of eHealth's website at http://www.ehealthinsurance.com and on the Securities and Exchange Commission's website at www.sec.gov.

All forward-looking statements in this press release are based on information available to eHealth as of the date hereof, and eHealth does not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made, except as required by law.

**Non-GAAP Financial Information**

This press release includes financial measures that are not calculated in accordance with U.S. generally accepted accounting principles (GAAP). To supplement eHealth's condensed consolidated financial statements presented in accordance with GAAP, eHealth presents investors with certain non-GAAP financial measures, including non-GAAP operating income (loss); non-GAAP operating margins; non-GAAP net income (loss); non-GAAP net income (loss) per diluted share; and adjusted EBITDA.

- Non-GAAP operating income (loss) consists of GAAP operating income (loss) excluding the following items:
    - the effects of expensing stock-based compensation related to stock options and restricted stock units,
    - change in fair value of earnout liability,
    - acquisition costs,
    - restructuring charges, and
    - amortization of intangible assets.

- Non-GAAP operating margins are calculated by dividing non-GAAP operating income (loss) by GAAP total revenue.

- Non-GAAP net income (loss) consists of GAAP net income (loss) excluding the following items:
    - the effects of expensing stock-based compensation related to stock options and restricted stock units,
    - change in fair value of earnout liability,
    - acquisition costs,
    - restructuring charges,
    - amortization of intangible assets, and
    - the income tax impact of non-GAAP adjustments.

- Non-GAAP net income (loss) per diluted share consists of GAAP net income (loss) per diluted share excluding the following items:
    - the effects of expensing stock-based compensation related to stock options and restricted stock units per diluted share,
    - change in fair value of earnout liability per diluted share,
    - acquisition costs per diluted share,
    - restructuring charges per diluted share,
    - amortization of intangible assets per diluted share, and
    - the income tax impact of non-GAAP adjustments per diluted share.

7

- Adjusted EBITDA is calculated by adding stock-based compensation, change in fair value of earnout liability, depreciation and amortization expense, acquisition costs, restructuring charges, amortization of intangible assets, other income (expense), net and provision (benefit) for income taxes to GAAP net income (loss).

eHealth believes that the presentation of these non-GAAP financial measures provides important supplemental information to management and investors regarding financial and business trends relating to eHealth's financial condition and results of operations. Management believes that the use of these non-GAAP financial measures provides consistency and comparability with eHealth's past financial reports. Management also believes that the items described above provides an additional measure of eHealth's operating results and facilitates comparisons of eHealth's core operating performance against prior periods and business model objectives. This information is provided to investors in order to facilitate additional analyses of past, present and future operating performance and as a supplemental means to evaluate eHealth's ongoing operations. eHealth believes that these non-GAAP financial measures are useful to investors in their assessment of eHealth's operating performance.

Non-GAAP operating income (loss), non-GAAP operating margins, non-GAAP net income (loss), non-GAAP net income (loss) per diluted share and Adjusted EBITDA are not calculated in accordance with GAAP, and should be considered supplemental to, and not as a substitute for, or superior to, financial measures calculated in accordance with GAAP. Non-GAAP financial measures used in this press release have limitations in that they do not reflect all of the revenue and costs associated with the operations of eHealth's business and do not reflect income tax as determined in accordance with GAAP. As a result, you should not consider these measures in isolation or as a substitute for analysis of eHealth's results as reported under GAAP. eHealth expects to continue to incur the stock-based compensation costs and purchased intangible asset amortization costs described above, and exclusion of these costs, and their related income tax benefits, from non-GAAP financial measures should not be construed as an inference that these costs are unusual or infrequent. eHealth compensates for these limitations by prominently disclosing GAAP operating income (loss), GAAP operating margins, GAAP net income (loss) and GAAP net income (loss) per diluted share and providing investors with reconciliations from eHealth's GAAP operating results to the non-GAAP financial measures for the relevant periods.

The accompanying tables provide more details on the GAAP financial measures that are most directly comparable to the non-GAAP financial measures described above and the related reconciliations between these financial measures.

**Investor Relations Contact**

Kate Sidorovich, CFA
Vice President, Investor Relations
2625 Augustine Drive, Second Floor
Santa Clara, CA, 95054
650-210-3111
kate.sidorovich@ehealth.com
*http://ir.ehealthinsurance.com*

(Tables to Follow)

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(In thousands)**

| | | December 31, 2019 | | December 31, 2018 |
|---|---|---:|---|---:|
| **Assets** | | (Unaudited) | | |
| **Current assets:** | | | | |
| Cash and cash equivalents | $ | 23,466 | $ | 13,089 |
| Accounts receivable | | 2,332 | | 3,601 |
| Commissions receivable - current | | 174,526 | | 134,190 |
| Prepaid expenses and other current assets | | 7,822 | | 5,288 |
| Total current assets | | 208,146 | | 156,168 |
| Commissions receivable - non-current | | 414,696 | | 211,668 |
| Property and equipment, net | | 10,518 | | 7,684 |
| Operating lease right-of-use assets | | 36,621 | | - |
| Restricted cash | | 3,354 | | - |
| Other assets | | 18,004 | | 11,276 |
| Intangible assets, net | | 10,062 | | 12,249 |
| Goodwill | | 40,233 | | 40,233 |
| **Total assets** | $ | 741,634 | $ | 439,278 |
| **Liabilities and stockholders' equity** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 24,554 | $ | 5,688 |
| Accrued compensation and benefits | | 29,578 | | 20,763 |
| Accrued marketing expenses | | 12,041 | | 11,013 |
| Earnout liability - current | | 37,273 | | 20,730 |
| Lease liabilities - current | | 4,759 | | - |
| Deferred revenue | | 2,570 | | 876 |
| Other current liabilities | | 2,210 | | 1,549 |
| Total current liabilities | | 112,985 | | 60,619 |
| Debt | | - | | 5,000 |
| Earnout liability - non-current | | - | | 19,270 |
| Deferred income taxes - non-current | | 64,130 | | 47,901 |
| Lease liabilities - non-current | | 34,305 | | - |
| Other non-current liabilities | | 3,050 | | 3,339 |
| **Stockholders' equity:** | | | | |
| Preferred stock | | - | | - |
| Common stock | | 35 | | 31 |
| Additional paid-in capital | | 455,159 | | 298,024 |
| Treasury stock, at cost | | (199,998) | | (199,998) |
| Retained earnings | | 271,852 | | 204,965 |
| Accumulated other comprehensive income | | 116 | | 127 |
| Total stockholders' equity | $ | 527,164 | $ | 303,149 |
| **Total liabilities and stockholders' equity** | $ | 741,634 | $ | 439,278 |

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except per share amounts, unaudited)**

| | Three Months Ended December 31, | | Year ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| **Revenue** | | | | |
| Commission | $ 282,081 | $ 122,244 | $ 466,676 | $ 227,211 |
| Other | 19,667 | 12,673 | 39,525 | 24,184 |
| **Total revenue** | 301,748 | 134,917 | 506,201 | 251,395 |
| **Operating costs and expenses*** | | | | |
| Cost of revenue | 1,956 | 755 | 2,738 | 1,228 |
| Marketing and advertising | 77,392 | 37,184 | 150,249 | 82,939 |
| Customer care and enrollment | 52,737 | 26,818 | 134,304 | 70,547 |
| Technology and content | 15,598 | 8,600 | 47,085 | 31,970 |
| General and administrative | 21,402 | 13,367 | 64,150 | 45,828 |
| Change in fair value of earnout liability | 8,973 | 6,000 | 24,079 | 12,300 |
| Amortization of intangible assets | 546 | 547 | 2,187 | 2,091 |
| Restructuring charges | - | - | - | 1,865 |
| Acquisition costs | - | - | - | 76 |
| Total operating costs and expenses | 178,604 | 93,271 | 424,792 | 248,844 |
| Income from operations | 123,144 | 41,646 | 81,409 | 2,551 |
| Other income, net | 266 | (21) | 2,090 | 755 |
| **Income before income taxes** | 123,410 | 41,625 | 83,499 | 3,306 |
| Provision for income taxes | 34,586 | 15,554 | 16,612 | 3,065 |
| **Net income** | $ 88,824 | $ 26,071 | $ 66,887 | $ 241 |
| **Net income per share:** | | | | |
| Basic | $ 3.74 | $ 1.32 | $ 2.90 | $ 0.01 |
| Diluted | $ 3.58 | $ 1.25 | $ 2.73 | $ 0.01 |
| **Weighted-average number of shares used in per share:** | | | | |
| Basic | 23,772 | 19,680 | 23,075 | 19,294 |
| Diluted | 24,836 | 20,897 | 24,539 | 20,409 |
| [1] **Includes stock-based compensation as follows:** | | | | |
| Marketing and advertising | $ 2,018 | $ 496 | $ 4,230 | $ 1,974 |
| Customer care and enrollment | 524 | 251 | 1,451 | 816 |
| Technology and content | 1,665 | 560 | 3,611 | 1,675 |
| General and administrative | 4,946 | 1,757 | 13,278 | 7,824 |
| Restructuring charges | - | - | - | 251 |
| **Total stock-based compensation expense** | $ 9,153 | $ 3,064 | $ 22,570 | $ 12,540 |

10

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands, unaudited)**

| | Three Months Ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| **Operating activities** | | | | |
| Net Income | $ 88,824 | $ 26,071 | $ 66,887 | $ 241 |
| Adjustments to reconcile net income to net cash used in operating activities: | | | | |
| Depreciation and amortization | 830 | 609 | 2,983 | 2,479 |
| Amortization of internally developed software | 1,378 | 618 | 3,821 | 2,201 |
| Amortization of intangible assets | 546 | 547 | 2,187 | 2,091 |
| Stock-based compensation expense | 9,153 | 3,064 | 22,570 | 12,540 |
| Deferred income taxes | 34,363 | 15,491 | 16,197 | 2,812 |
| Change in fair value of earnout liability | 8,973 | 6,000 | 24,079 | 12,300 |
| Other non-cash items | 181 | 289 | (755) | 675 |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | (1,650) | (1,462) | 1,270 | (2,127) |
| Commissions receivable | (231,486) | (80,123) | (243,364) | (50,967) |
| Prepaid expenses and other assets | 8,880 | 8,441 | (466) | 232 |
| Accounts payable | 6,539 | (99) | 19,694 | 1,414 |
| Accrued compensation and benefits | 11,438 | 7,214 | 8,814 | 5,133 |
| Accrued marketing expenses | 7,955 | 7,955 | 1,028 | 6,320 |
| Deferred revenue | (6,513) | (4,863) | 1,694 | 491 |
| Accrued expenses and other liabilities | 3,811 | 1,530 | 1,869 | 935 |
| Net cash used in operating activities | (56,778) | (8,718) | (71,492) | (3,230) |
| **Investing activities** | | | | |
| Capitalized internal-use software and website development costs | (3,875) | (1,950) | (10,231) | (6,294) |
| Purchases of property and equipment and other assets | (1,025) | (1,063) | (6,641) | (4,534) |
| Payments for security deposits | - | - | (72) | - |
| Acquisition of business, net of cash acquired | - | - | - | (14,929) |
| Cash used in investing activities | (4,900) | (3,013) | (16,944) | (25,757) |
| **Financing activities** | | | | |
| Proceeds from issuance of common stock, net of issuance costs | - | - | 126,051 | - |
| Net proceeds from exercise of common stock options | 367 | 658 | 5,535 | 2,688 |
| Repurchase of shares to satisfy employee tax withholding obligations | (2,770) | (1,106) | (14,281) | (4,504) |
| Proceeds from line of credit | - | 5,000 | - | 5,000 |
| Debt issuance costs | (517) | (49) | (517) | (1,221) |
| Repayment of debt | - | - | (5,000) | - |
| Acquisition-related contingent payments | - | - | (9,542) | - |
| Principal payments in connection with leases | (24) | (25) | (105) | (103) |
| Net cash provided by (used in) financing activities | (2,944) | 4,478 | 102,141 | 1,860 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 18 | (6) | 26 | (77) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | $ (64,604) | $ (7,259) | $ 13,731 | $ (27,204) |
| **Cash, cash equivalents and restricted cash at beginning of period** | 91,424 | 20,348 | 13,089 | 40,293 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 26,820 | $ 13,089 | $ 26,820 | $ 13,089 |

[1] The ending balance of cash, cash equivalents and restricted cash included $3.4 million of restricted cash as of December 31, 2019. There was no restricted cash as of December 31, 2018.

11

**EHEALTH, INC.**
**SEGMENT INFORMATION**
**(In thousands, unaudited)**

| | Three Months Ended December 31, | | | Year ended December 31, | | |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | % Change | 2019 | 2018 | % Change |
| **Revenue** | | | | | | |
| Medicare [1] | $ 282,604 | $ 121,606 | 132% | $ 446,961 | $ 210,570 | 112% |
| Individual, Family and Small Business [2] | 19,144 | 13,311 | 44% | 59,240 | 40,825 | 45% |
| **Total revenue** | $ 301,748 | $ 134,917 | 124% | $ 506,201 | $ 251,395 | 101% |
| **Segment profit** | | | | | | |
| Medicare segment profit [3] | $ 149,317 | $ 58,671 | 154% | $ 155,234 | $ 60,844 | 155% |
| Individual, Family and Small Business segment profit [3] | 8,323 | 3,512 | 137% | 23,368 | 5,803 | 303% |
| **Total segment profit** | 157,640 | 62,183 | 154% | 178,602 | 66,647 | 168% |
| Corporate [4] | (14,994) | (10,317) | 45% | (45,374) | (32,996) | 38% |
| Stock-based compensation expense | (9,153) | (3,064) | 199% | (22,570) | (12,289) | 84% |
| Change in fair value of earnout liability | (8,973) | (6,000) | 50% | (24,079) | (12,300) | 96% |
| Depreciation and amortization | (830) | (609) | 36% | (2,983) | (2,479) | 20% |
| Amortization of intangible assets | (546) | (547) | -% | (2,187) | (2,091) | 5% |
| Acquisition costs | - | - | * | - | (76) | (100)% |
| Restructuring charges | - | - | * | - | (1,865) | (100)% |
| Other income, net | 266 | (21) | * | 2,090 | 755 | 177% |
| **Income before income taxes** | $ 123,410 | $ 41,625 | 196% | $ 83,499 | $ 3,306 | 2,426% |

* Percentage not meaningful.

**ment Information**

We evaluate our business performance and manage our operations as two distinct reporting segments:
- Medicare; and
- Individual, Family and Small Business.

[1]   The Medicare segment consists primarily of amounts earned from our sale of Medicare-related health insurance plans, including Medicare Advantage, Medicare Supplement and Medicare Part D prescription drug plans, and to a lesser extent, ancillary products sold to our Medicare-eligible customers, including but not limited to, dental and vision, our advertising program that allows Medicare-related carriers to purchase advertising on a separate website developed, hosted and maintained by us, and our delivery and sale to third parties of Medicare-related health insurance leads generated by our ecommerce platforms and our marketing activities.

[2]   The Individual, Family and Small Business segment consists primarily of amounts earned from our sale of individual, family and small business health insurance plans and ancillary products sold to our non-Medicare-eligible customers, including but not limited to, dental, vision, and short-term insurance. To a lesser extent, the Individual, Family and Small Business segment consists of amounts earned from our online sponsorship program that allows carriers to purchase advertising space in specific markets in a sponsorship area on our website, our licensing to third parties the use of our health insurance ecommerce technology, and our delivery and sale to third parties of individual and family health insurance leads generated by our ecommerce platforms and our marketing activities.

[3]   Segment profit is calculated as revenue for the applicable segment less marketing and advertising, customer care and enrollment, technology and content and general and administrative operating expenses, excluding stock-based compensation, depreciation and amortization expense, acquisition costs, change in fair value of earnout liability, restructuring charges and amortization of intangible assets, that are directly attributable to the applicable segment and other indirect marketing and advertising, customer care and enrollment and technology and content operating expenses, excluding stock-based compensation, depreciation and amortization expense and amortization of intangible assets, allocated to the applicable segment based on usage.

