CATHERINE E. MORENO, State Bar No. 264517
BETTY CHANG ROWE, State Bar No. 214068
DYLAN G. SAVAGE, SBN 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: cmoreno@wsgr.com
        browe@wsgr.com
        dsavage@wsgr.com

GREGORY L. WATTS, SBN 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants eHealth Inc.,
Scott N. Flanders, and Derek N. Yung*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE eHEALTH, INC. SECURITIES LITIGATION | ) CASE NO.:  4:20-cv-02395-JST )  ) **[PROPOSED] ORDER GRANTING** ) **DEFENDANTS' MOTION FOR** ) **JUDGMENT ON THE PLEADINGS** ) **UNDER FED. R. CIV. P. 12(c)** )  ) Hearing Date:  February 23, 2023 ) Time:  2:00 p.m. ) Courtroom:  6 ) Honorable Jon S. Tigar )  ) |

**[PROPOSED] ORDER**

Before the Court is the Motion for Judgment on the Pleadings Under Fed. R. Civ. P. 12(c), filed by Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung (the "Motion"). Having considered the Motion, the papers filed by the parties in connection with the Motion, the papers and records on file in this action, the argument of counsel, and all other matters properly before the Court:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and judgment is entered in favor of Defendants.

Dated: _____

_____
The Honorable Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING
DEFENDANTS' RULE 12(C) MOTION
CASE NO. 4:20-CV-02395-JST

-1-