UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE eHEALTH INC. SECURITIES
LITIGATION

Case No.:  4:20-cv-02395 JST

**[PROPOSED] ORDER GRANTING DAVID
K. FRANCIS' MOTION FOR JUDGMENT
ON THE PLEADINGS**

## [PROPOSED] ORDER

Before the Court is the Motion for Judgment on the Pleadings, filed by Defendant David K. Francis (the "Motion") on December 22, 2022.  Having considered the Motion, the papers filed by the parties in connection with the Motion, the papers and records on file in this action, the argument of counsel, and all other matters properly before the Court:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and **JUDGEMENT ON THE PLEADINGS SHALL BE ENTERED** with respect to all claims against Mr. Francis.


Dated: _____

_____
The Honorable Jon S. Tigar
United States District Judge