UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGNESHKUMAR PATEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EHEALTH, INC., et al., <br><br> Defendants. | Case No. 20-cv-02395-JST   (LJC) <br><br> **NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned is reviewing the parties' joint discovery letter (Dkt. 128), and will order a telephone conference, hearing, and/or further briefing, if needed. For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy, Brittany Sims, at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: February 13, 2023

LISA J. CISNEROS
United States Magistrate Judge