ROLNICK KRAMER SADIGHI LLP
Jeffrey A. Ritholtz (*pro hac vice* application forthcoming)
jritholtz@rksllp.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801

THE LONG LAW FIRM, PLLC
James A. Long CSB No. 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
(315) 991-8000 Telephone
jlong@long.law

*Attorneys for the Alger Funds (see signature block)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE eHEALTH INC. SECURITIES LITIGATION | Case No. 4:20-cv-2395-JST<br><br>**[PROPOSED] ORDER GRANTING ALGER FUNDS' LIMITED MOTION TO INTERVENE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**Hearing Information:**<br>Date:     July 27, 2023<br>Time:     2:00 p.m. (Pacific Time)<br>Place:     Courtroom 6 (2nd Floor) |

The Court, having considered the Alger Funds' Limited Motion to Intervene, HEREBY ORDERS that the Alger Funds (as defined in the motion) are permitted to intervene in the securities class action titled *In re eHealth Securities Litigation*, No. 4:20-cv-2395-JST, for the limited purpose of preserving their individual claims against the expiration of the Securities Exchange Act of 1934's statute of repose, with the Alger Funds otherwise remaining passive members of the putative class with all other associated rights.

 IT IS SO ORDERED.

                                                _____
                                                         Honorable Jon S. Tigar

Dated: _____

ROLNICK KRAMER SADIGHI LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

-1-
[PROPOSED] ORDER ON ALGER FUNDS' LIMITED MOTION TO INTERVENE
Case No. 4:20-cv-2395-JST