CATHERINE E. MORENO, State Bar No. 264517
DYLAN G. SAVAGE, State Bar No. 310452
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: cmoreno@wsgr.com
        dsavage@wsgr.com
        browe@wsgr.com

GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants eHealth Inc.,*
*Scott N. Flanders, and Derek N. Yung*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH, INC. SECURITIES LITIGATION | CASE NO.: 4:20-cv-02395-JST |
| | **STIPULATION REGARDING ALGER FUNDS' LIMITED MOTION TO INTERVENE** |
| | **Hearing Information:** |
| | Date:      July 27, 2023 |
| | Time:      2:00 p.m. (Pacific Time) |
| | Place:     Courtroom 6 (2nd Floor) |

STIPULATION REGARDING ALGER FUNDS' LIMITED
MOTION TO INTERVENE
CASE NO. 4:20-CV-02395-JST

Regarding the Limited Motion to Intervene filed by proposed intervenors Alger Funds[1] on April 25, 2023 (Dkt. No. 135) (the "Intervention Motion"), Alger Funds and defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis ("Defendants"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 25, 2020, then-lead plaintiff Billy White filed the Amended Complaint for Violations of the Federal Securities Laws in this consolidated putative class action, asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5 promulgated thereunder ("Amended Complaint") (Dkt. No. 46);

WHEREAS, on October 23, 2020, Defendants moved to dismiss the Amended Complaint (Dkt. No. 47);

WHEREAS, on August 12, 2021, this Court granted in part and denied in part Defendants' motions to dismiss, dismissing all claims based on statements other than the challenged statements made on April 26, 2018 and February 20, 2020 (Dkt. No. 64);

WHEREAS, after the death of then-lead plaintiff Billy White, on November 9, 2022, this Court approved Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund as Lead Plaintiff (the "Lead Plaintiff"), and approved its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel (Dkt. No. 113);

WHEREAS, on November 29, 2022, Lead Plaintiff filed a Supplement to the Amended Complaint (Dkt. No. 116), and the Amended Complaint and the Supplement together constitute the "Operative Complaint";

---

[1] The "Alger Funds" are Alger Health Sciences Fund, Alger Dynamic Opportunities Fund, Alger Large Cap Growth Portfolio, Alger Mid Cap Growth Fund, Alger MidCap Growth Institutional Fund, Alger Midcap Growth Portfolio, Alger SICAV – Alger Dynamic Opportunities Fund, Alger SICAV – Alger Small Cap Focus Fund, Alger SICAV – Alger Weatherbie Specialized Growth Fund, Alger Small Cap Focus Fund, Alger Small Cap Growth Fund, Alger Small Cap Growth Institutional Fund, Alger Weatherbie Specialized Growth Fund, Alger Weatherbie Specialized Growth Portfolio, Weatherbie Growth Fund, and Weatherbie Long/Short Fund.

STIPULATION REGARDING ALGER FUNDS' LIMITED
MOTION TO INTERVENE
CASE NO.: 4:20-CV-02395-JST

WHEREAS, on December 22, 2022, Defendants filed motions for judgment on the pleadings as to the Operative Complaint pursuant to Federal Rule of Civil Procedures 12(c), which are fully briefed and currently pending before the Court (Dkt. Nos. 117, 125); and

WHEREAS, on April 25, 2023, proposed intervenors Alger Funds filed the Intervention Motion (Dkt. No. 135).

NOW, THEREFORE, THE ALGER FUNDS HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    The Alger Funds purchased shares of eHealth common stock during the period from April 26, 2018 to July 23, 2020, and are members of the putative class as pled in the Operative Complaint;

2.    The Alger Funds do not seek to be appointed as representative plaintiffs or to otherwise interpose themselves into this action in any way and beyond the instant Intervention Motion, remain passive members of the putative class;

3.    The Alger Funds' Intervention Motion was filed for the sole purpose of preserving their individual Exchange Act claims, as alleged in the Operative Complaint and as limited by the Court's motion to dismiss order, from expiration under the Exchange Act's statute of repose.

