CATHERINE E. MORENO, State Bar No. 264517
DYLAN G. SAVAGE, State Bar No. 310452
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: cmoreno@wsgr.com
        dsavage@wsgr.com
        browe@wsgr.com

GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile:   (206) 883-2699
Email: gwatts@wsgr.com

*Attorneys for Defendants eHealth Inc.,*
*Scott N. Flanders, and Derek N. Yung*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE eHEALTH, INC. SECURITIES LITIGATION | CASE NO.:  4:20-cv-02395-JST |
| | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO ALGER FUNDS' LIMITED MOTION TO INTERVENE** |
| | **Hearing Information:** |
| | Date:        July 27, 2023 |
| | Time:       2:00 p.m. (Pacific Time) |
| | Place:       Courtroom 6 (2nd Floor) |

STATEMENT OF NON-OPPOSITION TO ALGER FUNDS'
LIMITED MOTION TO INTERVENE
CASE NO. 4:20-CV-02395-JST

Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis, in reliance upon the Stipulation Regarding Alger Funds' Limited Motion to Intervene (the "Stipulation"), filed on May 5, 2023 (Dkt. No. 138), hereby state that they do not oppose the Alger Funds' Limited Motion to Intervene (Dkt. No. 135), as clarified in the Stipulation.

Dated:  May 5, 2023

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation


By: */s/ Gregory L. Watts*
        Gregory L. Watts

GREGORY L. WATTS, SBN 197126
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:     (206) 883-2500
Facsimile:     (206) 883-2699
Email:          gwatts@wsgr.com

CATHERINE E. MORENO, SBN 264517
DYLAN G. SAVAGE, SBN 310452
BETTY CHANG ROWE, SBN 214068
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Email:          cmoreno@wsgr.com
                dsavage@wsgr.com
                browe@wsgr.com

*Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung*

Dated:  May 5, 2023

**MORRISON & FOERSTER LLP**


By:  */s/ Anna Erickson White*
        Anna Erickson White

ANNA ERICKSON WHITE
DAVID WIENER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
awhite@mofo.com
dwiener@mofo.com

*Attorneys for Defendant David K. Francis*

## CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Gregory L. Watts, am the ECF user whose ID and password are being used to file DEFENDANTS' STATEMENT OF NON-OPPOSITION TO ALGER FUNDS' LIMITED MOTION TO INTERVENE.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Anna Erickson White has concurred in this filing.

Dated:  May 5, 2023                                By:    */s/ Gregory L. Watts*

Gregory L. Watts

STIPULATION REGARDING ALGER FUNDS' LIMITED
MOTION TO INTERVENE
CASE NO.:  4:20-CV-02395-JST

2