ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
MEGAN A. ROSSI (318643)
RAPHAELLA FRIEDMAN (323324)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
mrossi@rgrdlaw.com
rfriedman@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:20-cv-02395-JST |
| --- | --- | --- |
| | ) | CLASS ACTION |
| | | LEAD PLAINTIFF'S RESPONSE TO ALGER FUND'S LIMITED MOTION TO INTERVENE |

4890-6176-9824.v1

Having reviewed Alger Fund's Limited Motion to Intervene (ECF No. 135) ("Motion"), Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund takes no position as to the Motion.

DATED:  May 10, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON
LUCAS F. OLTS
MEGAN A. ROSSI
RAPHAELLA FRIEDMAN


                s/ Megan A. Rossi
        MEGAN A. ROSSI

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
mrossi@rgrdlaw.com
rfriedman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Lead Counsel for Lead Plaintiff

LEAD PLAINTIFF'S RESPONSE TO ALGER FUND'S LIMITED MOTION TO
INTERVENE - 4:20-cv-02395-JST                                                                    - 1 -
4890-6176-9824.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                     s/ Megan A. Rossi
                                     MEGAN A. ROSSI

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  mrossi@rgrdlaw.com

# Mailing Information for a Case 4:20-cv-02395-JST IN RE eHEALTH INC. SECURITIES LITIGATION

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,bengfelt@rgrdlaw.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Doug Britton**
  dougb@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com,ldeem@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Peretz Bronstein**
  peretz@bgandg.com

- **Timothy W. Brown**
  tbrown@thebrownlawfirm.net

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Andre Fontana**
  afontana@coblentzlaw.com,andre-fontana-9619@ecf.pacerpro.com

- **Raphaella Friedman**
  rfriedman@rgrdlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,magdalena-blackmer-3352@ecf.pacerpro.com,judson-lobdell-6493@ecf.pacerpro.com,mblackmer@mofo.com

- **James Austin Long**
  jlong@long.law

- **Adam Christopher McCall**
  amccall@zlk.com

- **Catherine Eugenia Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw

- **Nicholas Ian Porritt**
  nporritt@zlk.com,ecf@zlk.com

- **Jeffrey Ritholtz**
  jritholtz@rksllp.com,cdeleon@rksllp.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Megan Allison Rossi**
  MRossi@rgrdlaw.com

- **Betty Chang Rowe**
  browe@wsgr.com

- **Dylan Grace Savage**
  dsavage@wsgr.com,lnicolini@wsgr.com

- **Whitney E. Street**
  WhitneySt@hbsslaw.com,whitney-street-0082@ecf.pacerpro.com

- **Jacob Allen Walker**
  jake@blockleviton.com,jacob-walker-5598@ecf.pacerpro.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,ysheard@wsgr.com,rcarter@wsgr.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

- **David Jeremy Wiener**
  dwiener@mofo.com,david-wiener-8831@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)