ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
DOUGLAS R. BRITTON (188769)
LUCAS F. OLTS (234843)
MEGAN A. ROSSI (318643)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
lolts@rgrdlaw.com
mrossi@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) | Case No. 4:20-cv-02395-JST |
| | | CLASS ACTION |
| | | STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION |

4857-3720-5640.v1

WHEREAS, the first complaint in this Action was filed on April 8, 2020.  ECF 1;

WHEREAS, on August 25, 2020, an Amended Complaint for Violations of the Federal Securities Laws ("First Amended Complaint") was filed.  ECF 46;

WHEREAS, by order filed August 12, 2021, the Court granted in part and denied in part Defendants' motion to dismiss the First Amended Complaint ("Order 1").[1]  ECF 64;

WHEREAS, Order 1 dismissed the claims against Defendants as to all challenged statements other than certain statements made on April 26, 2018 and February 20, 2020, but granted then-lead plaintiff White leave to amend the First Amended Complaint within 30 days of the Order 1 and indicated that failure to amend by that deadline would result in a dismissal with prejudice as to those dismissed claims.  ECF 64.

WHEREAS, then-lead plaintiff White did not amend the First Amended Complaint;

WHEREAS, following the death of Mr. White, by order filed November 9, 2022, the Court appointed Chicago & Vicinity Laborers' District Council Pension Fund as Lead Plaintiff ("Lead Plaintiff") and approved its selection of the undersigned counsel as Lead Plaintiff's Counsel.  ECF 113;

WHEREAS, on November 29, 2022, Lead Plaintiff filed a supplement to the First Amended Complaint that substituted Lead Plaintiff for Mr. White, Lead Plaintiff's Counsel for Mr. White's Counsel as lead plaintiff's counsel in this Action, and incorporated by reference Lead Plaintiff's certification.  ECF 116.  The supplement did not otherwise amend or supplement the First Amended Complaint;

WHEREAS, by order filed September 28, 2023, the Court granted Defendants' Motions for Judgment on the Pleadings ("Order 2").  ECF 143;

WHEREAS, Order 2 dismissed Lead Plaintiff's claims against defendant David K. Francis with prejudice, but granted Lead Plaintiff leave to amend the First Amended Complaint as to all other Defendants solely as to cure deficiencies identified in Order 2, within 28 days of Order 2;

---

[1]  "Defendants" include eHealth, Inc., Scott N. Flanders, and Derek N. Yung (the "eHealth Defendants") and defendant David K. Francis.

WHEREAS, the deadline for Lead Plaintiff to file a Second Amended Complaint is October 26, 2023; and

WHEREAS, contemporaneous with the filing of this Stipulation and Proposed Order, Lead Plaintiff will file a Notice stating "it does not intend to file a Second Amended Complaint or appeal" the Court's Order 1 or Order 2 in the Action;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1.      The above-titled Action is DISMISSED without further leave to amend;

2.      The parties and their attorneys of record complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure at all times in this Action.

3.      All parties shall bear their own fees, costs, and expenses.

4.      The Clerk of Court is directed to close the file.

DATED:  October 23, 2023                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            DOUGLAS R. BRITTON
                                            LUCAS F. OLTS
                                            MEGAN A. ROSSI


                                                   s/ DOUGLAS R. BRITTON
                                                 DOUGLAS R. BRITTON

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)
                                            dougb@rgrdlaw.com
                                            lolts@rgrdlaw.com
                                            mrossi@rgrdlaw.com

                                            ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                            SHAWN A. WILLIAMS
                                            Post Montgomery Center
                                            One Montgomery Street, Suite 1800
                                            San Francisco, CA  94104
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)
                                            shawnw@rgrdlaw.com

                                            Lead Counsel for Lead Plaintiff

DATED:  October 23, 2023

WILSON SONSINI GOODRICH & ROSATI, P.C.
GREGORY L. WATTS

s/ GREGORY L. WATTS
GREGORY L. WATTS

701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  206/883-2500
206/883-2699 (fax)
gwatts@wsgr.com

Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung

DATED:  October 23, 2023

MORRISON & FOERSTER, LLP
ANNA ERICKSON WHITE
DAVID WIENER

s/ DAVID WIENER
DAVID WIENER

425 Market Street
San Francisco, CA  94105-2482
Telephone:  415/268-7000
415/268-7522 (fax)
awhite@mofo.com
dwiener@mofo.com

Attorneys for Defendant David K. Francis

*      *      *

**O R D E R**

IT IS SO ORDERED.

DATED:  _____   _____

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Douglas R. Britton, am the ECF user whose identification and password are being used to file the Stipulation and [Proposed] Order Dismissing Action.  Pursuant to Local Rule 5-1(i)(3) and in compliance with General Order No. 45X.B., I hereby attest that Gregory L. Watts and David Wiener have concurred in this filing.

s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

4857-3720-5640.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 23, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  dougb@rgrdlaw.com

4857-3720-5640.v1

**Mailing Information for a Case 4:20-cv-02395-JST IN RE eHEALTH INC. SECURITIES LITIGATION**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com,bengfelt@rgrdlaw.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Doug Britton**
  dougb@rgrdlaw.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com,ldeem@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Peretz Bronstein**
  peretz@bgandg.com

- **Timothy W. Brown**
  tbrown@thebrownlawfirm.net

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Andre Fontana**
  afontana@coblentzlaw.com,andre-fontana-9619@ecf.pacerpro.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,fgravenson@pomlaw.com,ipareja@pomlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,magdalena-blackmer-3352@ecf.pacerpro.com,judson-lobdell-6493@ecf.pacerpro.com,mblackmer@mofo.com

- **James Austin Long**
  jlong@long.law

- **Adam Christopher McCall**
  amccall@zlk.com

- **Catherine Eugenia Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,shawnw@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Lucas F. Olts**
  Lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com,LOlts@ecf.courtdrive.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kperez@pomlaw.com,ahood@pomlaw.com,tsayre@pomlaw.com,egoodman@pomlaw.com,jlopiano@pomlaw.com,disaacson@pomlaw.com,ashr

- **Nicholas Ian Porritt**
  nporritt@zlk.com,ecf@zlk.com

- **Jeffrey Ritholtz**
  jritholtz@rksllp.com,cdeleon@rksllp.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com

- **Megan Allison Rossi**
  MRossi@rgrdlaw.com

- **Betty Chang Rowe**
  browe@wsgr.com

- **Dylan Grace Savage**
  dsavage@wsgr.com,lnicolini@wsgr.com

- **Whitney E. Street**
  WhitneySt@hbsslaw.com,whitney-street-0082@ecf.pacerpro.com

- **Jacob Allen Walker**
  jake@blockleviton.com,jacob-walker-5598@ecf.pacerpro.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,ysheard@wsgr.com,rcarter@wsgr.com

- **Anna Erickson White**
  awhite@mofo.com,anna-erickson-white-9788@ecf.pacerpro.com,andrea-vickery-5658@ecf.pacerpro.com,avickery@mofo.com

- **David Jeremy Wiener**
  dwiener@mofo.com,david-wiener-8831@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)