1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   shawnw@rgrdlaw.com
          – and –
6   DOUGLAS R. BRITTON (188769)
    LUCAS F. OLTS (234843)
7   MEGAN A. ROSSI (318643)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    dougb@rgrdlaw.com
10  lolts@rgrdlaw.com
    mrossi@rgrdlaw.com
11
    Lead Counsel for Lead Plaintiff
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| In re eHEALTH INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 4:20-cv-02395-JST |
| | | CLASS ACTION |
| | | STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING ACTION |

1    WHEREAS, the first complaint in this Action was filed on April 8, 2020.  ECF 1;

2    WHEREAS, on August 25, 2020, an Amended Complaint for Violations of the Federal

3    Securities Laws ("First Amended Complaint") was filed.  ECF 46;

4    WHEREAS, by order filed August 12, 2021, the Court granted in part and denied in part

5    Defendants' motion to dismiss the First Amended Complaint ("Order 1").[1]  ECF 64;

6    WHEREAS, Order 1 dismissed the claims against Defendants as to all challenged statements

7    other than certain statements made on April 26, 2018 and February 20, 2020, but granted then-lead

8    plaintiff White leave to amend the First Amended Complaint within 30 days of the Order 1 and

9    indicated that failure to amend by that deadline would result in a dismissal with prejudice as to those

10   dismissed claims.  ECF 64.

11   WHEREAS, then-lead plaintiff White did not amend the First Amended Complaint;

12   WHEREAS, following the death of Mr. White, by order filed November 9, 2022, the Court

13   appointed Chicago & Vicinity Laborers' District Council Pension Fund as Lead Plaintiff ("Lead

14   Plaintiff") and approved its selection of the undersigned counsel as Lead Plaintiff's Counsel.  ECF

15   113;

16   WHEREAS, on November 29, 2022, Lead Plaintiff filed a supplement to the First Amended

17   Complaint that substituted Lead Plaintiff for Mr. White, Lead Plaintiff's Counsel for Mr. White's

18   Counsel as lead plaintiff's counsel in this Action, and incorporated by reference Lead Plaintiff's

19   certification. ECF 116.  The supplement did not otherwise amend or supplement the First Amended

20   Complaint;

21   WHEREAS, by order filed September 28, 2023, the Court granted Defendants' Motions for

22   Judgment on the Pleadings ("Order 2").  ECF 143;

23   WHEREAS, Order 2 dismissed Lead Plaintiff's claims against defendant David K. Francis

24   with prejudice, but granted Lead Plaintiff leave to amend the First Amended Complaint as to all

25   other Defendants solely as to cure deficiencies identified in Order 2, within 28 days of Order 2;

26

27   ───────────────
[1]   "Defendants" include eHealth, Inc., Scott N. Flanders, and Derek N. Yung (the "eHealth
28   Defendants") and defendant David K. Francis.

1    WHEREAS, the deadline for Lead Plaintiff to file a Second Amended Complaint is October

2  26, 2023; and

3    WHEREAS, contemporaneous with the filing of this Stipulation and Proposed Order, Lead

4  Plaintiff will file a Notice stating "it does not intend to file a Second Amended Complaint or appeal"

5  the Court's Order 1 or Order 2 in the Action;

6    NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the parties,

7  through their undersigned counsel, subject to the approval of the Court, as follows:

8    1.    The above-titled Action is DISMISSED without further leave to amend;

9    2.    The parties and their attorneys of record complied with the requirements of Rule 11

10  of the Federal Rules of Civil Procedure at all times in this Action.

11    3.    All parties shall bear their own fees, costs, and expenses.

12    4.    The Clerk of Court is directed to close the file.

13  DATED:  October 23, 2023                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
14                                            DOUGLAS R. BRITTON
                                             LUCAS F. OLTS
15                                            MEGAN A. ROSSI

16

17                                              s/ DOUGLAS R. BRITTON
                                             DOUGLAS R. BRITTON
18
                                             655 West Broadway, Suite 1900
19                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
20                                           619/231-7423 (fax)
                                             dougb@rgrdlaw.com
21                                           lolts@rgrdlaw.com
                                             mrossi@rgrdlaw.com
22
                                             ROBBINS GELLER RUDMAN
23                                             & DOWD LLP
                                             SHAWN A. WILLIAMS
24                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
25                                           San Francisco, CA  94104
                                             Telephone:  415/288-4545
26                                           415/288-4534 (fax)
                                             shawnw@rgrdlaw.com
27
                                             Lead Counsel for Lead Plaintiff
28

1

2   DATED:  October 23, 2023                          WILSON SONSINI GOODRICH &
                                                                ROSATI, P.C.
3                                                                 GREGORY L. WATTS

4
                                                                    s/ GREGORY L. WATTS
5                                                                  GREGORY L. WATTS

6                                                                701 Fifth Avenue, Suite 5100
                                                                Seattle, WA  98104-7036
7                                                                Telephone:  206/883-2500
                                                                206/883-2699 (fax)
8                                                                gwatts@wsgr.com

9                                                                Attorneys for Defendants eHealth, Inc., Scott N.
                                                                Flanders, and Derek N. Yung
10

11   DATED:  October 23, 2023                          MORRISON & FOERSTER, LLP
                                                                ANNA ERICKSON WHITE
                                                                DAVID WIENER
12

13
                                                                    s/ DAVID WIENER
14                                                                 DAVID WIENER

15

16                                                                425 Market Street
                                                                San Francisco, CA  94105-2482
17                                                                Telephone:  415/268-7000
                                                                415/268-7522 (fax)
18                                                                awhite@mofo.com
                                                                dwiener@mofo.com

19                                                                Attorneys for Defendant David K. Francis

20                                        *        *        *

21                                      **O R D E R**

22          IT IS SO ORDERED.

23   DATED:   October 25, 2023

24                                                                THE HONORABLE JON S. TIGAR
                                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

2    I, Douglas R. Britton, am the ECF user whose identification and password are being used to

3    file the Stipulation and [Proposed] Order Dismissing Action.  Pursuant to Local Rule 5-1(i)(3) and in

4    compliance with General Order No. 45X.B., I hereby attest that Gregory L. Watts and David Wiener

5    have concurred in this filing.

6                                                        s/ DOUGLAS R. BRITTON
                                                         DOUGLAS R. BRITTON
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4857-3720-5640.v1