DYLAN G. SAVAGE, State Bar No. 310452
BETTY CHANG ROWE, State Bar No. 214068
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Email: dsavage@wsgr.com
           browe@wsgr.com

GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: gwatts@wsgr.com

*Attorneys for Defendants eHealth Inc.,
Scott N. Flanders, and Derek N. Yung*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE eHEALTH, INC. SECURITIES LITIGATION | CASE NO.: 4:20-cv-02395-JST<br><br>**JOINT STIPULATION REGARDING ENTRY OF JUDGMENT** |

WHEREAS, on September 28, 2023, the Court issued an Order Granting Motions for Judgment on the Pleadings in favor of Defendants eHealth Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis.  ECF No. 143.

WHEREAS, on October 25, 2023, the Court entered a Stipulation and Order Dismissing Action, and directed the clerk to close the file.  ECF No. 147.

WHEREAS, on November 16, 2023, the Court entered an order, directing the parties to meet and confer and file a stipulation or competing proposals regarding the entry of judgment in this action on or before November 28, 2023.  ECF No. 148.

WHEREAS, Defendants eHealth, Inc., Scott N. Flanders, Derek N. Yung, and David K. Francis, along with Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund (collectively, the "Parties") have met and conferred regarding the entry of judgment in this action.

WHEREAS, counsel for Defendants eHealth, Flanders, and Yung conferred with counsel for the Alger Funds intervenors who confirmed that the Alger Funds do not oppose entry of judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that entry of final judgment in favor of Defendants shall be entered as to all Parties in this action.

Dated:  November 28, 2023                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Gregory L. Watts*
         Gregory L. Watts

GREGORY L. WATTS, SBN 197126
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone:  (206) 883-2500
Email: gwatts@wsgr.com

DYLAN G. SAVAGE, SBN 310452
BETTY CHANG ROWE, SBN 214068
650 Page Mill Road
Palo Alto, CA 94304-1050

|   |   |   |
|---|---|---|
| 1 | | Telephone: (650) 493-9300 |
| 2 | | Email: dsavage@wsgr.com |
| | | browe@wsgr.com |
| 3 | | |
| 4 | | *Attorneys for Defendants eHealth, Inc., Scott N. Flanders, and Derek N. Yung* |

Dated: November 28, 2023     **MORRISON & FOERSTER LLP**

By:   /s/ *David Wiener*
        David Wiener

ANNA ERICKSON WHITE
DAVID WIENER
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Email: awhite@mofo.com
         dwiener@mofo.com

*Attorneys for Defendant David K. Francis*

Dated: November 28, 2023     **ROBBINS GELLER RUDMAN & DOWD LLP**

By:   /s/ *Douglas R. Britton*
        Douglas R. Britton

DOUGLAS R. BRITTON
LUCAS F. OLTS
MEGAN A. ROSSI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Email: dougb@rgrdlaw.com
         lolts@rgrdlaw.com
         mrossi@rgrdlaw.com

SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Email: shawnw@rgrdlaw.com

*Lead Counsel for Lead Plaintiff Chicago & Vicinity Laborers' District Council Pension Fund*

**CIVIL L.R. 5-1 ATTESTATION**

I, Gregory L. Watts, am the ECF user whose ID and password are being used to file this JOINT STIPULATION REGARDING ENTRY OF JUDGMENT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David Wiener and Douglas R. Britton have concurred in this filing.

Dated: November 28, 2023                    By:   */s/ Gregory L. Watts*
                                                  Gregory L. Watts

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on November 28, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List.

Dated:  November 28, 2023                             By:   */s/ Gregory L. Watts*
                                                                          Gregory L. Watts