UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE eHEALTH, INC. SECURITIES LITIGATION | Case No. 20-cv-02395-JST <br><br> **ORDER DIRECTING CLERK TO ENTER JUDGMENT** <br><br> Re: ECF No. 49 |
|---|---|

On November 28, 2023, the parties stipulated that final judgment should be entered in favor of Defendants as to all parties in this action. ECF No. 49. Accordingly, the Court hereby enters judgment in this action in favor of Defendants.

**IT IS SO ORDERED.**

Dated: November 29, 2023



JON S. TIGAR
United States District Judge