[4]   Corporate consists of other indirect general and administrative operating expenses, excluding stock-based compensation, depreciation and amortization expense, which are managed in a corporate shared services environment and, because they are not the responsibility of segment operating management, are not allocated to the reportable segments.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**COMMISSION REVENUE BY PRODUCT**
**(In thousands, unaudited)**

| | Three Months Ended December 31, | | % Change | Year ended December 31, | | % Change |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | | 2019 | 2018 | |
| **Medicare** | | | | | | |
| Medicare Advantage | $ 226,625 | $ 85,797 | 164% | $ 339,810 | $ 143,445 | 137% |
| Medicare Supplement | 15,263 | 12,860 | 19% | 40,345 | 31,166 | 29% |
| Medicare Part D | 20,918 | 11,730 | 78% | 26,824 | 14,609 | 84% |
| **Total Medicare** | 262,806 | 110,387 | 138% | 406,979 | 189,220 | 115% |
| **Individual and Family** [1] | | | | | | |
| Non-Qualified Health Plans | 5,967 | 3,084 | 93% | 17,559 | 6,470 | 171% |
| Qualified Health Plans | 1,966 | 783 | 151% | 6,866 | 5,789 | 19% |
| **Total Individual and Family** | 7,933 | 3,867 | 105% | 24,425 | 12,259 | 99% |
| **Ancillaries** | | | | | | |
| Short-term | 3,362 | 1,340 | 151% | 10,524 | 5,583 | 89% |
| Dental | 2,100 | 1,106 | 90% | 5,238 | 2,717 | 93% |
| Vision | 708 | 610 | 16% | 2,002 | 1,467 | 36% |
| Other | 1,207 | 1,282 | (6)% | 3,985 | 4,941 | (19)% |
| **Total Ancillaries** | 7,377 | 4,338 | 70% | 21,749 | 14,708 | 48% |
| **Small Business** | 3,346 | 2,768 | 21% | 9,922 | 8,595 | 15% |
| **Commission Bonus** | 619 | 884 | (30)% | 3,601 | 2,429 | 48% |
| **Total Commission Revenue** | $ 282,081 | $ 122,244 | 131% | $ 466,676 | $ 227,211 | 105% |

_____

[1]   We define our individual and family plan offerings as major medical individual and family health insurance plans, which does not include Medicare-related, small business or ancillary plans. Individual and family health insurance plans include both qualified and non-qualified plans. Qualified health plans are individual and family health insurance plans that meet the requirements of the Affordable Care Act and are offered through the government-run health insurance exchange in the relevant jurisdiction. Non-qualified health plans are individual and family health insurance plans that meet the requirements of the Affordable Care Act and are not offered through the exchange in the relevant jurisdiction. Individuals that purchase non-qualified health plans cannot receive a subsidy in connection with the purchase of those plans.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**COMMISSION REVENUE SUMMARY**
**(Unaudited)**

| | Three Months Ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| **Medicare** | | | | |
| Commission Revenue from Members Approved During the Period [1] | $ 214,018 | $ 111,781 | $ 355,916 | $ 192,382 |
| Net Commission Revenue from Members Approved in Prior Periods [2][3] | 50,066 | (62) | 55,292 | (124) |
| **Total Medicare Segment Commission Revenue** | 264,084 | 111,719 | 411,208 | 192,258 |
| **Individual, Family and Small Business** | | | | |
| Commission Revenue from Members Approved During the Period [1] | 8,211 | 7,746 | 22,614 | 24,079 |
| Net Commission Revenue from Members Approved in Prior Periods [3] | 9,786 | 2,779 | 32,854 | 10,874 |
| **Total Individual, Family and Small Business Segment Commission Revenue** | 17,997 | 10,525 | 55,468 | 34,953 |
| **Total Commission revenue** | $ 282,081 | $ 122,244 | $ 466,676 | $ 227,211 |

[1] These amounts include commission bonus revenue.

[2] For the fourth quarter and full year 2019, net commission revenue for Medicare members approved in prior periods were $50.1 million and $55.3 million, respectively, each included a positive impact of $50.8 million from the change in estimate for expected cash commission collections relating to outstanding Medicare Advantage plans. Of this amount, $42.3 million is a change in estimate in expected cash commission collections for Medicare Advantage plans since we began selling such products through the third quarter of 2019.

[3] These amounts reflect our revised estimates of cash collections for certain members approved prior to the relevant reporting period that are recognized as adjustments to revenue within the relevant reporting period. These amounts include revenue associated with renewing small business health insurance members.

14

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**SUBMITTED APPLICATIONS**
**(Unaudited)**

| | Three Months Ended December 31, | | % Change | Year ended December 31, | | % Change |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | | 2019 | 2018 | |
| **Medicare** [1] | | | | | | |
| Medicare Advantage [2] | 178,560 | 90,693 | 97% | 299,415 | 159,753 | 87% |
| Medicare Supplement [2] | 22,392 | 18,072 | 24% | 54,328 | 40,252 | 35% |
| Medicare Part D | 93,856 | 53,451 | 76% | 117,835 | 64,898 | 82% |
| **Total Medicare** | 294,808 | 162,216 | 82% | 471,578 | 264,903 | 78% |
| **Individual and Family** [3] | | | | | | |
| Non-Qualified Health Plans | 9,982 | 12,161 | (18)% | 18,325 | 18,580 | (1)% |
| Qualified Health Plans | 5,776 | 6,959 | (17)% | 9,310 | 11,118 | (16)% |
| **Total Individual and Family** | 15,758 | 19,120 | (18)% | 27,635 | 29,698 | (7)% |
| **Ancillaries** [4] | | | | | | |
| Short-term | 12,635 | 26,969 | (53)% | 55,077 | 102,608 | (46)% |
| Dental | 9,678 | 14,645 | (34)% | 38,650 | 46,073 | (16)% |
| Vision | 5,056 | 8,288 | (39)% | 18,301 | 22,399 | (18)% |
| Other | 4,856 | 9,656 | (50)% | 23,468 | 42,415 | (45)% |
| **Total Ancillaries** | 32,225 | 59,558 | (46)% | 135,496 | 213,495 | (37)% |
| **Small Business** [5] | 2,747 | 3,458 | (21)% | 8,095 | 8,693 | (7)% |
| **Total Submitted Applications** | 345,538 | 244,352 | 41% | 642,804 | 516,789 | 24% |

**Submitted Applications**

Applications are counted as submitted when the applicant completes the application and either clicks the submit button on our website or provides verbal authorization to submit the application. The applicant may have additional actions to take before the application will be reviewed by the insurance carrier, such as providing additional information. In addition, an applicant may submit more than one application.

[1]    Medicare-related health insurance applications submitted on our website or through our customer care center during the period, including Medicare Advantage, Medicare Supplement and Medicare Part D prescription drug plans.

[2]    The percentage of applications for Medicare Advantage and Medicare Supplement products submitted online through our platform, which is a combination of agent unassisted and partially agent assisted online applications, increased from 22% for the three months ended December 31, 2018 to 36% for the three months ended December 31, 2019. The percentage of applications for Medicare Advantage and Medicare Supplement products submitted online through our platform, which is a combination of agent unassisted and partially agent assisted online applications, increased from 16% for the twelve months ended December 31, 2018 to 27% for the twelve months ended December 31, 2019.

[3]    Major medical individual and family plan ("IFP") health insurance applications submitted on our website during the period. An applicant may submit more than one application. We define our IFP offerings as major medical individual and family health insurance plans, which does not include Medicare-related, small business or ancillary plans.

[4]    Ancillaries consists primarily of short-term, dental and vision insurance plans submitted on our website during the period.

[5]    Applications for small business health insurance are counted as submitted when the applicant completes the application, the employees complete their applications, the applicant submits the application to us and we submit the application to the carrier.

15

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**APPROVED MEMBERS**
**(Unaudited)**

| | Three Months Ended December 31, | | % Change | Year ended December 31, | | % Change |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | | 2019 | 2018 | |
| **Medicare** | | | | | | |
| Medicare Advantage | 167,073 | 83,376 | 100% | 279,561 | 148,478 | 88% |
| Medicare Supplement | 16,178 | 12,170 | 33% | 42,688 | 29,837 | 43% |
| Medicare Part D | 89,993 | 50,143 | 79% | 112,677 | 61,373 | 84% |
| **Total Medicare** | 273,244 | 145,689 | 88% | 434,926 | 239,688 | 81% |
| **Individual and Family** | | | | | | |
| Non-Qualified Health Plans | 9,937 | 11,360 | (13)% | 20,187 | 23,075 | (13)% |
| Qualified Health Plans | 4,610 | 3,092 | 49% | 11,999 | 19,575 | (39)% |
| **Total Individual and Family** | 14,547 | 14,452 | 1% | 32,186 | 42,650 | (25)% |
| **Ancillaries** | | | | | | |
| Short-term | 13,996 | 28,163 | (50)% | 58,687 | 107,846 | (46)% |
| Dental | 11,619 | 14,623 | (21)% | 43,640 | 47,343 | (8)% |
| Vision | 6,283 | 9,060 | (31)% | 21,391 | 24,638 | (13)% |
| Other | 5,326 | 8,053 | (34)% | 22,980 | 33,500 | (31)% |
| **Total Ancillaries** | 37,224 | 59,899 | (38)% | 146,698 | 213,327 | (31)% |
| **Small Business** | 6,317 | 7,537 | (16)% | 16,685 | 19,550 | (15)% |
| **Total Approved Members** | 331,332 | 227,577 | 46% | 630,495 | 515,215 | 22% |

**Approved Members**

Approved members represents the number of individuals on submitted applications that were approved by the relevant insurance carrier for the identified product during the relevant period. Approved members may not pay for their plan and become paying members.

16

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**ESTIMATED MEMBERSHIP**
**(Unaudited)**

| | As of December 31, | | % Change |
|---|---|---|---|
| | **2019** | **2018** | |
| **Medicare** [1] | | | |
| Medicare Advantage | 404,694 | 276,357 | 46% |
| Medicare Supplement | 93,477 | 70,426 | 33% |
| Medicare Part D | 212,478 | 139,907 | 52% |
| **Total Medicare** | 710,649 | 486,690 | 46% |
| **Individual and Family** [2] | 128,487 | 151,904 | (15)% |
| **Ancillaries** [3] | | | |
| Short-term | 27,862 | 24,192 | 15% |
| Dental | 127,083 | 138,916 | (9)% |
| Vision | 71,277 | 73,987 | (4)% |
| Other | 38,119 | 38,136 | -% |
| **Total Ancillaries** | 264,341 | 275,231 | (4)% |
| **Small Business** [4] | 42,638 | 39,101 | 9% |
| **Total Estimated Membership** | 1,146,115 | 952,926 | 20% |

_____

[1] To estimate the number of members on Medicare-related health insurance plans, we take the sum of (i) the number of members for whom we have received or applied a commission payment for a month that may be up to three months prior to the date of estimation (after reducing that number using historical experience for assumed member cancellations over the period being estimated); and (ii) the number of approved members over that period (after reducing that number using historical experience for an assumed number of members who do not accept their approved policy and for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation.

[2] To estimate the number of members on Individual and Family health insurance plans ("IFP"), we take the sum of (i) the number of IFP members for whom we have received or applied a commission payment for a month that may be up to three months prior to the date of estimation after reducing that number using historical experience for assumed member cancellations over the period being estimated; and (ii) the number of approved members over that period (after reducing that number using historical experience for an assumed number of members who do not accept their approved policy and for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation.

[3] To estimate the number of members on ancillary health insurance plans (such as short-term, dental and vision insurance), we take the sum of (i) the number of members for whom we have received or applied a commission payment for a month that may be up to three months prior to the date of estimation (after reducing that number using historical experience for assumed member cancellations over the period being estimated); and (ii) the number of approved members over that period (after reducing that number using historical experience for an assumed number of members who do not accept their approved policy and for estimated member cancellations through the date of the estimate). To the extent we determine we have received substantially all of the commission payments related to a given month during the period being estimated, we will take the number of members for whom we have received or applied a commission payment during the month of estimation. The one to three-month period varies by insurance product and is largely dependent upon the timeliness of commission payment and related reporting from the related carriers.

[4] To estimate the number of members on small business health insurance plans, we use the number of initial members at the time the group was approved, and we update this number for changes in membership if such changes are reported to us by the group or carrier. However, groups generally notify the carrier directly of policy cancellations and increases or decreases in group size without informing us. Health insurance carriers often do not communicate policy cancellation information or group size changes to us. We often are made aware of policy cancellations and group size changes at the time of annual renewal and update our membership statistics accordingly in the period they are reported.

17

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**ESTIMATED MEMBERSHIP (Continued)**
**(Unaudited)**

<u>**Estimated Membership**</u>

Estimated membership represents the estimated number of members active as of the date indicated based on the number of members for whom we have received or applied a commission payment during the month of estimation.

Health insurance carriers bill and collect insurance premiums paid by our members. The carriers do not report to us the number of members that we have as of a given date. The majority of our members who terminate their policies do so by discontinuing their premium payments to the carrier and do not inform us of the cancellation. Also, some of our members pay their premiums less frequently than monthly. Given the number of months required to observe non-payment of commissions in order to confirm cancellations, we estimate the number of members who are active on insurance policies as of a specified date.

After we have estimated membership for a period, we may receive information from health insurance carriers that would have impacted the estimate if we had received the information prior to the date of estimation. We may receive commission payments or other information that indicates that a member who was not included in our estimates for a prior period was in fact an active member at that time, or that a member who was included in our estimates was in fact not an active member of ours. For instance, we reconcile information carriers provide to us and may determine that we were not historically paid commissions owed to us, which would cause us to have underestimated membership. Conversely, carriers may require us to return commission payments paid in a prior period due to policy cancellations for members we previously estimated as being active. We do not update our estimated membership numbers reported in previous periods. Instead, we reflect updated information regarding our historical membership in the membership estimate for the current period. As a result of the delay in our receipt of information from insurance carriers, actual trends in our membership are most discernible over periods longer than from one quarter to the next. As a result of the delay we experience in receiving information about our membership, it is difficult for us to determine with any certainty the impact of current conditions on our membership retention. Healthcare reform and its impacts as well as other factors could cause the assumptions and estimates that we make in connection with estimating our membership to be inaccurate, which would cause our membership estimates to be inaccurate.

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**CONSTRAINED LIFETIME VALUE OF**
**COMMISSIONS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months Ended December 31, | | % Change | | Year ended December 31, | | % Change |
|---|---|---|---|---|---|---|---|
| | 2019 | 2018 | | | 2019 | 2018 | |
| **Medicare** | | | | | | | |
| Medicare Advantage [1] | $ 1,052 | $ 1,029 | 2% | $ | 1,013 | $ 964 | 5% |
| Medicare Supplement [1] | $ 990 | $ 1,058 | (6)% | $ | 979 | $ 1,047 | (6)% |
| Medicare Part D [1] | $ 233 | $ 235 | (1)% | $ | 238 | $ 243 | (2)% |
| **Individual and Family** | | | | | | | |
| Non-Qualified Health Plans [1] | $ 252 | $ 167 | 51% | $ | 213 | $ 151 | 41% |
| Qualified Health Plans [1] | $ 267 | $ 198 | 35% | $ | 217 | $ 141 | 54% |
| **Ancillaries** | | | | | | | |
| Short-term [1] | $ 135 | $ 52 | 160% | $ | 101 | $ 56 | 80% |
| Dental [1] | $ 77 | $ 72 | 7% | $ | 70 | $ 77 | (9)% |
| Vision [1] | $ 63 | $ 66 | (5)% | $ | 56 | $ 55 | 2% |
| **Small Business [2]** | $ 158 | $ 165 | (4)% | $ | 159 | $ 168 | (5)% |

**Constrained Lifetime Value of Commissions Per Approved Member**

[1]    Constrained lifetime value ("LTV") of commissions per approved member represents commissions estimated to be collected over the estimated life of an approved member's policy after applying constraints in accordance with our revenue recognition policy. The estimate is driven by multiple factors, including but not limited to, contracted commission rates, carrier mix, estimated average plan duration, the regulatory environment, and cancellations of insurance plans offered by health insurance carriers with which we have a relationship. These factors may result in varying values from period to period.

[2]    For small business, the amount represents the estimated commissions we expect to collect from the plan over the following twelve months. The estimate is driven by multiple factors, including but not limited to, contracted commission rates, carrier mix, estimated average plan duration, the regulatory environment, and cancellations of insurance plans offered by health insurance carriers with which we have a relationship and applied constraints. These factors may result in varying values from period to period.