4.    By their Intervention Motion, the Alger Funds are not asserting or seeking to preserve the timeliness of any individual causes of action beyond those alleged in the Operative Complaint, as limited by the Court's motion to dismiss order;

5.    By their Intervention Motion, the Alger Funds are not asserting or seeking to preserve the timeliness of individual claims for alleged misstatements beyond those alleged in the Operative Complaint, as limited by the Court's motion to dismiss order;

6.    Specifically, the Alger Funds are not asserting or seeking to preserve the timeliness of individual causes of action beyond the Sections 10(b) and 20(a) Exchange Act claims asserted in the Operative Complaint;

7.    Specifically, the Alger Funds are not asserting or seeking to preserve the timeliness of individual claims for alleged misstatements other than the three alleged misstatements that

survived Defendants' motions to dismiss, *i.e.*, alleged misstatements made during earnings calls on April 26, 2018 and February 20, 2020;

8. Specifically, the Alger Funds are not asserting or seeking to preserve the timeliness of individual claims for alleged misstatements that expired under the Exchange Act's statute of repose for alleged misstatements made more than five years prior to the Alger Funds' Intervention Motion (filed April 25, 2023); and

9. For the avoidance of doubt, to the extent the Alger Funds have individual causes of action (for example, state law claims) or individual claims for alleged misstatements beyond those alleged in the Operative Complaint, as limited by the Court's motion to dismiss order, the Alger Funds are not asserting or seeking to preserve the timeliness of those causes of action or claims at this time.

NOW, THEREFORE, IN RELIANCE ON THE ALGER FUNDS' STIPULATIONS ABOVE, THE DEFENDANTS HEREBY STIPULATE AND AGREE AS FOLLOWS:

10. Defendants will promptly file a statement of non-opposition to the Alger Funds' Intervention Motion.

IT IS SO STIPULATED.

Dated:  May 5, 2023

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Gregory L. Watts*
    Gregory L. Watts

GREGORY L. WATTS, SBN 197126
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:      (206) 883-2500
Facsimile:      (206) 883-2699
Email:          gwatts@wsgr.com

CATHERINE E. MORENO, SBN 264517
DYLAN G. SAVAGE, SBN 310452
BETTY CHANG ROWE, SBN 214068
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:      (650) 493-9300

Facsimile:     (650) 565-5100
Email:         cmoreno@wsgr.com
               dsavage@wsgr.com
               browe@wsgr.com

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung*

Dated:  May 5, 2023                  **MORRISON & FOERSTER LLP**

By:  /s/ *Anna Erickson White*
       Anna Erickson White

ANNA ERICKSON WHITE
DAVID WIENER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
awhite@mofo.com
dwiener@mofo.com

*Attorneys for Defendant David K. Francis*

Dated:  May 5, 2023                  **THE LONG LAW FIRM, PLLC**

By:  /s/ *James A. Long*
       James A. Long

JAMES A. LONG, SBN 326404
8605 Santa Monica Blvd.
PMB 48629
West Hollywood, CA 90069
Telephone:  (315) 991-8000
jlong@long.law

JEFFREY A. RITHOLTZ, *pro hac vice*
ROLNICK KRAMER SADIGHI LLLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 597-2800
Facsimile: (212) 597-2801
jritholtz@rksllp.com

*Attorneys for Proposed Intervenors Alger Funds, consisting of Alger Health Sciences Fund, Alger*

STIPULATION REGARDING ALGER FUNDS' LIMITED
MOTION TO INTERVENE
CASE NO.:  4:20-CV-02395-JST

4

*Dynamic Opportunities Fund, Alger Large Cap Growth Portfolio, Alger Mid Cap Growth Fund, Alger Mid Cap Growth Institutional Fund, Alger Midcap Growth Portfolio, Alger SICAV – Alger Dynamic Opportunities Fund, Alger SICAV – Alger Small Cap Focus Fund, Alger SICAV – Alger Weatherbie Specialized Growth Fund, Alger Small Cap Focus Fund, Alger Small Cap Growth Fund, Alger Small Cap Growth Institutional Fund, Alger Weatherbie Specialized Growth Fund, Alger Weatherbie Specialized Growth Portfolio, Weatherbie Growth Fund, and Weatherbie Long/Short Fund*

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Gregory L. Watts, am the ECF user whose ID and password are being used to file this STIPULATION REGARDING ALGER FUNDS' LIMITED MOTION TO INTEREVENE.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Anna Erickson White, James A. Long, and Jeffrey A. Ritholtz have concurred in this filing.

Dated:  May 5, 2023                    By:   _/s/ Gregory L. Watts_

                                Gregory L. Watts