19

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**CONSTRAINTS ON LIFETIME VALUE**
**OF COMMISSIONS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months and Year ended December 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| **Medicare** | | |
| Medicare Advantage | 7% | 7% |
| Medicare Supplement | 5% | 5% |
| Medicare Part D | 5% | 5% |
| **Individual and Family** | | |
| Non-Qualified Health Plans | 15% | 15% |
| Qualified Health Plans | 20% | 20% |
| Ancillaries | 10% | 10% |
| Small Business | -% | -% |

**Constraints on Lifetime Value of Commissions Per Approved Member**

Constraints are applied to derive LTV of commissions per approved member for revenue recognition in accordance with our revenue recognition policy. The constraints are applied to help ensure that commissions estimated to be collected over the estimated life of an approved member's plan are recognized as revenue only to the extent that is it probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with future commissions receivable from the plan is subsequently resolved. We evaluate constraints on a quarterly basis for factors affecting our estimate of LTV of commissions per approved member and apply management judgment to determine the constraints based on current trends impacting our business.

20

**EHEALTH, INC.**
**SUMMARY OF SELECTED METRICS**
**EXPENSE METRICS PER APPROVED MEMBER**
**(Unaudited)**

| | Three Months Ended December 31, | | | | % Change | Year ended December 31, | | | | % Change |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2019 | | 2018 | | | 2019 | | 2018 | | |
| **Medicare variable cost per approved member** | | | | | | | | | | |
| Medicare variable marketing cost per approved Medicare Advantage ("MA")-equivalent member [1] | $ | 317 | $ | 275 | 15% | $ | 330 | $ | 297 | 11% |
| Medicare customer care and enrollment ("CC&E") cost per approved MA-equivalent member [2] | $ | 242 | $ | 226 | 7% | $ | 355 | $ | 315 | 13% |
| **Total Medicare cost per approved member** | $ | 559 | $ | 501 | 12% | $ | 685 | $ | 612 | 12% |
| | | | | | | | | | | |
| **Individual and Family Plan ("IFP") variable cost per approved member** | | | | | | | | | | |
| IFP variable marketing cost per approved IFP-equivalent member [3] | $ | 104 | $ | 77 | 35% | $ | 67 | $ | 59 | 14% |
| IFP CC&E cost per approved IFP-equivalent member [4] | $ | 80 | $ | 46 | 74% | $ | 102 | $ | 61 | 67% |
| **Total IFP cost per approved member** | $ | 184 | $ | 123 | 50% | $ | 169 | $ | 120 | 41% |

**Expense Metrics Per Approved Member**

[1]  Variable marketing cost per approved MA-equivalent member represents direct costs incurred in member acquisition for Medicare Advantage, Medicare Supplement and Medicare Part D plans from our direct marketing partners and online advertising channels divided by MA-equivalent approved members in a given period. MA-equivalent members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

[2]  Medicare CC&E cost per approved MA-equivalent member is equal to the CC&E expense of our Medicare business included in our operating costs divided by MA-equivalent approved members in a given period. MA-equivalent approved members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

[3]  Variable marketing cost per approved IFP-equivalent member represents direct costs incurred in member acquisition for IFP plans from our direct, marketing partners and online advertising channels divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

[4]  IFP CC&E cost per approved IFP-equivalent member is equal to the CC&E expense of our IFP business included in our operating costs divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

21

**EHEALTH, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(In thousands, except per share amounts, unaudited)**

| | Three Months Ended December 31, | | | | Year ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | 2019 | | 2018 | |
| | Amount | % of Revenue | Amount | % of Revenue | Amount | % of Revenue | Amount | % of Revenue |
| GAAP marketing and advertising expense | $ 77,392 | 26% | $ 37,184 | 28% | $150,249 | 30% | $ 82,939 | 33% |
| Stock-based compensation expense [1] | (2,018) | (1)% | (496) | -% | (4,230) | (1)% | (1,974) | (1)% |
| Non-GAAP marketing and advertising expense | $ 75,374 | 25% | $ 36,688 | 27% | $146,019 | 29% | $ 80,965 | 32% |
| | | | | | | | | |
| GAAP customer care and enrollment expense | $ 52,737 | 17% | $ 26,818 | 20% | $134,304 | 27% | $ 70,547 | 28% |
| Stock-based compensation expense [1] | (524) | -% | (251) | -% | (1,451) | -% | (816) | -% |
| Non-GAAP customer care and enrollment expense | $ 52,213 | 17% | $ 26,567 | 20% | $132,853 | 26% | $ 69,731 | 28% |
| | | | | | | | | |
| GAAP technology and content expense | $ 15,598 | 5% | $ 8,600 | 6% | $ 47,085 | 9% | $ 31,970 | 13% |
| Stock-based compensation expense [1] | (1,665) | (1)% | (560) | -% | (3,611) | (1)% | (1,675) | (1)% |
| Non-GAAP technology and content expense | $ 13,933 | 5% | $ 8,040 | 6% | $ 43,474 | 9% | $ 30,295 | 12% |
| | | | | | | | | |
| GAAP general and administrative expense | $ 21,402 | 7% | $ 13,367 | 10% | $ 64,150 | 13% | $ 45,828 | 18% |
| Stock-based compensation expense [1] | (4,946) | (2)% | (1,757) | (1)% | (13,278) | (3)% | (7,824) | (3)% |
| Non-GAAP general and administrative expense | $ 16,456 | 5% | $ 11,610 | 9% | $ 50,872 | 10% | $ 38,004 | 15% |
| | | | | | | | | |
| GAAP income from operations | $123,144 | 41% | $ 41,646 | 31% | $ 81,409 | 16% | $ 2,551 | 1% |
| Stock-based compensation expense [1] | 9,153 | 3% | 3,064 | 2% | 22,570 | 4% | 12,289 | 5% |
| Change in fair value of earnout liability [2] | 8,973 | 3% | 6,000 | 4% | 24,079 | 5% | 12,300 | 5% |
| Amortization of intangible assets [3] | 546 | -% | 547 | -% | 2,187 | -% | 2,091 | 1% |
| Restructuring charges [4] | - | -% | - | -% | - | -% | 1,865 | 1% |
| Acquisition costs [5] | - | -% | - | -% | - | -% | 76 | -% |
| Non-GAAP income from operations | $141,816 | 47% | $ 51,257 | 38% | $130,245 | 26% | $ 31,172 | 12% |
| | | | | | | | | |
| GAAP net income | $ 88,824 | 29% | $ 26,071 | 19% | $ 66,887 | 13% | $ 241 | -% |
| Stock-based compensation expense [1] | 9,153 | 3% | 3,064 | 2% | 22,570 | 4% | 12,289 | 5% |
| Change in fair value of earnout liability [2] | 8,973 | 3% | 6,000 | 4% | 24,079 | 5% | 12,300 | 5% |
| Amortization of intangible assets [3] | 546 | -% | 547 | -% | 2,187 | -% | 2,091 | 1% |
| Restructuring charges [4] | - | -% | - | -% | - | -% | 1,865 | 1% |
| Acquisition costs [5] | - | -% | - | -% | - | -% | 76 | -% |
| Tax effect of non-GAAP adjustments [6] | (4,965) | (2)% | (23) | -% | (13,747) | (3)% | (6,220) | (2)% |
| Non-GAAP net income | $102,531 | 34% | $ 35,659 | 26% | $101,976 | 20% | $ 22,642 | 9% |

**Explanation of Adjustments**

[1] Non-GAAP income from operations, non-GAAP net income, and non-GAAP expenses exclude the effect of expensing stock-based compensation related to stock options and restricted stock units.

[2] Non-GAAP income from operations and non-GAAP net income exclude the change in fair value of earnout liability related to the acquisition of GoMedigap, which was completed in January 2018.

[3] Non-GAAP income from operations and non-GAAP net income exclude amortization of intangible assets.

[4] Non-GAAP income from operations and non-GAAP net income exclude restructuring charges.

[3] Non-GAAP income from operations and non-GAAP net income exclude costs related to the acquisition of GoMedigap, which was completed in January 2018.

[6] Non-GAAP net income exclude the tax effect of non-GAAP adjustments.

**EHEALTH, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**(In thousands, except per share amounts, unaudited)**

| | Three Months Ended December 31, | | Year ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| GAAP net income | $ 88,824 | $ 26,071 | $ 66,887 | $ 241 |
| Stock-based compensation expense [1] | 9,153 | 3,064 | 22,570 | 12,289 |
| Change in fair value of earnout liability [2] | 8,973 | 6,000 | 24,079 | 12,300 |
| Amortization of intangible assets [3] | 546 | 547 | 2,187 | 2,091 |
| Restructuring charges [4] | - | - | - | 1,865 |
| Acquisition costs [5] | - | - | - | 76 |
| Tax effect of non-GAAP adjustments [6] | (4,965) | (23) | (13,747) | (6,220) |
| Non-GAAP net income | $ 102,531 | $ 35,659 | $ 101,976 | $ 22,642 |
| | | | | |
| GAAP net income per diluted share | $ 3.58 | $ 1.25 | $ 2.73 | $ 0.01 |
| Stock-based compensation expense [1] | 0.37 | 0.15 | 0.92 | 0.60 |
| Change in fair value of earnout liability [2] | 0.36 | 0.29 | 0.98 | 0.60 |
| Amortization of intangible assets [3] | 0.02 | 0.03 | 0.09 | 0.10 |
| Restructuring charges [4] | - | - | - | 0.09 |
| Acquisition costs [5] | - | - | - | - |
| Tax effect of non-GAAP adjustments [6] | (0.20) | - | (0.56) | (0.29) |
| Non-GAAP net income per diluted share | $ 4.13 | $ 1.72 | $ 4.16 | $ 1.11 |
| | | | | |
| GAAP net income | $ 88,824 | $ 26,071 | $ 66,887 | $ 241 |
| Stock-based compensation expense [1] | 9,153 | 3,064 | 22,570 | 12,289 |
| Change in fair value of earnout liability [2] | 8,973 | 6,000 | 24,079 | 12,300 |
| Depreciation and amortization [7] | 830 | 609 | 2,983 | 2,479 |
| Amortization of intangible assets [3] | 546 | 547 | 2,187 | 2,091 |
| Restructuring charges [4] | - | - | - | 1,865 |
| Acquisition costs [5] | - | - | - | 76 |
| Other income, net [8] | (266) | 21 | (2,090) | (755) |
| Provision for income taxes [9] | 34,586 | 15,554 | 16,612 | 3,065 |
| Adjusted EBITDA | $ 142,646 | $ 51,866 | $ 133,228 | $ 33,651 |

**Explanation of Adjustments**

[1] Non-GAAP net income, non-GAAP net income per diluted share and adjusted EBITDA exclude the effect of expensing stock-based compensation related to stock options and restricted stock units.

[2] Non-GAAP net income, non-GAAP net income per diluted share and adjusted EBITDA exclude the change in fair value of earnout liability related to the acquisition of GoMedigap, which was completed in January 2018.

[3] Non-GAAP net income, non-GAAP net income per diluted share and adjusted EBITDA exclude amortization of intangible assets.

[4] Non-GAAP net income, non-GAAP net income per diluted share and adjusted EBITDA exclude restructuring charges.

[5] Non-GAAP net income, non-GAAP net income per diluted share and Adjusted EBITDA exclude costs related to the acquisition of GoMedigap, which was completed in January 2018.

[6] Non-GAAP net income and non-GAAP net income per diluted share exclude the tax effect of non-GAAP adjustments.

[7] Adjusted EBITDA excludes depreciation and amortization.

[8] Adjusted EBITDA excludes other income, net.

[9] Adjusted EBITDA excludes provision for income taxes.

23

**EHEALTH, INC.**
**RECONCILIATION OF GAAP TO NON-GAAP FINANCIAL MEASURES**
**ADJUSTED EBITDA EXCLUDING CHANGES IN ESTIMATES**
**(In thousands, except per share amounts, unaudited)**

| | Three Months Ended December 31, | | Year ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | 2019 | 2018 |
| GAAP net income | $ 88,824 | $ 26,071 | $ 66,887 | $ 241 |
| Change in estimate | (42,308) | - | (42,308) | - |
| Stock-based compensation expense [1] | 9,153 | 3,064 | 22,570 | 12,289 |
| Change in fair value of earnout liability [2] | 8,973 | 6,000 | 24,079 | 12,300 |
| Depreciation and amortization [3] | 830 | 609 | 2,983 | 2,479 |
| Amortization of intangible assets [4] | 546 | 547 | 2,187 | 2,091 |
| Restructuring charges [5] | - | - | - | 1,865 |
| Acquisition costs [6] | - | - | - | 76 |
| Other income, net [7] | (266) | 21 | (2,090) | (755) |
| Provision for income taxes [8] | 34,586 | 15,554 | 16,612 | 3,065 |
| Adjusted EBITDA excluding changes in estimates | $ 100,338 | $ 51,866 | $ 90,920 | $ 33,651 |

**Explanation of Adjustments**

[1] Adjusted EBITDA exclude the effect of expensing stock-based compensation related to stock options and restricted stock units.

[2] Adjusted EBITDA exclude the change in fair value of earnout liability related to the acquisition of GoMedigap, which was completed in January 2018.

[3] Adjusted EBITDA excludes depreciation and amortization.

[4] Adjusted EBITDA exclude amortization of intangible assets.

[5] Adjusted EBITDA exclude restructuring charges.

[6] Adjusted EBITDA exclude costs related to the acquisition of GoMedigap, which was completed in January 2018.

[7] Adjusted EBITDA excludes other income, net.

[8] Adjusted EBITDA excludes provision for income taxes.

**EHEALTH, INC.**
**RECONCILIATION OF NON-GAAP FINANCIAL MEASURES TO GUIDANCE**
**(In millions, except per share amounts, unaudited)**

| | Year Ending December 31, 2020 | | | |
| --- | --- | --- | --- | --- |
| | | Low | | High |
| GAAP net income | $ | 68.0 | $ | 83.0 |
| Stock-based compensation expense | | 28.0 | | 26.0 |
| Amortization of intangible assets | | 1.5 | | 1.5 |
| Tax effect of non-GAAP adjustments | | (5.9) | | (5.5) |
| Non-GAAP net income [1] | $ | 91.6 | $ | 105.0 |
| | | | | |
| GAAP net income per diluted share | $ | 2.64 | $ | 3.23 |
| Stock-based compensation expense | | 1.09 | | 1.01 |
| Amortization of intangible assets | | 0.06 | | 0.06 |
| Tax effect of non-GAAP adjustments | | (0.23) | | (0.21) |
| Non-GAAP net income per diluted share [2] | $ | 3.56 | $ | 4.09 |
| | | | | |
| GAAP net income | $ | 68.0 | $ | 83.0 |
| Stock-based compensation expense | | 28.0 | | 26.0 |
| Depreciation and amortization | | 5.0 | | 4.0 |
| Amortization of intangible assets | | 1.5 | | 1.5 |
| Other income, net | | - | | (1.0) |
| Provision for income taxes | | 17.5 | | 21.5 |
| Adjusted EBITDA [3] | $ | 120.0 | $ | 135.0 |

**Explanation of Adjustments**

[1]  Non-GAAP net income is calculated by adding stock-based compensation, amortization of intangible assets, and the income tax effect of non-GAAP adjustments to GAAP net income.

[2]  Non-GAAP net income per diluted share is calculated by adding stock-based compensation expense per diluted share, amortization of intangible assets per diluted share, and the income tax effect of non-GAAP adjustments to GAAP net income per diluted share.

[3]  Adjusted EBITDA is calculated by adding stock-based compensation, depreciation and amortization expense, amortization of intangible assets, other income, net and provision for income taxes to GAAP net income.

25

# EXHIBIT 6

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended September 30, 2019

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from to

**001-33071**

(Commission File Number)

_____

# EHEALTH, INC.

(Exact name of registrant as specified in its charter)
_____

| | |
|---|---|
| **Delaware** | **56-2357876** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S Employer Identification No) |

**2625 AUGUSTINE DRIVE, SECOND FLOOR**
**SANTA CLARA, CALIFORNIA, 95054**

(Address of principal executive offices)

**(650) 584-2700**

(Registrant's telephone number, including area code)
_____

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | EHTH | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulations S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth Company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether registrant is a shell company (as defined in Rule 12b-2) of the Exchange Act). Yes ☐ No ☒

The number of shares of the registrant's common stock, par value $0.001 per share, outstanding as of October 31, 2019 was 23,098,198 shares.

**EHEALTH, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
(in thousands, except per share amounts, unaudited)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2019 | 2018 | 2019 | 2018 |
|---|---|---|---|---|
| Revenue: | | | | |
| Commission | $ 59,762 | $ 33,613 | $ 184,595 | $ 104,966 |
| Other | 10,151 | 7,138 | 19,858 | 11,512 |
| Total revenue | 69,913 | 40,751 | 204,453 | 116,478 |
| Operating costs and expenses: | | | | |
| Cost of revenue | 410 | 170 | 782 | 473 |
| Marketing and advertising | 25,812 | 16,148 | 72,857 | 45,756 |
| Customer care and enrollment | 40,144 | 17,272 | 81,567 | 43,730 |
| Technology and content | 12,033 | 7,740 | 31,487 | 23,368 |
| General and administrative | 16,608 | 10,528 | 42,748 | 32,459 |
| Acquisition costs | - | - | - | 76 |
| Change in fair value of earnout liability | (5,400) | 3,800 | 15,106 | 6,300 |
| Restructuring charges | - | - | - | 1,865 |
| Amortization of intangible assets | 547 | 547 | 1,641 | 1,545 |
| Total operating costs and expenses | 90,154 | 56,205 | 246,188 | 155,572 |
| Loss from operations | (20,241) | (15,454) | (41,735) | (39,094) |
| Other income, net | 568 | 296 | 1,824 | 776 |
| Loss before benefit from income taxes | (19,673) | (15,158) | (39,911) | (38,318) |
| Benefit from income taxes | (8,649) | (6,186) | (17,974) | (12,487) |
| Net loss | $ (11,024) | $ (8,972) | $ (21,937) | $ (25,831) |
| Net loss per share: | | | | |
| Basic and diluted | $ (0.47) | $ (0.47) | $ (0.96) | $ (1.36) |
| Weighted-average number of shares used in per share amounts: | | | | |
| Basic and diluted | 23,493 | 19,236 | 22,840 | 19,059 |
| | | | | |
| Comprehensive loss | | | | |
| Net loss | $ (11,024) | $ (8,972) | $ (21,937) | $ (25,831) |
| Foreign currency translation adjustment, net of taxes | (34) | (66) | (30) | (72) |
| Comprehensive loss | $ (11,058) | $ (9,038) | $ (21,967) | $ (25,903) |

*The accompanying notes are an integral part of these condensed consolidated financial statements.*

4

Health insurance carriers bill and collect insurance premiums paid by our members. The carriers do not report to us the number of members that we have as of a given date. The majority of our members who terminate their plans do so by discontinuing their premium payments to the carrier and do not inform us of the cancellation. Also, some of our members pay their premiums less frequently than monthly. Given the number of months required to observe non-payment of commissions in order to confirm cancellations, we estimate the number of members who are active on insurance policies as of a specified date.

After we have estimated membership for a period, we may receive information from health insurance carriers that would have impacted the estimate if we had received the information prior to the date of estimation. We may receive commission payments or other information that indicates that a member who was not included in our estimates for a prior period was in fact an active member at that time, or that a member who was included in our estimates was in fact not an active member of ours. For instance, we reconcile information carriers provide to us and may determine that we were not historically paid commissions owed to us, which would cause us to have under estimated membership. Conversely, carriers may require us to return commission payments paid in a prior period due to policy cancellations for members we previously estimated as being active. We do not update our estimated membership numbers reported in previous periods. Instead, we reflect updated information regarding our historical membership in the membership estimate for the current period. As a result of the delay in our receipt of information from insurance carriers, actual trends in our membership are most discernible over periods longer than from one quarter to the next. As a result of the delay we experience in receiving information about our membership, it is difficult for us to determine with any certainty the impact of current conditions on our membership retention. Various circumstances could cause the assumptions and estimates that we make in connection with estimating our membership to be inaccurate, which would cause our membership estimates to be inaccurate. A member who purchases and is active on multiple standalone insurance plans will be counted as a member more than once. For example, a member who is active on both an individual and family health insurance plan and a standalone dental plan will be counted as two continuing members.

Medicare-related plan estimated membership as of September 30, 2019 grew 34% compared to estimated membership as of September 30, 2018 due to 31% growth in Medicare Advantage membership, 33% growth in Medicare Supplement membership, and 42% growth in Medicare Part D membership. Individual and family plan estimated membership as of September 30, 2019 declined 19% compared to estimated membership as of September 30, 2018 due to market conditions in the individual and family plan market and our decision to shift our marketing investments towards our Medicare business. Ancillary membership as of September 30, 2019 declined 5% compared to estimated membership as of September 30, 2018 primarily as a result of the decline in dental and short-term plan members. Small business estimated membership grew 17% when comparing September 30, 2019 to September 30, 2018 due to improved focus on key partnerships, technology enhancements and increased conversions.

**Member Acquisition**

Marketing initiatives are an important component of our strategy to increase revenue. Our marketing initiatives are focused on three primary member acquisition channels: direct, marketing partners, and online advertising. Our marketing initiatives are primarily designed to encourage consumers to complete an application for health insurance. In addition, we incur customer care and enrollment expenses in assisting applicants during the enrollment process.

39

The following table shows our variable marketing cost per approved member and the customer care and enrollment expense per approved member metrics for the three months ended September 30, 2019 and 2018:

| | Three Months Ended September 30, | | Percent Change |
|---|---|---|---|
| | 2019 | 2018 | |
| Medicare variable cost per approved member | | | |
| Medicare variable marketing cost per approved Medicare Advantage ("MA")-equivalent member [1] | $ 381 | $ 356 | 7% |
| Medicare customer care and enrollment ("CC&E") cost per approved MA-equivalent member [2] | $ 819 | $ 538 | 52% |
| Total Medicare cost per approved member | $ 1,200 | $ 894 | 34% |
| | | | |
| Individual and family plan ("IFP") variable cost per approved member | | | |
| IFP variable marketing cost per approved IFP-equivalent member [3] | $ 80 | $ 77 | 4% |
| IFP CC&E cost per approved IFP-equivalent member [4] | $ 167 | $ 97 | 72% |
| Total IFP cost per approved member | $ 247 | $ 174 | 42% |

**Expense Metrics Per Approved Member**

[1]    Variable marketing cost per approved MA-equivalent member represents direct costs incurred in member acquisition for Medicare Advantage, Medicare Supplement and Medicare Part D plans from our direct marketing partners and online advertising channels divided by MA-equivalent approved members in a given period. MA-equivalent members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

[2]    Medicare CC&E cost per approved MA-equivalent member is equal to the CC&E expense of our Medicare business included in our operating costs divided by MA-equivalent approved members in a given period. MA-equivalent approved members is a derived metric and is equal to the sum of Medicare Part D approved members divided by 4, the number of Medicare Advantage approved members and the number of Medicare Supplement approved members in the given period.

[3]    Variable marketing cost per approved IFP-equivalent member represents direct costs incurred in member acquisition for IFP plans from our direct, marketing partners and online advertising channels divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

[4]    IFP CC&E cost per approved IFP-equivalent member is equal to the CC&E expense of our IFP business included in our operating costs divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of the number of short-term approved members divided by 3 and the IFP approved members in the given period.

Variable marketing costs per approved MA-equivalent member increased 7% in the three months ended September 30, 2019 compared to the three months ended September 30, 2018 due to approved members growing slower than Medicare marketing costs. Variable CC&E costs per approved MA-equivalent member increased 52% in the three months ended September 30, 2019 compared to the three months ended September 30, 2018 due to an increase in our agent headcount in preparation for the annual enrollment period.

Variable marketing cost per approved IFP-equivalent member increased by 4% and CC&E cost per approved IFP-equivalent member increased 72% in the three months ended September 30, 2019 compared to the three months ended September 30, 2018 due to a decline in the number of approved members for short-term products. The overall variable marketing cost in the Individual, Family, and Small Business segment also increased year-over-year.

**Results of Operations**

The following table sets forth our operating results and related percentages of total revenue for the three and nine months ended September 30, 2019 and 2018 (in thousands):

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | 2019 | | 2018 | |
| **Revenue** | | | | | | | | |
| Commission | $ 59,762 | 85% | $ 33,613 | 82% | $ 184,595 | 90% | $ 104,966 | 90% |
| Other | 10,151 | 15% | 7,138 | 18% | 19,858 | 10% | 11,512 | 10% |
| Total revenue | 69,913 | 100% | 40,751 | 100% | 204,453 | 100% | 116,478 | 100% |
| **Operating costs and expenses** | | | | | | | | |
| Cost of revenue | 410 | 1% | 170 | -% | 782 | -% | 473 | -% |
| Marketing and advertising | 25,812 | 37% | 16,148 | 40% | 72,857 | 36% | 45,756 | 39% |
| Customer care and enrollment | 40,144 | 57% | 17,272 | 42% | 81,567 | 40% | 43,730 | 38% |
| Technology and content | 12,033 | 17% | 7,740 | 19% | 31,487 | 15% | 23,368 | 20% |
| General and administrative | 16,608 | 24% | 10,528 | 26% | 42,748 | 21% | 32,459 | 28% |
| Acquisition costs | - | -% | - | -% | - | -% | 76 | -% |
| Change in fair value of earnout liability | (5,400) | (8)% | 3,800 | 9% | 15,106 | 7% | 6,300 | 5% |
| Restructuring charges | - | -% | - | -% | - | -% | 1,865 | 2% |
| Amortization of intangible assets | 547 | 1% | 547 | 1% | 1,641 | 1% | 1,545 | 1% |
| Total operating costs and expenses | 90,154 | 129% | 56,205 | 138% | 246,188 | 120% | 155,572 | 134% |
| Loss from operations | (20,241) | (29)% | (15,454) | (38)% | (41,735) | (20)% | (39,094) | (34)% |
| Other income, net | 568 | 1% | 296 | 1% | 1,824 | 1% | 776 | 1% |
| Loss before benefit from income taxes | (19,673) | (28)% | (15,158) | (37)% | (39,911) | (20)% | (38,318) | (33)% |
| Benefit from income taxes | (8,649) | (12)% | (6,186) | (15)% | (17,974) | (9)% | (12,487) | (11)% |
| Net loss | $ (11,024) | (16)% | $ (8,972) | (22)% | $ (21,937) | (11)% | $ (25,831) | (22)% |

Operating costs and expenses include the following amounts of stock-based compensation expense (in thousands):

| | Three Months Ended September 30, | | | | Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2018 | | 2019 | | 2018 | |
| Marketing and advertising | $ | 872 | $ | 545 | $ | 2,212 | $ | 1,477 |
| Customer care and enrollment | | 369 | | 194 | | 927 | | 565 |
| Technology and content | | 729 | | 388 | | 1,946 | | 1,115 |
| General and administrative | | 3,540 | | 2,416 | | 8,332 | | 6,067 |
| Restructuring charges | | - | | - | | - | | 251 |
| Total stock-based compensation expense | $ | 5,510 | $ | 3,543 | $ | 13,417 | $ | 9,475 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**EHEALTH, INC.**

| Date: | November 7, 2019 | /s/ Scott N. Flanders |
|---|---|---|
| | | Scott N. Flanders |
| | | Chief Executive Officer |
| Date: | November 7, 2019 | /s/ Derek N. Yung |
| | | Derek N. Yung |
| | | Chief Financial Officer |

85

# EXHIBIT 7



**Muddy Waters Capital LLC**
info@muddywatersresearch.com
Director of Research: Carson C. Block

**These Terms of Use govern current reports published by Muddy Waters Research and supersede any prior Terms of Use for older reports of Muddy Waters Research, which you may download from the Muddy Waters Research's website.**

The reports on this website have been prepared by Muddy Waters Capital LLC ("Muddy Waters Capital"). We refer to Muddy Waters Research and Muddy Waters Capital collectively as "Muddy Waters" and individually these entities are referred to as a "Muddy Waters Entity". **You should assume that, as of the publication date of a Muddy Waters report, Muddy Waters Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Muddy Waters Related Persons clients and/or investors and/or their clients and/or investors have a short position in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore stand to realize significant gains in the event that the prices of either equity or debt securities of a Covered Issuer decline or appreciate.** Muddy Waters Research, Muddy Waters Capital and/or the Muddy Waters Related Persons intend to continue transacting in the securities of Covered Issuers for an indefinite period after an initial report on a Covered Person, and such person may be long, short, or neutral at any time hereafter regardless of their initial position and views as stated in the research report published by Muddy Waters Research or Muddy Waters Capital. Neither Muddy Waters Research nor Muddy Waters Capital will update any report or information on its website to reflect changes in positions that may be held by a Muddy Waters Related Person. Each report specifies the publisher and owner of that report. All reports are for informational purposes only. Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.

Muddy Waters Research is an online research publication that produces due diligence-based reports on publicly traded securities, and Muddy Waters Capital LLC is an investment adviser registered with the U.S. Securities and Exchange Commission. The reports are the property of the applicable Muddy Waters Entity that published that report. This website is owned by Muddy Waters Research. The opinions, information and reports set forth herein are solely attributable to the applicable Muddy Waters Entity and are not attributable to any Muddy Waters Related Person (defined below) (other than the applicable Muddy Waters Entity).

By downloading from, or viewing material on this website, you agree to the following Terms of Use. You agree that use of the research on this website is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Muddy Waters Research, Muddy Waters Capital and its affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Muddy Waters Related Persons") for any direct or indirect losses (including trading losses) attributable to any information on this website or in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website. You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website on your own behalf, you agree to and shall be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website as an agent for any other person, you are binding your principal to these same Terms of Use.

This is not an offer to sell or a solicitation of an offer to buy any security. Neither Muddy Waters Research nor any Muddy Waters Related Person (including Muddy Waters Capital) are offering, selling or buying any security to or from any person through this website or reports on this website. Muddy Waters Research is affiliated with Muddy Waters Capital. Muddy Waters Capital is an investment adviser with the U.S. Securities and Exchange Commission and is not registered as investment adviser in any other jurisdiction. Muddy Waters Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Muddy Waters Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Muddy Waters Capital has no such knowledge about you.

If you are in the United Kingdom, you confirm that you are accessing research and materials as or on behalf of: (a) an investment professional falling within Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (b) high net worth entity falling within Article 49 of the FPO (each a "Permitted Recipient"). In relation to the United Kingdom, the research and materials on this website are being issued only to, and are directed only at, persons who are Permitted Recipients and, without prejudice to any other restrictions or warnings set out in these Terms of Use, persons who are not Permitted Recipients must not act or rely on the information contained in any of the research or materials on this website.

The research and reports presented on this website express the opinion of the applicable Muddy Waters Entity only. Reports are based on generally available information, field research, inferences and deductions through the applicable Muddy Waters Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable Muddy Waters Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied. With respect to their respective research reports, Muddy Waters Research and Muddy Waters Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any report on this site contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and neither Muddy Waters Research nor Muddy Waters Capital undertakes to update or supplement any reports or any of the information, analysis and opinion contained in them.

In no event shall Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information on this website. This limitation of liability applies regardless of any negligence or gross negligence of Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons. You accept all risks in relying on the information on this website.

You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: http://www.muddywatersresearch.com/research/. If you have obtained research published by Muddy Waters Research or Muddy Waters Capital in any manner other than by download from that link, you may not read such research without going to that link and agreeing to the Terms of Use. You further agree that any dispute between you and Muddy Waters Research and its affiliates arising from or related to this report and / or the Muddy Waters Research website or viewing the material hereon shall be governed by the laws of the State of California, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in San Francisco, California and waive your right to any other jurisdiction or applicable law, given that Muddy Waters Research and its affiliates are based in San Francisco, California. The failure of Muddy Waters Research or Muddy Waters Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Muddy Waters Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this website or the material on this website must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.

| | |
|---|---|
| **Report Date**: April 8, 2020 | **Stock Price:** $116.90 |
| **Company**:<br>eHealth Inc. | **Market Cap:** $3.0 billion |
| **Ticker:**<br>EHTH US | **Float**: 94.4% |
| | **Average Daily Volume (30-day)**:<br>$96.4 million |
| **Industry**: Insurance | |

**Summary:**

- EHTH's highly aggressive accounting masks what we believe is a significantly unprofitable business. Based on variable costs alone, we estimate that EHTH will lose approximately -$135 from each MA member it enrolled in 2019. If also including fixed costs, our per MA member loss estimate becomes -$402.

- We adjust 2019 revenue down by $128 million or 25%. We adjust 2019 operating profit down by $263 million due to subjective and misapplied mark-to-model accounting, yielding an operating loss of -$181 million.

- EHTH's persistence assumptions in its LTV model seem highly aggressive when compared to reality. After ASC 606 went into effect, member churn immediately skyrocketed. We conclude that EHTH is pursuing low quality, lossmaking growth while its LTVs are based on lower churn, pre-growth cohorts.

- We conclude that the key driver of growth since 2018 has been EHTH's reliance on Direct Response television advertising, which attracts an unprofitable, high churn enrollee.

- To generate this unprofitable growth, EHTH has been incinerating cash, which we expect it to continue to do until this value destruction slows down or stops.

- EHTH management is, in our view, running a massive stock promotion. In addition to using aggressive modeling assumptions, they misleadingly downplay the need for ongoing service and retention. This is the crux of how they justify booking multiple years of revenue at one time. Management also manipulates its presentation of churn to be misleadingly low. EHTH appears to be booking multi-year "tail" revenue at the end of each cohort's estimated life, which is extremely aggressive in light of the significantly elevated churn. While publicly comparing EHTH to Expedia and Zillow, insiders have sold $34.9 million of shares since the beginning of 2019.

**2014 – The Year that Birthed EHTH's Stock Promotion**

There are three years that explain the problems with EHTH – 2014, 2016, and 2018. The foundation for the promotion was laid in 2014 when FASB codified ASC 606, announcing that it would be effective by January 1, 2018.[1] ASC 606, which was intended to rationalize revenue recognition for software companies, would have a perverse impact on how EHTH reports and operates. We think it reasonable to assume EHTH's new leaders, Messrs. Flanders and Francis, knew of the impending standard when they took over in mid-2016. The promotion took off in 2018, which is when we perceive the company began pursuing higher churn and unprofitable enrollees in order to exploit ASC 606. The goal seems to have been to give the impression that EHTH was growing in a way that made it the "Expedia" or "Zillow" of health insurance.[2]

The new management's first full year was 2017. This was a year in which growth in MA Approved Applications was barely-existent, but member churn was quite low. We understand that with its low churn, 2017 combined with 2016 to determine the member life assumptions in EHTH's 2018 LTV revenue model. In 2017, EHTH began testing DR television advertising in-house.

Video killed the radio star. We believe it also killed the three-year life of EHTH's MA enrollees. In 2018, EHTH underwent a selling explosion, growing available call center capacity by 129%,[3] and focusing on its television advertising.[4] Despite management's talk of EHTH's online marketing, we believe the outsize growth of EHTH's MA business is dependent on "direct response" advertising, such as mailers and ambulance chaser quality TV commercials. Although EHTH's DR advertising has helped lower the acquisition cost per enrollee, DR advertising draws in less sticky members, who we believe are on the whole quite unprofitable.

In contrast to 2017's miniscule growth in MA Accepted Applications of only 1.2%, 2018 and 2019 saw respective growth rates of 25.8% and 88.3%. We calculate that the MA churn rate shot up from 36.9% in 2017 to 45.6% 2018 and then 47.0% in 2019.[5]  It is obvious that 2018 and 2019 MA enrollee profiles are not comparable to that of 2017.

Interestingly, EHTH recently changed its MA LTV model so that it heavily weights the prior three years in determining the life assumption, ensuring that 2017 remains relevant for another year.[6]

*Table 1: eHealth Medicare Advantage Churn*

---

[1] ASC 606 technically went into effect for fiscal years beginning on or after December 15, 2017. See https://www.fasb.org/jsp/FASB/FASBContent_C/CompletedProjectPage&cid=1175805486538
[2] https://youtu.be/UBSZLOgVH8w

[3] 425 agents to 975 agents for AEP, EHTH Q2 2018 Earnings Call.
[4] EHTH Q1 2018 Earnings Call.
[5] The implied churn rate in 2016 was 40.1%.
[6] EHTH Q4 2019 Earnings Call.

**eHealth Medicare Advantage Churn**

| | FY16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning | 144,207 | 191,904 | 174,561 | 185,819 | 195,970 | 191,904 | 236,857 | 218,685 | 226,048 | 235,269 | 236,857 | 276,357 | 280,763 | 291,171 | 309,180 | 276,357 |
| Approved Applications | 116,681 | 21,465 | 21,893 | 19,572 | 55,125 | 118,055 | 24,620 | 20,818 | 19,664 | 83,376 | 148,478 | 40,741 | 36,576 | 35,171 | 167,073 | 279,561 |
| Implied Churn | (68,984) | (38,808) | (10,635) | (9,421) | (14,238) | (73,102) | (42,792) | (13,455) | (10,443) | (42,288) | (108,978) | (36,335) | (26,168) | (17,162) | (71,559) | (151,224) |
| Ending | 191,904 | 174,561 | 185,819 | 195,970 | 236,857 | 236,857 | 218,685 | 226,048 | 235,269 | 276,357 | 276,357 | 280,763 | 291,171 | 309,180 | 404,694 | 404,694 |
| **Churn % (TTM)** | **44.1%** | **43.1%** | **43.5%** | **36.4%** | **36.9%** | **36.9%** | **36.8%** | **36.4%** | **35.3%** | **45.6%** | **45.6%** | **40.3%** | **42.5%** | **42.1%** | **47.0%** | **47.0%** |

## Aggressive LTV Life Assumptions

The Company estimates member persistence in order to calculate its health insurance plan LTVs. Among these estimates are:[7]

- Three years for MA plans
- Five years for Medicare Part D prescription drug plans
- Five years for Medicare Supplement plans

We believe that EHTH uses an overly optimistic MA member persistence assumption, which has a material impact on profitability (or lack thereof) of an enrollee. EHTH also discloses that it only breaks even on each MA member after the second year.[8] On the back of aggressive DR advertising, the churn percentages for MA enrollees skyrocketed from 2017 to 2018 and 2019. It is therefore clear that EHTH has been bringing in significantly less sticky MA members since 2017, yet its persistence assumption seems to be based – at least in part – on that lower churn enrollee profile. Moreover, as we show below, EHTH's presentation to investors of its implied churn is manipulated lower by using a small numerator and a large denominator. We question whether that manipulated methodology factors into the assumptions used in the LTV model. This practice of estimating lifetimes means that EHTH books three years of future sales for an MA application even though it should expect to lose 47% of its members over the first year post-sale. EHTH then expects that commissions from customers who stay for more than three years are at least equal to the sales it booked for the customers who lasted less than the three-year MA life. We believe the company has used its small group of longer-lived customers to justify a three-year life to begin with, as first-year retention at the company is so poor.

However, at the end of the three-year life, EHTH appears to book sales again to further capture "tail" revenue associated with these customers for whom it already has booked a commission. We believe the combination of using a three-year life and then booking additional commission revenue for tail customers overstates expected future cash collections from EHTH's members and flies in the face of the marked increase in MA churn rates.

EHTH recognizes the commissions to be received over the entirety of its customers' lives upfront as revenue. It does so by computing customer lifetime values, which are supposed to represent the lifetime commissions to be received for the average customer approved for a specific category of health plan. EHTH then "constrains" the LTVs primarily by reducing them by a percentage that matches EHTH's estimate for the approved applications that will not

---

[7] EHTH 2019 10-K, p. 66
[8] November 2019 presentation, p. 33.

convert into paying customers.[9]  The constraint on the MA LTV is 7%.  EHTH then multiplies the constrained LTVs by the approved applications to report revenue.

The LTVs are highly sensitive to even small changes in the persistence assumption.  Based on the 47.0% implied churn in 2019 MA members, the implied life is 2.1 years.  To be conservative and company-favorable, we use a 2.34-year remaining life, which is the average of the 2017 through 2019 MA cohorts' implied lives, rather than EHTH's 3.0 years.  In our model, this adjustment drops the 2019 MA LTV by 28.1% or $285.

To calculate the implied churn rates for each quarter, we use the following formula:

$$\frac{Initial\ Estimated\ Members\ -\ Final\ Estimated\ Members}{Past\ Four\ Quarters \quad Average\ Estimated\ Members}$$

Over the past two years, MA implied churn has steadily worsened to 47%, which implies a life of only 2.1 years.

*Table 2: eHealth Medicare Advantage Churn*

| eHealth Medicare Advantage Churn | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | FY19 |
| Beginning | 144,207 | 191,904 | 174,561 | 185,819 | 195,970 | 191,904 | 236,857 | 218,685 | 226,048 | 235,269 | 236,857 | 276,357 | 280,763 | 291,171 | 309,180 | 276,357 |
| Approved Applications | 116,681 | 21,465 | 21,893 | 19,572 | 55,125 | 118,055 | 24,620 | 20,818 | 19,664 | 83,376 | 148,478 | 40,741 | 36,576 | 35,171 | 167,073 | 279,561 |
| Implied Churn | (68,984) | (38,808) | (10,635) | (9,421) | (14,238) | (73,102) | (42,792) | (13,455) | (10,443) | (42,288) | (108,978) | (36,335) | (26,168) | (17,162) | (71,559) | (151,224) |
| Ending | 191,904 | 174,561 | 185,819 | 195,970 | 236,857 | 236,857 | 218,685 | 226,048 | 235,269 | 276,357 | 276,357 | 280,763 | 291,171 | 309,180 | 404,694 | 404,694 |
| **Churn % (TTM)** | **44.1%** | **43.1%** | **43.5%** | **36.4%** | **36.9%** | **36.9%** | **36.8%** | **36.4%** | **35.3%** | **45.6%** | **45.6%** | **40.3%** | **42.5%** | **42.1%** | **47.0%** | **47.0%** |



eHealth Medicare Advantage Churn

ASC 606 Adoption

---

[9] EHTH 2019 10-K, p. 73

EHTH's persistence assumptions for Medicare Supplement and Medicare Part D also look highly aggressive relative to churn from the 2018 and 2019 cohorts.  For Medicare Supplement, EHTH churn implies a life of 4.3 years.

*Table 3: eHealth Medicare Supplement Churn*

| | FY16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | eHealth Medicare Supplement Churn | | | | | | | | | | |
| Beginning | - | 23,356 | 24,654 | 26,533 | 29,111 | 23,356 | 33,635 | 58,507 | 61,316 | 64,632 | 33,635 | 70,426 | 76,875 | 80,779 | 85,821 | 70,426 |
| Approved Applications | - | 4,199 | 3,179 | 3,550 | 5,064 | 15,992 | 5,416 | 5,267 | 6,985 | 12,169 | 29,837 | 8,631 | 8,769 | 9,110 | 16,178 | 42,688 |
| Implied Churn | - | (2,901) | (1,300) | (972) | (540) | (5,713) | n/a* | (2,458) | (3,669) | (6,375) | (12,502) | (2,182) | (4,865) | (4,068) | (8,522) | (19,637) |
| Ending | - | 24,654 | 26,533 | 29,111 | 33,635 | 33,635 | 58,507 | 61,316 | 64,632 | 70,426 | 70,426 | 76,875 | 80,779 | 85,821 | 93,477 | 93,477 |
| Churn % (TTM) | | 0.0% | 0.0% | 0.0% | 20.1% | 20.1% | n/a | n/a | n/a | n/a | N/A | 21.5% | 23.4% | 22.3% | 23.3% | 23.3% |

*\* Not comparable due to GoMedigap acquisition in January 2018*

For Medicare Part D, EHTH churn indicates a life of 4.1 years.

*Table 4: eHealth Medicare Part D Churn*

| | FY16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | FY17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | FY18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | eHealth Medicare Part D Churn | | | | | | | | | | |
| Beginning | - | 89,597 | 85,650 | 88,021 | 89,424 | 89,597 | 114,362 | 104,595 | 106,573 | 109,987 | 114,362 | 139,907 | 146,239 | 149,312 | 156,067 | 139,907 |
| Approved Applications | - | 5,132 | 4,163 | 3,265 | 29,058 | 41,618 | 4,302 | 3,417 | 3,511 | 50,143 | 61,373 | 8,527 | 7,224 | 6,933 | 89,993 | 112,677 |
| Implied Churn | - | (9,079) | (1,792) | (1,862) | (4,120) | (16,853) | (14,069) | (1,439) | (97) | (20,223) | (35,828) | (2,195) | (4,151) | (178) | (33,582) | (40,106) |
| Ending | - | 85,650 | 88,021 | 89,424 | 114,362 | 114,362 | 104,595 | 106,573 | 109,987 | 139,907 | 139,907 | 146,239 | 149,312 | 156,067 | 212,478 | 212,478 |
| Churn % (TTM) | | 0.0% | 0.0% | 0.0% | 17.9% | 17.9% | 22.0% | 20.7% | 18.1% | 31.1% | 31.1% | 19.1% | 19.6% | 18.1% | 24.2% | 24.2% |

We believe EHTH has taken advantage of its reliance on two statistical models, one for new members and one for aged members.  As a result, we believe that the company significantly overstates the remaining customer life on its books in order to arrive at its $589 million commissions receivable balance.

$$Remaining\ Life = Total\ Life - Existing\ Customer\ Life$$

In MA, for example, we calculate that EHTH uses 3.35 years of remaining life.  This means that EHTH assumes its customers' total lives are well above 3.35 years, due to the fact that the company's book of business has already aged.  We, on the other hand, model remaining life of 2.34 years, which is the mean of the implied lives of 2017 through 2019 MA cohort members.  The net effect of this extra year of customer life on the books is that we estimate EHTH's constrained LTV for MA members is overstated by 28.2%.

*Table 5: Remaining Customer Life Estimate*

| **Remaining Customer Life** | | |
|---|---|---|
| *(years)* | **eHealth** | **Muddy Waters Estimate** |
| Medicare Advantage | 3.35 | 2.34 |
| Medicare Supplement | 5.00 | 4.64 |
| Medicare Part D | 5.00 | 4.32 |

*Apparently Sally Struthers Was Unavailable*

We believe the backbone of EHTH's growth in MA Accepted Applications in 2018 and 2019 was a high-churn demographic that responds to DR advertising. Our research made clear that two demographics have particularly high churn in the MA space: Low income enrollees and younger than 65 members who qualify for Medicare because of disability. Low income enrollees tend to churn because once they use the $0 premium plans, they find them lacking, and are quick to respond to someone else's ad during the next Annual Enrollment Period ("AEP"). The under-65 members generally are able to switch plans every 90 days, rather than only during the AEP. As a result, they are high churn, particularly because carriers are generally not trying hard to retain them because their high utilization of healthcare often makes them unprofitable. Former EHTH executives told us the following:

"It's sort of the dredges of advertising. [EHTH] buy very cheap inventory on cable TV… that tend to just attract an older demographic and demographic that tends to be watching like 10 hours of TV a day, makes less than $25,000 a year. That's where they get their enormous, through that channel. That is the most effective scale of channel for all of Medicare Advantage because all these people are poor and to get a zero-dollar premium plan that covers everything is a really good deal and they should be on it. And, so that's where they fish, so when you do that, they way that they do, every year around annual enrollment time, there are same people wanting those TV commercials again and eHealth really has no brand loyalty. People don't remember, know they are eHealth customers, they end up becoming [another] customer. eHealth is just some commercial on TV that they see a phone number and it says, "Hey, call in for your free dental and vision." So, they call. So, those people tend to be switchers, right? Next year they are going to see the same commercial and they're going to dial again and they're going to start off the thing, "Where is my fee dental?" The way they did this year. They don't have loyalty…

…Yeah, I would say the way to answer that question [about whether customer lives are trending down], you are what you eat and that meaning whatever their marketing channels are there will give you an indication of the LTV. If 60, 70% of customers are still coming through DR TV than, yeah, you can look at that three years. That's probably accurate. That's what it was a few years ago… I think if anything, it might be getting worse when I left there was four, five hundred agents. I think two years later they had like fifteen and sixteen hundred agents and they have to feed a lot more people. And, the only way to feed them is through more TV. So, if anything I'd say maybe they're certainly not improving [the persistence] in my book. They might be hurting it even more because of the need to keep those call center agents busy."[10]

"And then whenever you had DR TV and things like that you could drive that mix up like fifty percent of under sixty-five which is not good, desirable mix that the carriers wanted. They usually wanted something under thirty percent or something like that… We started TV probably the last couple of years I was there."[11]

---

[10] EHTH Former Executive B.
[11] EHTH Former Executive A.

An advertising measurement company estimates that EHTH has spent approximately $15 million across two TV ad campaigns that have generated in excess of one billion TV impressions.[12,13] One of the ads invokes multiple late-night TV commercial stereotypes, including a tanned pitchman who looks like a 72-year old Brad Pitt.



*Source:* https://www.ispot.tv/ad/I8u0/ehealthinsurance-services-all-in-one-medicare-coverage

*EHTH Deliberately Obscures the Increasing Churn*

We see EHTH as taking pains to pull the wool over investors' eyes with respect to recent churn rates. EHTH has published its own churn rates, which in our view materially understate the churn. EHTH manipulates these metrics by using an aggressively small numerator and a misleadingly large denominator. We question whether this manipulation of the churn rate flows into the assumptions in EHTH's LTV model.

Below is a slide from the most recent investor presentation showing lower churn metrics seven to 10 percentage points lower than we calculate. One glance shows the absurdity of EHTH's methodology (which we describe below): **The denominator used to calculate churn is actually greater than the Estimated Ending Membership in the two most recent quarters!**

---

[12] https://www.ispot.tv/ad/over/ehealthinsurance-services-this-card
[13] https://www.ispot.tv/ad/I8u0/ehealthinsurance-services-all-in-one-medicare-coverage

## Medicare Advantage Plan Member Turnover Trend Since Q4 2018

| | Q4 18 | Q1 19 | Q2 19 | Q3 19 | |
|---|---|---|---|---|---|
| Estimated Beginning Membership[1] | 235,269 | 276,357 | 280,763 | 291,171 | |
| Approved Members[2] | 83,376 | 40,741 | 36,576 | 35,171 | |
| Estimated Total New Paying Members from Approved Members[3] | 76,180 | 39,087 | 34,614 | 33,284 | |
| Less Estimated Future Quarters Paying Members from Approved Members[4] | (15,920) | (5,476) | (3,968) | (3,278) | |
| New Paying Members from Approved Members[5] | 60,260 | 33,611 | 30,646 | 30,006 | |
| Plus | | | | | |
| New Paying Members from Prior Quarters Approved Members[6] | 2,557 | 15,920 | 5,476 | 3,968 | |
| New Paying Members[7] | 62,817 | 49,531 | 36,122 | 33,974 | |
| Estimated Ending Membership[8] | 276,357 | 280,763 | 291,171 | 309,180 | ← Est. Ending |
| Medicare Advantage Plan Member Turnover[9] | 21,729 | 45,125 | 25,714 | 15,965 | |
| Trailing Twelve Month Member Turnover[10] | 95,065 | 89,357 | 102,403 | 108,533 | |
| Average Trailing Twelve Month Estimated Membership Plus New Paying Members[11] | 262,856 | 276,949 | 296,491 | 316,501 | ← Churn Denominator |
| Trailing Twelve Month Member Turnover Rate[12] | 36% | 32% | 35% | 34% | |
| Trailing Twelve Month Approved to Paid Ratio[13] | 91% | 92% | 93% | 93% | Avg = 92% |

EHTH also aggressively states the numerator.  EHTH defines churn as follows:

$$\frac{Initial\ Estimated\ Members + New\ Paying\ Members\ (Est.) - Final\ Estimated\ Members}{Average\ TTM\ Estimated\ Members + New\ Paying\ Members\ (Est.)}$$

The numerator EHTH uses to calculate churn, in our view, is aggressive.  EHTH is double-dipping by constraining the model for applicants who it estimates do not turn into paying members.  This flows into New Paying Members.  It should be noted that in this calculation, New Paying Members has an outsize effect on the numerator at 212.8% of the numerator.  Therefore, a relatively small adjustment downward in this number has a large effect on the resulting calculation.

We see this as aggressive because when EHTH calculates its revenue for reporting purposes, it constrains the LTV for applications that do not convert into paying customers.  Therefore, it is aggressive to also impose a similar constraint on the Approved Members.

EHTH uses a misleadingly large customer pool as the denominator.  The company adds New Paying Members to Estimated Members, which does not make sense, as it ignores the customers dropping out over the course of the quarter.  In fact, the EHTH customer base given by New Paying Members plus Estimated Members seemingly never exists in any given quarter.  Taking the average Estimated Member count over the period, as we did, would be an appropriately conservative methodology.  However, we think the company clings to this outsized customer total for a simple reason: when it comes to churn, EHTH needs to make the numbers.
This twisted method of calculating churn begs the question: When EHTH uses a three-year persistence assumption, is it based on this means of calculating churn?

## Costs That Make MA Members Unprofitable

Against a constrained MA LTV of $728, we apply total costs of $863 to arrive at a 2019 per member loss of -$135.  There are two sets of costs: Upfront and ongoing.  As we discuss infra, management minimizes the extent of ongoing costs because pretending there is no need to

service or act to retain existing customers is central to EHTH's improper application of ASC 606.

We estimate that EHTH has ongoing costs of service and retention of $96 per MA member per year, which includes commissions paid to partners. On a 2.34-year remaining life, that totals $226. These service costs are not only important because of their impact on the LTV, but they also show how aggressive EHTH is in applying ASC 606. We include in this figure $45 of costs ($19 per year) for ongoing commissions that EHTH is obligated to pay channel partners.

We allocate 20% of EHTH's Customer Care and Enrollment and Technology and Content expenses to retention of existing members. We allocate 10% of Marketing & Advertising expense to retention efforts. These ongoing costs come out to $51.3 million across the entire business. After these costs are allocated to each segment by its revenue contribution, they come to $96 per member for MA.

*Table 6: Retention and Service Expense Allocation*

**eHealth Ongoing Expenses**

| ($millions) | Total (2019) | Allocation to Ongoing | |
|---|---|---|---|
| Cost of Revenue | 2.7 | *0%* | 0.0 |
| Marketing and Advertising | 150.2 | *10%* | 15.0 |
| Customer Care and Enrollment | 134.3 | *20%* | 26.9 |
| Technology and Content | 47.1 | *20%* | 9.4 |
| General and Administrative | 64.2 | *0%* | 0.0 |
| Acquisition Cost | 0.0 | *0%* | 0.0 |
| Change in Fair Value of Earnout Liability | 24.1 | *0%* | 0.0 |
| Restructuring Charges | 0.0 | *0%* | 0.0 |
| Amortization of Intangibles | 2.2 | *0%* | 0.0 |
| **Total Ongoing Expenses** | | | **51.3** |

*Source: eHealth 2019 10-K, p. 75*

Upfront costs, on the other hand, are the Marketing and Advertising as well as Customer Care and Enrollment expenses not assigned to ongoing costs. They total $242.7 million, or, when allocated proportionally by revenue, $637 per MA member each year.

*Ongoing Costs = Ongoing Performance*

The crux of EHTH's application of ASC 606 is that EHTH books multiple years of commission revenue by claiming that no further performance on its part is necessary in order to collect these commissions. This ignores the reality that EHTH needs to provide ongoing service to members and conduct outreach to them in order to retain them. We therefore wholly disagree with EHTH's recognizing more than one year of commissions in each period.

EHTH pretends that ongoing service needs, which carry real costs, do not exist. According to the company's accounting, the sole performance obligation is:

> "the approval of an application from health insurance carriers, which we define as our customers."[14]

---

[14] EHTH 2019 10-K, p. 80

EHTH wants to have its cake and eat it too.  On the commission side, it recognizes commissions that it says are probable.  It fails to take service and retention into account because they are not legal obligations.  Management actively misleads investors about the need for further service:

> "The costs attached to each of the receivable balances have essentially been absorbed as we generate the revenue in any particular quarter. So as the cash comes in, there is no additional cost attached to that. And the reason that those receivables are there is because there is no meaningful service component attached to them either."
> *– Scott Flanders Q1 2018 Earnings Call*

Mr. Flanders has doubled down on that misleading statement by discussing a focus on improving retention efforts, but misleadingly dismissing it as being a de minimis cost and effort (emphasis added):[15]

> "And the opportunities for us to significantly improve retention rates in that 90-day period post-sale are both substantial and reflect a lot of near-term opportunity that we are very much focused on at the moment.  **No incremental costs associated** with that kind of opportunity and to the extent that we're successful in meaningfully changing that amount of churn, that will ultimately reflect in meaningfully higher LTVs for Medicare customers in the relatively near future.  The second piece of the retention pie that we're going after is that post-90 day, so more of a relational aspect with customers. Here again, an area that the company has historically not placed much of any focus on in terms of proving out the value proposition that we as a company have and continuing to help that customer manage their Medicare insurance purchase and to basically make sure that they are in the right plan at whatever point they are in their life or economic cycle, and to keep them as eHealth customers throughout the process rather than going elsewhere to buy another plan when things change for them. Here again, a very small investment, well under **$1 million, for us to put some of the technology and other high-value engagement tools in place** to help these folks recognize that eHealth is a valuable part of their insurance purchasing and management process and keeping them in the boat."

We view these statements as disingenuous because customers are not obligated to renew their policies.  EHTH has to fight to retain business because the industry is highly competitive, and plans change regularly.

Former EHTH executives also dispute management's notion, stating or agreeing that ongoing retention and service takes resources and costs average $50 to $100 per MA member per year. They described in practical terms EHTH's typical MA service and retention (emphasis added):

> "And, especially with Medicare enrollments season and sign up period, during Medicare open enrollment, there's often times where if you enroll somebody in October, there is a very high chance that that person could get signed up by another broker or even by the carrier. And, switch them off of your broker record. So, essentially you wouldn't get the credit for that, the person. So, that was one frequent activity, like how do we make sure

---

[15] EHTH Q2 2018 Earnings Call.

with that close rate from essentially the sale, to enrollment, to payment, is high. So, you always want to maximize that and then beyond that of course it's the retention activities after the initial enrollment or say after each year, after each quarter, whatever is appropriate, let you keep on continuing, offering essentially value add…Again, it's not a huge burden art but it's essentially just to check in. So, making sure okay, you're still in the right plan or given changes to your plan or changes to the provider network in your area might actually be the switch plans or something. So, I think there's lot of efforts focused on that and even more so with the 606… "… I'm sure it does add a little bit to it [cost] because **if you're talking about retention call, you might be looking at an outbound call, maybe 15 minutes or something like that, 15 to 30 minutes** versus an enrollment call is anywhere from 30 minutes to an hour so your cost should be a little bit lower on that front."[16]

"A lot of those touch points and investments were during with a combination of reminders via email and then our call center is being able to follow up and maintain the book of members over time."[17]

An executive with a competing online broker quantified his company's annual retention expenses for members as likely between $25 and $50, and definitely less than $100.

Of our $96 allocation to ongoing costs, by adding back technology and content and revenue sharing expenses, we attribute $60 to human-led customer service and retention activities, which matches the low end of the $50 to $100 per MA member per year range cited by the former employee.  We also learned that customer service agents receive bonuses for retaining employees, which presents an additional ongoing retention cost.  We do not account for such bonuses in our retention costs figure.

We estimate that EHTH has annual commission obligations that average $45 over the lifetime of each MA member ($19 per year).  We understand that approximately 15% to 20% of all EHTH's enrollees are referred through marketing partnerships, and these marketing partnerships are overwhelmingly concentrated in the MA and Medicare Supplement categories.[18]  Of such partnerships, we understand that approximately 60% require EHTH to pay revenue share over the life of the member.[19]  We further understand that the share paid to the partner is approximately 15% to 25% of the commissions received.  Based on our conversations with former employees and industry executives, we attribute about 2% of annual EHTH operating expenses, or $8.7 million, to such costs. The MA share of such expenses works out to approximately $19 per estimated MA member in 2019, or $45 per MA member over 2.34 years.

*Table 7: eHealth Ongoing Costs From Revenue Sharing Partnerships*

---

[16] EHTH Former Executive A.
[17] EHTH Former Executive C.
[18] Partnerships were 90% concentrated in the MA and Medicare Supplement segments, per an interview with a former EHTH employee, April 2020.
[19] Assuming 17.5% of year-end 2019 members, at the midpoint, were referred through partnerships, of which 60% entered through multiyear revenue-sharing agreements, yields approximately 120,000 EHTH members for whom eHealth has an obligation to share annual commissions.

**Impact of Ongoing Partnership Revenue Share on LTV and Costs**

| | Members, YE2019 | % Via Partners | % Licensed Partners | Members Via Licensed Partners | LTV ($) | Rev Share | LTV Impact ($) | Life | Annual Unit Cost ($) |
|---|---|---|---|---|---|---|---|---|---|
| Medicare Advantage | 404,694 | 37% | 60% | 89,033 | 1,013 | 20% | 45 | 2.34 | 19 |
| Medicare Supplement | 93,477 | 37% | 60% | 20,565 | 979 | 20% | 43 | 4.64 | 9 |
| Medicare Part D | 212,478 | 3% | 60% | 4,250 | 238 | 20% | 1 | 4.32 | 0 |
| Small Business | 42,638 | 17% | 60% | 4,264 | 159 | 20% | 3 | 3.00 | 1 |

Source: eHealth 2019 10-K, eHealth Former Employee. Note: Assumes no partner contribution in Individual and Family, Short-Term, Dental, Vision, or Other.

**EHTH's Medicare Advantage Business is Actually Unprofitable**

On a unit basis, we conclude the EHTH's MA business is significantly loss-generating. Rather than reflecting "investment for growth", we believe that EHTH's greatly increasing cash burn shows how value destructive EHTH's pursuit of MA member growth at breakneck speed is.

Our adjusted 2019 MA enrollee loss on variable costs only is -$135. We first adjust for the impact of a 2.34-year remaining life, which results in a $285 decrease in LTV. We then allocate the remaining (i.e., current) operating expenses to MA by the percentage of revenue MA represents for EHTH. Then we divide that number by the number of 2019 MA Estimated Members. This yields an average current year expense of $96 per 2019 MA enrollee, which comes to $226 over a 2.34-year life. Finally, we subtract acquisition costs net of operating expenses classed as retention and service costs, which total $637 per member. The result is that EHTH loses -$135 on every MA member who submits an application.

*Table 8: eHealth MA Unit Economics*

| eHealth Medicare Advantage Unit Economics | |
|---|---|
| Stated LTV | $ 1,013 |
| Life Impact | $ (285) |
| **Adjusted LTV** | **$ 728** |
| Retention & Service Cost Impact | $ (226) |
| Acquisition Costs | $ (637) |
| **Contribution Margin** | **$ (135)** |

The unit economics of the business appear even worse after adding an additional dose of reality. When including annual fixed costs in the calculation, we estimate **the company will lose -$402** on every MA customer.

*Table 9: eHealth MA Unit Economics Inclusive of Fixed Costs*

| EHTH MA Unit Economics, Including Fixed Costs | |
|---|---|
| Contribution Margin | $ (135) |
| Fixed Costs | $ (267) |
| **Unit Profit** | **$ (402)** |

EHTH management has consistently been unable to meet its forecasts of when the company will generate positive operating cash flow. These repeated misses and the resulting cash incineration show the value destruction that is occurring through EHTH's pursuit of growth at all costs.

EHTH management has repeatedly had move the goalposts regarding when it expects to generate positive operating cash flow:

- In March 2018, Dave Francis said that he expected the Medicare business to become cash flow positive "certainly by 2019". 2019 company operating cash flow was in fact negative.

- In February 2019, CFO Derek Yung gave 2019 cash used in operations guidance of -$17 million to -$20 million. The operating cash burn turned out to be -$71.5 million.

- In February 2019, Mr. Yung also said that management was "targeting" positive OCF for 2020. Only one year later, in February 2020, Mr. Yung said that management expects 2020 cash used in operations to be -$52 million to -$55 million.

Apologists for the company might justify this inability to reach OCF breakeven as a sign of growth. Our response is that the company is prodigiously incinerating cash to grow, and member churn has skyrocketed.

## We Adjust 2019 Revenue Down by 25%

This adjustment assumes that EHTH may apply ASC 606 as it does, which is a proposition with which we wholly disagree. Regardless, we start with a lower LTV for 2019 MA enrollees of $728. Multiplying the LTV difference by 404,694 2019 MA Estimated Members yields a revenue haircut of $115 million from MA alone. Overstated receivables computed similarly across the remainder of the business bring total revenue inflation to $128 million.

*Table 10: Revenue and Profit Impact of eHealth Misstatements*

| eHealth Adjusted 2019 Operating Figures | |
|---|---|
| ($millions) | |
| Stated Revenue | 506.2 |
| Remaining Life Overstatement | (127.9) |
| **Adjusted Revenue** | **378.3** |
| | |
| Stated Operating Profit | 81.4 |
| Remaining Life Overstatement | (127.9) |
| Retention & Service Cost Impact | (135.0) |
| **Adjusted Operating Profit** | **(181.5)** |

EHTH's overstatement of future commissions booked as upfront revenue by approximately $128 million, detailed above, means that sales are exaggerated by 33.8%. Meanwhile, after stripping out the inflated commissions and adjusting for ongoing costs of approximately $135 million, the company's operating profit swings to a deep loss, reflecting a lossmaking underlying business

model.

## We View EHTH as Little More than a Stock Promotion

It is telling that when Mr. Flanders, who had no prior operational experience in healthcare, accepted the CEO job, he brought in an equity analyst as his number two, soon thereafter making him the COO.[20]  We found no information to suggest that Dave Francis has an expertise in operating call centers, marketing to consumers, or U.S. government relations.  As an equity analyst, however, he presumably knows how to "tell a story".  That story became "We're the Expedia / Zillow of health insurance", and when paired with an accounting standard that practically begs for aggressive assumptions and a growth at all costs approach, the stock has ripped on the back of fantasy revenue and earnings.  Given that EHTH is already changing its model to ensure 2017 stays relevant, we wonder how long management can keep this charade up – particularly when consistently burning cash.  Recent selling by insiders, especially Mr. Flanders (who sold 15% of his stake in January 2020 alone), makes that question all the more pressing.

**Share Sales at eHealth Since Late 2018**

| Name | Date | Shares Sold | Net Price ($) | Net Value Monetized |
|---|---|---|---|---|
| Scott Flanders | 1/24/2020 | 89,278 | 113.37 | 10,121,720 |
| Scott Flanders | 1/22/2020 | 31,722 | 100.28 | 3,181,082 |
| Robert Hurley | 12/2/2019 | 1,500 | 92.26 | 138,390 |
| Robert Hurley | 11/1/2019 | 1,500 | 69.39 | 104,085 |
| Robert Hurley | 10/1/2019 | 1,500 | 66.51 | 99,765 |
| Robert Hurley | 9/3/2019 | 1,500 | 82.84 | 124,260 |
| Michael Goldberg | 8/23/2019 | 11,104 | 97.58 | 1,083,485 |
| Michael Goldberg | 8/22/2019 | 7,013 | 102.15 | 716,360 |
| Michael Goldberg | 8/21/2019 | 4,057 | 102.21 | 414,673 |
| David Francis | 8/12/2019 | 2,000 | 109.54 | 219,071 |
| Scott Flanders | 8/7/2019 | 14,313 | 107.01 | 1,531,589 |
| Robert Hurley | 8/1/2019 | 1,500 | 103.74 | 155,610 |
| Randall Livingston | 8/1/2019 | 15,000 | 102.66 | 1,539,868 |
| Ian Kalin | 7/30/2019 | 5,500 | 84.40 | 464,200 |
| David Francis | 7/30/2019 | 1,000 | 103.00 | 103,000 |
| Timothy Hannan | 7/30/2019 | 19,785 | 89.17 | 1,764,193 |
| Scott Flanders | 7/30/2019 | 99,516 | 92.24 | 9,179,010 |
| Robert Hurley | 7/9/2019 | 6,000 | 89.95 | 539,700 |
| Robert Hurley | 7/1/2019 | 1,500 | 87.82 | 131,730 |
| Robert Hurley | 6/3/2019 | 1,500 | 70.34 | 105,510 |
| Michael Goldberg | 5/30/2019 | 8,750 | 70.00 | 612,500 |
| Scott Flanders | 5/10/2019 | 34,005 | 59.25 | 2,014,820 |
| Michael Goldberg | 5/8/2019 | 7,500 | 51.03 | 382,724 |
| Robert Hurley | 5/1/2019 | 1,500 | 60.47 | 90,705 |
| Michael Goldberg | 3/5/2019 | 2,337 | 40.24 | 94,041 |
| | | | **Total** | **34,912,091** |
| | | | **Scott Flanders** | **26,028,220** |

---

[20] See EHTH 2017 Investor and Analyst Day.

# EXHIBIT 8

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the year ended December 31, 2018

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from to

001-33071
(Commission File Number)

_____

# EHEALTH, INC.

(Exact name of registrant as specified in its charter)

_____

| **Delaware** | **56-2357876** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S Employer Identification No) |

**2625 AUGUSTINE DRIVE, SECOND FLOOR**
**SANTA CLARA, CALIFORNIA, 95054**
(Address of principal executive offices)

**(650) 584-2700**
(Registrant's telephone number, including area code)
Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.001 per share | The NASDAQ Stock Market LLC |
| | (NASDAQ Global Select Market) |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. YES ☒ NO ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. YES ☐ NO ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

1

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulations S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☒ NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth Company | ☐ | | |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

Based on the closing price of the registrant's common stock on the last business day of the registrant's most recently completed second fiscal quarter, which was June 30, 2018, the aggregate market value of its shares (based on a closing price of $22.10 per share) held by non-affiliates was $185,966,815. Shares of the registrant's common stock held by each executive officer and director and by each entity or person that owned five percent or more of the registrant's outstanding common stock were excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of shares of the registrant's common stock, par value $0.001 per share, outstanding as of February 28, 2019 was 22,545,779 shares.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's Definitive Proxy Statement for the 2019 Annual Meeting of Stockholders, which is expected to be filed within 120 days after the Company's fiscal year ended December 31, 2018, are incorporated by reference into Part III of this Annual Report on Form 10-K to the extent stated herein.

***If our ability to enroll individuals during enrollment periods is impeded, our business will be harmed.***

It is difficult for the health insurance agents we employ and our systems and processes to handle the increased volume of health insurance transactions that occur in a short period of time during the health care reform annual open enrollment period and the Medicare annual enrollment period. We contract with outsourced call centers and hire additional employees on a temporary or seasonal basis in a limited period of time to address the expected increase in the volume of health insurance transactions during the Medicare annual enrollment period. We must ensure that our employee health insurance agents and the health insurance agent employees of outsourced call centers are timely licensed, trained and certified and have the appropriate authority to sell health insurance in a number of states and for a number of different health insurance carriers. We depend upon our own employees, state departments of insurance, government exchanges and health insurance carriers for licensing, certification and appointment. If our ability to market and sell Medicare-related health insurance and individual and family health insurance is constrained during an enrollment period for any reason, such as technology failures, reduced allocation of resources, any inability to timely employ, license, train, certify and retain our employees and our contractors and their health insurance agents to sell health insurance, interruptions in the operation of our website or systems, or issues with government-run health insurance exchanges, we could acquire fewer members, suffer a reduction in our membership and our business, operating results and financial condition could be harmed.

***If investments we make in enrollment periods do not result in a significant number of approved and paying members, our business, operating results and financial condition would be harmed.***

In an attempt to attract and enroll a large number of individuals during the Medicare annual enrollment period and the health care reform open enrollment period, we may invest in areas of our business, including technology and content, customer care and enrollment, and marketing and advertising. We have in the past made investments in areas of our business in advance of enrollment periods that have not yielded the results we expected when making those investments. Any investment we make in either the Medicare annual enrollment period or the health care reform open enrollment period may not result in a significant number of approved and paying members. If it does not, our business, operating results and financial condition would be harmed.

***If we do not successfully compete with government-run health insurance exchanges, our business may be harmed.***

We compete with government-run health insurance exchanges, among others, with respect to our sale of Medicare-related and individual and family health insurance. The federal government operates a website where Medicare beneficiaries can shop for and purchase Medicare Advantage and Medicare Part D Prescription Drug plans. CMS has begun making improvements to the consumer experience on this website and proposals exist for it to continue to do so. Medicare beneficiaries can also obtain plan selection assistance from the federal government in connection with their purchase of a Medicare Advantage and Medicare Part D Prescription Drug plan. The exchanges in the individual and family health insurance market created by the Affordable Care Act may elect whether or not we are able to enroll subsidy-eligible individuals in qualified health plans through them, and determine the manner in which we may do so. The Affordable Care Act exchanges have websites where individuals and small businesses can shop for and purchase health insurance, and they also have offline customer support and enrollment capabilities. Individuals who are eligible for government subsidies in the form of premium tax credits and cost sharing reductions must apply for their subsidy and purchase qualified health plans through a government exchange to receive their subsidy. In the aggregate, government exchanges have greater resources and greater public outreach capability than we do and they or the government agencies that run them may in the future impact the process we use to enroll individuals and families in a manner that results in a reduction in our membership. In addition, individuals who utilize our platform and services to apply for subsidies and health insurance through Affordable Care Act exchanges receive marketing and communications from the exchanges after they do so. In the event our existing members purchase health insurance directly through health insurance exchanges without using us as their health insurance agent, as a result of their being eligible for a subsidy or otherwise, we will no longer receive commission payments as a result of our sale of health insurance to them. Under regulations adopted as a part of health care reform under the Affordable Care Act, government-run health insurance exchanges are required to automatically re-enroll individuals and families into a qualified health insurance plan purchased through the exchange if the individuals or families do not take affirmative action, which may contribute to a reduction in our membership. Competitive pressure from government-run health insurance exchanges has resulted, and may in the future result, in our experiencing increased marketing costs, decreased traffic to our website, a reduction in our membership and revenue and may otherwise harm our business, operating results and financial condition.

***Our operating results will be impacted by factors that impact our estimate of the constrained lifetime value of commissions per approved member.***

Effective January 1, 2018, we adopted Accounting Standards Update 2014-09, *Revenue from Contracts with Customers (ASC 606)* using the full retrospective method, which required us to revise our historical financial information to be consistent with the new standard. The adoption had a material impact on our consolidated financial statements. The most significant impact

15

of the standard was on our commission revenue. We now recognize revenue for Medicare-related, individual and family and ancillary health insurance plan approved members based upon the total expected commissions we expect to receive over the life of the underlying polices, net of a constraint. We now recognize small business health insurance plan commission revenue at the time the application for the plan is approved by the carrier and when it renews each year thereafter, equal to the estimated commissions we expect to collect over the following 12-months. The constrained lifetime value for each product line is an estimate and is based on a number of assumptions, which include, but are not limited to, estimates of the conversion rates of approved members into paying members, forecasted member churn and forecasted commission amounts we expect to receive per approved member. These assumptions are based on historical trends and incorporate management's judgment. Changes in our historical trends will result in changes to our constrained lifetime value estimates in future periods and therefore could adversely affect our revenue and financial results in those future periods. As a result, negative changes in the factors upon which we estimate constrained lifetime values, such as reduced conversion of approved members to paying members, increased member churn or a reduction in the lifetime commission amounts we expect to receive for selling the plan to a member or other changes outside our control, would harm our business, operating results and financial condition. In addition, if we ultimately receive commission payments that are less than the amount we estimated when we recognized commission revenue, we would need to write-off of the remaining commission receivable balance, which would harm our business, operating results, cash flows and financial condition.

The rate at which approved members become paying members is a significant factor in our estimation of constrained lifetime values. For example, during the first open enrollment period under the Affordable Care Act, we experienced a decline in the rate at which members approved for individual and family health insurance turned into paying members, which harmed our operating results. To the extent we experience a similar decline in the rate at which approved members turn into our paying members, our business, operating results, cash flows and financial condition would be harmed.

We receive commissions from health insurance carriers for health insurance plans sold through us. When one of these plans is canceled, or if we otherwise do not remain the agent on the policy, we no longer receive the related commission payment. Our estimate of constrained lifetime value is net of an estimated annual health insurance plan cancellation rate based on our historical experience by plan type. As a result, an increase in our annual health insurance plan cancellation rate would harm our business, operating results, cash flows and financial condition.

Commission rates are a significant factor in our estimation of constrained lifetime values. The commission rates we receive are impacted by a variety of factors, including the particular health insurance plans chosen by our members, the carriers offering those plans, our members' states of residence, the laws and regulations in those jurisdictions, the average premiums of plans purchased through us and health care reform. Our commission revenue per member has in the past decreased, and could in the future decrease, as a result of reductions in contractual commission rates, a change in the mix of carriers whose products we sell during a given period, and increased member churn, all of which are beyond our control and may occur on short notice. To the extent these and other factors cause our commission revenue per member to decline, our revenue may decline and our business, operating results cash flows and financial condition would be harmed. Given that Medicare-related and individual and family health insurance purchasing is concentrated during enrollment periods, we may experience a shift in the mix of Medicare-related and individual and family health insurance products selected by our members over a short period of time. Any reduction in our average commission revenue per member during the open enrollment period caused by such a shift or otherwise would harm our business, operating results, cash flows and financial condition.

***Our business may be harmed if we lose our relationship with health insurance carriers or our relationship with health insurance carriers is modified.***

We typically enter into contractual relationships with health insurance carriers that are non-exclusive and terminable on short notice by either party for any reason. In many cases, health insurance carriers also may amend the terms of our agreements unilaterally on short notice. Carriers may be unwilling to allow us to sell their existing or new health insurance plans, or desire to amend our agreements with them for a variety of reasons, including for competitive or regulatory reasons, dissatisfaction with the economics of the members that we place with them or because they do not want to be associated with our brand. We may also terminate our relationship with health insurance carriers. In addition, many aspects of health care reform have caused, and may in the future cause, carriers to modify their relationship with us given the substantial changes in the industry in which we operate. Carriers may choose to exclude us from their most profitable or popular plans or may determine not to distribute health insurance plans in the Medicare, individual and family and small business markets in certain geographies or altogether. They may also determine not to offer their plans on our platform given that we also offer plans of their competitors. In the event we are not successful in gaining or maintaining the ability to sell Medicare, individual and family and qualified health insurance plans, if health insurance carriers pay us no commissions or reduced commissions in connection with the sale of these plans or if health insurance carriers change our relationship with them in other ways, we could lose a substantial number of existing and potential members and commissions, which would materially harm our business, operating results and financial condition. The termination of our relationship with a health insurance carrier by us or the health insurance carrier or the amendment of or change in our

16

Table of Contents

**ITEM 6.        SELECTED CONSOLIDATED FINANCIAL DATA**

The following selected consolidated financial data should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and with our consolidated financial statements and accompanying notes included in this Annual Report on Form 10-K.

**Consolidated Statements of Operations Data**

(in thousands, except per share amounts):

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2018 | 2017 [1] | 2016 [1] | 2015 [1] | 2014 [2] |
| Revenue: | | | | | |
| Commission | $ 227,211 | $ 176,883 | $ 177,234 | $ 184,933 | $ 158,626 |
| Other | 24,184 | 13,823 | 16,090 | 18,414 | 21,051 |
| Total revenue | 251,395 | 190,706 | 193,324 | 203,347 | 179,677 |
| Operating costs and expenses: | | | | | |
| Cost of revenue | 1,228 | 582 | 862 | 1,947 | 4,494 |
| Marketing and advertising [3] | 82,939 | 65,874 | 72,213 | 75,571 | 69,732 |
| Customer care and enrollment [3] | 70,547 | 59,183 | 48,718 | 43,159 | 42,745 |
| Technology and content [3] | 31,970 | 32,889 | 32,749 | 36,351 | 40,390 |
| General and administrative [3] | 45,828 | 39,969 | 35,216 | 30,239 | 27,549 |
| Acquisition costs | 76 | 621 | - | - | - |
| Change in fair value of earnout liability | 12,300 | - | - | - | - |
| Restructuring [3] | 1,865 | - | (297) | 4,541 | - |
| Amortization of intangible assets | 2,091 | 1,040 | 1,040 | 1,153 | 1,529 |
| Total operating costs and expenses | 248,844 | 200,158 | 190,501 | 192,961 | 186,439 |
| Income (loss) from operations | 2,551 | (9,452) | 2,823 | 10,386 | (6,762) |
| Other income (expense), net | 755 | 1,182 | 1,149 | 1,285 | (98) |
| Income (loss) before provision (benefit) for income taxes | 3,306 | (8,270) | 3,972 | 11,671 | (6,860) |
| Provision (benefit) for income taxes | 3,065 | (33,696) | 3,668 | 7,707 | 9,345 |
| Net income (loss) | $ 241 | $ 25,426 | $ 304 | $ 3,964 | $ (16,205) |
| Net income (loss) per share: | | | | | |
| Basic | $ 0.01 | $ 1.37 | $ 0.02 | $ 0.22 | $ (0.88) |
| Diluted | $ 0.01 | $ 1.33 | $ 0.02 | $ 0.22 | $ (0.88) |
| Weighted average number of shares used in per share amounts: | | | | | |
| Basic | 19,294 | 18,512 | 18,272 | 18,008 | 18,367 |
| Diluted | 20,409 | 19,047 | 18,314 | 18,086 | 18,367 |

(1)    Financial data for 2017, 2016 and 2015 have been adjusted to reflect the impact of the adoption of ASC 606.
(2)    Financial data for 2014 has not been adjusted to reflect the impact of the adoption of ASC 606.
(3)    Includes stock-based compensation as follows:

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2018 | 2017 [1] | 2016 [1] | 2015 [1] | 2014 [2] |
| Marketing and advertising | $ 1,974 | $ 1,033 | $ 1,237 | $ 1,950 | $ 1,692 |
| Customer care and enrollment | 816 | 418 | 497 | 477 | 386 |
| Technology and content | 1,675 | 1,410 | 1,836 | 1,728 | 1,611 |
| General and administrative | 7,824 | 6,833 | 3,696 | 2,734 | 2,188 |
| Restructuring charge | 251 | - | - | 113 | - |
| Total | $ 12,540 | $ 9,694 | $ 7,266 | $ 7,002 | $ 5,877 |

(1)    Financial data for 2017, 2016 and 2015 have been adjusted to reflect the impact of the adoption of ASC 606.

Health insurance carriers bill and collect insurance premiums paid by our members. The carriers do not report to us the number of members that we have as of a given date. The majority of our members who terminate their policies do so by discontinuing their premium payments to the carrier and do not inform us of the cancellation. Also, some of our members pay their premiums less frequently than monthly. Given the number of months required to observe non-payment of commissions in order to confirm cancellations, we estimate the number of members who are active on insurance policies as of a specified date.

After we have estimated membership for a period, we may receive information from health insurance carriers that would have impacted the estimate if we had received the information prior to the date of estimation. We may receive commission payments or other information that indicates that a member who was not included in our estimates for a prior period was in fact an active member at that time, or that a member who was included in our estimates was in fact not an active member of ours. For instance, we reconcile information carriers provide to us and may determine that we were not historically paid commissions owed to us, which would cause us to have underestimated membership. Conversely, carriers may require us to return commission payments paid in a prior period due to policy cancellations for members we previously estimated as being active. We do not update our estimated membership numbers reported in previous periods. Instead, we reflect updated information regarding our historical membership in the membership estimate for the current period. As a result of the delay in our receipt of information from insurance carriers, actual trends in our membership are most discernible over periods longer than from one quarter to the next. As a result of the delay we experience in receiving information about our membership, it is difficult for us to determine with any certainty the impact of current conditions on our membership retention. Health care reform and its impacts as well as other factors could cause the assumptions and estimates that we make in connection with estimating our membership to be inaccurate, which would cause our membership estimates to be inaccurate.

*2018 compared to 2017*-Medicare estimated membership grew 26% as of December 31, 2018 compared to December 31, 2017 primarily due to our continued investment in Medicare-related marketing activities, call center capabilities and an improved online experience and our acquisition of GoMedigap. Individual and Family Plan estimated membership declined 32% as of December 31, 2018 compared to December 31, 2017 due to the state of the Individual and Family Plan market as a result of health care reform and our continued shift in focus on the Medicare market. Ancillary plan estimated membership declined 7% as of December 31, 2018 compared to December 31, 2017 as a result of the decline in our ability to cross-sell dental and vision plans as a result of the decline in Individual and Family Plan membership. Small Business estimated membership grew 23% as of December 31, 2018 compared to December 31, 2017 due to improved focus on technology enhancements and an increased conversion rate.

*2017 compared to 2016*-Medicare estimated membership grew 26% as of December 31, 2017 compared to December 31, 2016 primarily due to our continued investment in the Medicare market. Individual and Family Plan estimated membership declined 38% as of December 31, 2017 compared to December 31, 2016 due to the state of the Individual and Family Plan market as a result of health care reform. Ancillary plan estimated membership declined 8% as of December 31, 2017 compared to December 31, 2016 as a result of the decline in our ability to cross-sell dental and vision plans as a result of the decline in Individual and Family Plan membership. Small Business estimated membership grew 7% as of December 31, 2017 compared to December 31, 2016 due to improved focus on technology enhancements and an increased conversion rate.

**Member Acquisition**

Marketing initiatives are an important component of our strategy to increase revenue. Our marketing initiatives are focused on three primary member acquisition channels: direct, marketing partners and online advertising and are primarily designed to encourage consumers to complete an application for health insurance. In addition, we incur customer care and enrollment expenses in assisting applicants during the enrollment process.

As part of our adoption of *ASC 606 - Revenue from Contracts with Customers*, we record the lifetime value of each policy for which we earn the right to commission payments at the time of approval, net of an estimated constraint. Refer to *Note 1 - Summary of Business and Significant Accounting Policies* for further discussion. The following table shows the variable marketing cost per approved member and the customer care and enrollment expense per approved member metrics for the years ended December 31, 2018, 2017 and 2016:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2018** | **2017** | **2016** |
| **Variable marketing cost per approved member** | | | |
| Medicare variable marketing cost per approved Medicare Advantage ("MA")-equivalent member [1] | $ 297 | $ 337 | $ 372 |
| Individual and Family Plan ("IFP") variable marketing cost per approved IFP-equivalent member [2] | $ 59 | $ 50 | $ 55 |
| | | | |
| **Customer care and enrollment ("CC&E") expense per approved member** | | | |
| Medicare CC&E expense per approved MA-equivalent member [3] | $ 315 | $ 330 | $ 288 |
| IFP CC&E expense per approved IFP-equivalent member [4] | $ 61 | $ 74 | $ 32 |

[1] Variable marketing cost per approved MA-equivalent member represents direct costs incurred in member acquisition for Medicare Advantage, Medicare Supplement and Medicare Part D plans from our direct, marketing partners and online advertising channels divided by MA-equivalent approved members in a given period. MA-equivalent members is a derived metric and is equal to the sum of (i) the number of Medicare Part D approved members divided by 4, (ii) the number of Medicare Advantage approved members and (iii) the number of Medicare Supplement approved members in the given period.

[2] Variable marketing cost per approved IFP-equivalent member represents direct costs incurred in member acquisition for IFP plans from our direct, marketing partners and online advertising channels divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of (i) the number of short-term approved members divided by 3 and (ii) the IFP approved members in the given period.

[3] Medicare CC&E expense per approved MA-equivalent member is equal to the CC&E expense of our Medicare business included in our operating costs and reported in our Consolidated Statements of Comprehensive Income divided by MA-equivalent approved members in a given period. MA-equivalent approved members is a derived metric and is equal to the sum of (i) the number of Medicare Part D approved members divided by 4, (ii) the number of Medicare Advantage approved members and (iii) the number of Medicare Supplement approved members in the given period.

[4] IFP CC&E expense per approved IFP-equivalent member is equal to the CC&E expense of our IFP business included in our operating costs and reported in our consolidated statement of comprehensive income divided by IFP-equivalent approved members in a given period. IFP-equivalent approved members is a derived metric and is equal to the sum of (i) the number of short-term approved members divided by 3 and (ii) the IFP approved members in the given period.

*2018 compared to 2017*-Medicare CC&E expense per approved MA-equivalent member decreased 5% for the year ended December 31, 2018 compared to the year ended December 31, 2017 due to the scalability of a flexible agent staffing model. Variable marketing cost per approved MA-equivalent member decreased 12% for the year ended December 31, 2018 due to an increase in demand generated from direct channels, including direct mail, television, search engine optimization, and paid search advertising, while reducing the purchases of customer leads from third-party lead generation sources. Variable marketing cost per approved IFP-equivalent member increased 18% for the year ended December 31, 2018 compared to the year ended December 31, 2017 due to higher marketing spend. IFP CC&E expense per approved IFP-equivalent member decreased 18% for the year ended December 31, 2018 compared to the year ended December 31, 2017 due to cost saving efforts.

*2017 compared to 2016*-Medicare CC&E expense per approved MA-equivalent member increased 15% for the year ended December 31, 2017 compared to the year ended December 31, 2016 due to increased sales agent and training costs. Variable marketing cost per approved MA-equivalent member decreased 9% for the year ended December 31, 2017 due to our focus on marketing optimization efforts to enhance the quality of demand we generate and enhance conversions through our direct and paid search advertising channels while reducing marketing spend with certain marketing partners. Variable marketing cost per approved IFP-equivalent member decreased 9% for the year ended December 31, 2017 compared to the year ended

As part of the process of preparing our consolidated financial statements, we are required to estimate our income taxes. This process involves estimating our actual current tax expense together with assessing temporary differences that may result in deferred tax assets.

Assessing the realizability of our deferred tax assets is dependent upon several factors, including the likelihood and amount, if any, of future taxable income in relevant jurisdictions during the periods in which those temporary differences become deductible. We forecast taxable income by considering all available positive and negative evidence, including our history of operating income and losses and our financial plans and estimates that we use to manage the business. These assumptions require significant judgment about future taxable income. As a result, the amount of deferred tax assets considered realizable is subject to adjustment in future periods if estimates of future taxable income change.

On December 22, 2017, the Tax Cuts and Jobs Act of 2017, or the Jobs Act, was signed into law resulting in significant changes to the Internal Revenue Code. The Jobs Act reduces the federal corporate income tax rate from 35% to 21% effective for tax years beginning after December 31, 2017, changes U.S international taxation from a worldwide tax system to a territorial system, and implements a one-time transition tax on the mandatory deemed repatriation of cumulative foreign earnings as of December 31, 2017. During the year ended December 31, 2017, we made reasonable estimates of the effects of the Jobs Act and recorded provisional amounts. During the year ended December 31, 2018, we finalized the accounting for the enactment of the Jobs Act, without any material adjustments to our previous estimates.

Future changes in various factors, such as the amount of stock-based compensation we record during the period and the related tax benefit we realize upon the exercise of employee stock options, potential limitations on the use of our federal and state net operating loss credit carry forwards, pending or future tax law changes including rate changes and the tax benefit from or limitations on our ability to utilize research and development credits, the amount of non-deductible lobbying and acquisition-related costs, changes in our valuation allowance and state and foreign taxes, would impact our estimates, and as a result, could affect our effective tax rate and the amount of income tax expense we record, and pay, in future periods.

**Results of Operations**

The following table sets forth our operating results and related percentage of total revenues for the years ended December 31, 2018, 2017 and 2016 (dollars in thousands):

| | **Year Ended December 31,** | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | | **2017** [1] | | **2016** [1] | |
| Revenue | | | | | | |
| Commission | $ 227,211 | 90% | $ 176,883 | 93% | $ 177,234 | 92% |
| Other | 24,184 | 10% | 13,823 | 7% | 16,090 | 8% |
| Total revenue | 251,395 | 100% | 190,706 | 100% | 193,324 | 100% |
| Operating costs and expenses: | | | | | | |
| Cost of revenue | 1,228 | -% | 582 | -% | 862 | -% |
| Marketing and advertising | 82,939 | 33% | 65,874 | 35% | 72,213 | 37% |
| Customer care and enrollment | 70,547 | 28% | 59,183 | 31% | 48,718 | 25% |
| Technology and content | 31,970 | 13% | 32,889 | 17% | 32,749 | 17% |
| General and administrative | 45,828 | 18% | 39,969 | 21% | 35,216 | 18% |
| Acquisition costs | 76 | -% | 621 | -% | - | -% |
| Change in fair value of earnout liability | 12,300 | 5% | - | -% | - | -% |
| Restructuring charge (benefit) | 1,865 | 1% | - | -% | (297) | -% |
| Amortization of intangible assets | 2,091 | 1% | 1,040 | 1% | 1,040 | 1% |
| Total operating costs and expenses | 248,844 | 99% | 200,158 | 105% | 190,501 | 99% |
| Income (loss) from operations | 2,551 | 1% | (9,452) | (5)% | 2,823 | 1% |
| Other income, net | 755 | -% | 1,182 | 1% | 1,149 | 1% |
| Income (loss) before provision (benefit) for income taxes | 3,306 | 1% | (8,270) | (4)% | 3,972 | 2% |
| Provision (benefit) for income taxes | 3,065 | 1% | (33,696) | (18)% | 3,668 | 2% |
| Net income | $ 241 | -% | $ 25,426 | 13% | $ 304 | -% |

(1)    Financial data for 2017 and 2016 have been adjusted to reflect the impact of the adoption of ASC 606.

Operating costs and expenses include the following amounts of stock-based compensation expense (in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| Marketing and advertising | $ 1,974 | $ 1,033 | $ 1,237 |
| Customer care and enrollment | 816 | 418 | 497 |
| Technology and content | 1,675 | 1,410 | 1,836 |
| General and administrative | 7,824 | 6,833 | 3,696 |
| Restructuring charge | 251 | - | - |
| | $ 12,540 | $ 9,694 | $ 7,266 |

**EHEALTH, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

purchased technology, pharmacy and customer relationships, trade names, and certain trademarks, are amortized over their estimated useful lives.

Goodwill and intangible assets are considered non-financial assets and therefore, subsequent to their initial recognition are not revalued at fair value each reporting period unless an impairment charge is recognized.

We must make subjective judgments in determining the independent cash flows that can be related to specific asset groupings. In addition, we must make subjective judgments regarding the remaining useful lives of assets with finite useful lives. When we determine that the useful life of an asset is shorter than we had originally estimated, we accelerate the rate of amortization over the assets' new, remaining useful life. We evaluated the remaining useful lives of our intangible assets with finite lives and determined no material adjustments to the remaining lives were required.

*Other Long-Lived Assets-*We evaluate other long-lived assets for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. If such assets are considered to be impaired, the impairment to be recognized is measured by the amount by which the carrying amount of the asset exceeds its fair value.

*Revenue Recognition-*In May 2014, the Financial Accounting Standards Board ("FASB") issued ASU 2014-09, *Revenue from Contracts with Customers (ASC 606)*, requiring an entity to recognize revenue when it transfers promised goods or services to customers in an amount that reflects the consideration to which the entity expects to be entitled to in exchange for those goods or services. As noted above, we adopted ASC 606 using the full retrospective method and, accordingly, our historical financial statements and related disclosures have been restated herein to reflect the adoption of ASC 606 for all periods presented.

We are compensated by the receipt of commission payments from health insurance carriers whose health insurance policies are purchased through our ecommerce platforms or our customer care centers. We may also receive commission bonuses based on our attaining predetermined target sales levels for Medicare, individual and family, small business and ancillary health insurance products, or other objectives, as determined by the health insurance carrier, which we recognize as commission revenue when we achieve the predetermined target sales levels or other objectives. In addition, we also generate revenue from non-commission revenue sources, which include online sponsorship and advertising, technology licensing and lead referrals. Payment is typically received within 60 days of approval.

The core principle of ASC 606 is to recognize revenue upon the transfer of promised goods or services to customers in an amount that reflects the consideration the entity expects to be entitled to in exchange for those goods or services. Accordingly, we recognize revenue for our services in accordance with the following five steps outlined in ASC 606:

- *Identification of the contract, or contracts, with a customer.* A contract with a customer exists when (i) we enter into an enforceable contract with a customer that defines each party's rights regarding the goods or services to be transferred and identifies the payment terms related to these goods or services, (ii) the contract has commercial substance and, (iii) we determine that collection of substantially all consideration for goods or services that are transferred is probable based on the customer's intent and ability to pay the promised consideration.
- *Identification of the performance obligations in the contract.* Performance obligations promised in a contract are identified based on the goods or services that will be transferred to the customer that are both capable of being distinct, whereby the customer can benefit from the goods or service either on its own or together with other resources that are readily available from third parties or from us, and are distinct in the context of the contract, whereby the transfer of the goods or services is separately identifiable from other promises in the contract.
- *Determination of the transaction price.* The transaction price is determined based on the consideration to which we will be entitled in exchange for transferring goods or services to the customer.
- *Allocation of the transaction price to the performance obligations in the contract.* If the contract contains a single performance obligation, the entire transaction price is allocated to the single performance obligation. Contracts that contain multiple performance obligations require an allocation of the transaction price to each performance obligation based on a relative standalone selling price ("SSP") basis.
- *Recognition of revenue when, or as, we satisfy a performance obligation.* We satisfy performance obligations either over time or at a point in time, as discussed in further detail below. Revenue is recognized at the time the related performance obligation is satisfied by transferring the promised good or service to the customer.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

March 13, 2019
eHealth, Inc.

| /s/ SCOTT N. FLANDERS | /s/ DEREK N. YUNG |
|---|---|
| Scott N. Flanders | Derek N. Yung |
| *Chief Executive Officer* | *Chief Financial Officer* |

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on March 13, 2019.

| Signature | Title |
|---|---|
| /s/ SCOTT N. FLANDERS | Chief Executive Officer (Principal Executive Officer) and Director |
| Scott N. Flanders | |
| /s/ DEREK N. YUNG | Chief Financial Officer (Principal Financial and Accounting Officer) |
| Derek N. Yung | |
| | Chairperson of the Board of Directors |
| Ellen O. Tauscher | |
| /s/ MICHAEL D. GOLDBERG | Director |
| Michael D. Goldberg | |
| /s/ RANDALL S. LIVINGSTON | Director |
| Randall S. Livingston | |
| /s/ JACK L. OLIVER III | Director |
| Jack L. Oliver III | |
| /s/ ANDREA BRIMMER | Director |
| Andrea Brimmer | |

128